## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**FILED**

Case Title: Peter M. Galligan v. Adtalem Global Education, Inc., et al.

Case Number:

AUG 31 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Peter M. Galligan

Attorney name (type or print): Michael W. Ford, Esquire

**17 CV 6310
JUDGE LEFKOW
MAGISTRATE JUDGE ROWLAND**

Firm: Law Offices of Michael W. Ford

Street address: 4 Timberwood Lane

City/State/Zip: Riverwoods, IL 60015

Bar ID Number: IL Bar # 0846139
(See item 3 in instructions)

Telephone Number: (847) 948-7884

Email Address: mfordski@aol.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/31/17

Attorney signature: S/ Michael W. Ford
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015