## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**FILED**
AUG 31 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Title: Peter M. Galligan v. Adtalem Global Education, Inc., et al.

Case Number: 17 CV 6310
JUDGE LEFKOW
MAGISTRATE JUDGE ROWLAND

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Peter M. Galligan

Attorney name (type or print): Emil T. Bayko

Firm: Porter Hedges LLP

Street address: 1000 Main Street, 36th Floor

City/State/Zip: Houston, TX 77002

Bar ID Number: IL Bar # 0141356
(See item 3 in instructions)

Telephone Number: (713) 226-6608

Email Address: tbayko@porterhedges.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/31/17

Attorney signature: S/ Emil T. Bayko
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015