**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Peter M. Galligan v. Adtalem Global Education Inc., et al.    Case Number: 17-cv-6310

An appearance is hereby filed by the undersigned as attorney for:
Defendants Adtalem Global Education Inc., Adtalem Global Health, Inc. (f/k/a DeVry Medical International, Inc.) and Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited

Attorney name (type or print): Brian M. Stolzenbach

Firm: Seyfarth Shaw LLP

Street address: 233 S. Wacker Drive, Suite 8000

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6273113    Telephone Number: 312-460-5000
(See item 3 in instructions)

Email Address: bstolzenbach@seyfarth.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 27, 2017

Attorney signature:    S/ Brian M. Stolzenbach
(Use electronic signature if the appearance form is filed electronically.)