IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Peter M. Galligan, | ) | |
| | ) | |
| Plaintiff | ) | **Case No. 17-CV-6310** |
| | ) | |
| v. | ) | **Judge Lefkow** |
| | ) | |
| Adtalem Global Education Inc., et al. | ) | **Magistrate Judge Rowland** |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RULE 7.1 DISCLOSURE**

Defendants Adtalem Global Education Inc., Adtalem Global Health, Inc. (f/k/a DeVry Medical International, Inc.), and Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited, by and through their counsel and pursuant to Fed. R. Civ. P. 7.1, hereby state as follows: Defendant Adtalem Global Education Inc. (stock symbol: ATGE) is a publicly traded corporation with no parent company. There is no publicly held corporation that owns 10% or more of its stock. Neither Defendant Adtalem Global Health, Inc. nor Defendant Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited is publicly traded, nor is either of them owned in any respect by any publicly held corporation, aside from Defendant Adtalem Global Education Inc.

**DATED: September 27, 2017**

Respectfully submitted,

Adtalem Global Education Inc., et al.


By:     /s/ Brian M. Stolzenbach
          One of Their Attorneys

41242240v.1

Brian M. Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7000

## CERTIFICATE OF SERVICE

    I, Brian M. Stolzenbach, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing to be served upon the following, via the Court's CM/ECF system, on this 27th day of September, 2017:

    Michael W. Ford, Esq.
    Law Offices of Michael W. Ford
    4 Timberwood Lane
    Riverwoods, Illinois  60015
    Telephone:  847-948-7884
    Email:  mfordski@aol.com

    Emil T. Bayko
    Porter Hedges LLP
    1000 Main Street, 36th Floor
    Houston, Texas  77002
    Telephone:  713-226-6608
    Facsimile:  713-226-6205
    Email:  tbayko@porterhedges.com

    /s/ Brian M. Stolzenbach