# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Peter M. Galligan, | ) | |
|     Plaintiff | ) ) ) | **Case No. 17-CV-6310** |
| v. | ) ) | **Judge Lefkow** |
| Adtalem Global Education Inc., et al. | ) ) | **Magistrate Judge Rowland** |
|     Defendants. | ) ) | |

## NOTICE OF MOTION

TO:    Michael W. Ford, Esq.            Emil T. Bayko
         Law Offices of Michael W. Ford   Porter Hedges LLP
         4 Timberwood Lane                1000 Main Street, 36th Floor
         Riverwoods, Illinois 60015          Houston, Texas 77002
         Telephone: 847-948-7884          Telephone: 713-226-6608
         Email: mfordski@aol.com           Facsimile: 713-226-6205
                                                                 Email: tbayko@porterhedges.com

      PLEASE TAKE NOTICE that on the Wednesday, October 4, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Humphrey Lefkow in Courtroom 2201 of the Federal Dirksen Building, 219 North Dearborn Street, Chicago, Illinois and then and there present the Unopposed Motion for [1] Extension of Time to Respond to Complaint and [2] Continuance of Status Hearing.

**DATED: September 27, 2017**          Respectfully submitted,

                                              Adtalem Global Education Inc., et al.

                                              By:   /s/ Brian M. Stolzenbach
                                                       One of Their Attorneys

Brian M. Stolzenbach
(bstolzenbach@seyfarth.com)
Megan E. Troy
(mtroy@seyfarth.com)
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: 312-460-5000
Facsimile: 312-460-70000

**CERTIFICATE OF SERVICE**

    I, Brian M. Stolzenbach, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing Notice of Motion to be served upon the following via the Court's ECF system, on this 27th day of September, 2017:

    Michael W. Ford, Esq.
    Law Offices of Michael W. Ford
    4 Timberwood Lane
    Riverwoods, Illinois 60015
    Telephone: 847-948-7884
    Email: mfordski@aol.com

    Emil T. Bayko
    Porter Hedges LLP
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: 713-226-6608
    Facsimile: 713-226-6205
    Email: tbayko@porterhedges.com

    /s/ Brian M. Stolzenbach
    Brian M. Stolzenbach

41237367v.1