## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Peter M Galligan

                                          Plaintiff,

v.                                                                       Case No.: 1:17−cv−06310
                                                                      Honorable Joan H. Lefkow

Adtalem Global Education, Inc., et al.

                                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, October 2, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendants' motion for extension of time to 11/20/2017 to respond to complaint and for continuance of status hearing [13] is granted. Motion is stricken from the Court's call of 10/4/2017. Status hearing of 11/8/2017 is stricken and reset for 11/29/2017 at 09:30 AM.Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.