**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PETER M. GALLIGAN,<br><br>      Plaintiff,<br><br>  v.<br><br>ADTALEM GLOBAL EDUCATION INC., f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and DOES 1 THROUGH 50<br><br>      Defendants. | Case No. 1:17-cv-06310<br><br>Hon. Joan H. Lefkow |

**DEFENDANT'S NOTICE OF MOTION**

TO:    Michael W. Ford, Esq.
           Law Offices of Michael W. Ford
           4 Timberwood Lane
           Riverwoods, IL 60015
           mfordski@aol.com

           Emil T. Bayko
           Porter Hedges LLP
           1000 Main Street, 36th Floor
           Houston, Texas 77002
           tbayko@porterhedges.com

PLEASE TAKE NOTICE that on **Wednesday, December 13, 2017, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Humphrey Lefkow in Courtroom 2201 of the Federal Dirksen Building, 219 North Dearborn Street, Chicago, Illinois and then and there present Defendants' motion to dismiss.

2

**DATED: November 20, 2017**               Respectfully submitted,

ADTALEM GLOBAL EDUCATION INC.;
ADTALEM GLOBAL HEALTH, INC.; ROSS
UNIVERSITY SCHOOL OF MEDICINE
SCHOOL OF VETERINARY MEDICINE
(ST. KITTS) LIMITED

By:   s/Brian Stolzenbach

Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a copy with the Court's CM/ECF system, which will send notification to the following, on this 20th day of November, 2017:

>Michael W. Ford, Esq.
>Law Offices of Michael W. Ford
>4 Timberwood Lane
>Riverwoods, IL 60015
>mfordski@aol.com
>
>Emil T. Bayko
>Porter Hedges LLP
>1000 Main Street, 36th Floor
>Houston, Texas 77002
>tbayko@porterhedges.com

s/Brian Stolzenbach