IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER M. GALLIGAN, § | |
| § | |
| PLAINTIFF § | |
| § | |
| v. § | CIVIL CASE NO. 1:17-cv-06310 |
| § | |
| ADTALEM GLOBAL EDUCATION INC. f/k/a § | |
| DEVRY EDUCATION GROUP; ADTALEM § | |
| GLOBAL HEALTH, INC. f/k/a DEVRY § | |
| MEDICAL INTERNATIONAL, INC.; ROSS § | |
| UNIVERSITY SCHOOL OF MEDICINE § | |
| SCHOOL OF VETERINARY MEDICINE (ST. § | |
| KITTS) LIMITED; AND DOES 1 THROUGH § | |
| 50, § | |
| § | |
| DEFENDANTS § | JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT
FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Peter M. Galligan ("Galligan") files this Unopposed Motion for Leave to Exceed Page Limit for Response to Defendants' Motion to Dismiss, pursuant to Local Rule 7.1, because the nature of Defendants' motion and the number of claims at issue require briefing in excess of 15 pages.

Defendants' Motion to Dismiss [Dkts. 18-20] seeks the dismissal of all of Plaintiff's claims in this proceeding. Plaintiff's claims center on the failure by Defendants Adtalem Global Education Inc. f/k/a DeVry Education Group, Adtalem Global Health, Inc. f/k/a DeVry Medical International, Inc., Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited, and Does 1 through 50 (collectively, "Defendants") to appropriately accommodate his documented learning disabilities, which Plaintiff alleges constituted violations of federal, state, and common

6457970

law. To adequately respond to Defendants' arguments, Plaintiff must demonstrate the validity of the legal bases for the ten claims at issue. Accordingly, Plaintiff respectfully requests leave to file a brief exceeding the 15-page limitation prescribed by this Court's local rules, but in all events totaling 30 pages or less. Plaintiff does not make this request to burden the Court, but so that justice may be done.

    Defendants are *unopposed* to the relief sought in this Motion.

Dated this 10th day of January, 2018.

        Respectfully submitted,

        */s/ Michael W. Ford*
        Michael W. Ford, Esq.
        Law Offices of Michael W. Ford
        *(local counsel)*
        4 Timberwood Lane
        Riverwoods, IL 60015
        Telephone: (847) 948-7884
        Email: mfordski@aol.com
        IL Bar # 0846139
        Member, Trial Bar U.S. District Court N.D. IL

        - and -

        */s/ Emil T. Bayko*
        Emil T. Bayko
        PORTER HEDGES LLP
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6608
        Facsimile: (713) 226-6208
        Email: tbayko@porterhedges.com
        IL Bar # 0141356

        **ATTORNEYS FOR PLAINTIFF**
        **PETER M. GALLIGAN**

OF COUNSEL:
Kyle Reeb
Texas State Bar No. 24091604
Federal ID No. 2571829
Jim Aycock
Texas State Bar No. 24034309
Federal ID No. 20675
Alison P. Henderson
Texas State Bar No. 24087707
Federal ID No. 2228628
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6211
kreeb@porterhedges.com
jaycock@porterhedges.com
ahenderson@porterhedges.com

## CERTIFICATE OF CONFERENCE

I certify that on January 9, 2018, my associate – Alison P. Henderson – conferred with Megan Troy, counsel for Defendants, via telephone regarding the substance of this Motion. Counsel for Defendants confirmed via e-mail that Defendants are unopposed to the relief sought by this Motion.

>  */s/ Emil T. Bayko*
>  Emil T. Bayko

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, a true and correct copy of the foregoing pleading was electronically filed in accordance with the Federal Rules of Civil Procedure and was served via e-mail upon the following counsel of record:

Brian Stolzenbach
Megan Troy
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
(312) 460-5551
bstolzenbach@seyfarth.com
mtroy@seyfarth.com

>  */s/ Emil T. Bayko*
>  Emil T. Bayko

6457970