IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PETER M. GALLIGAN,** § | |
| § | |
| **PLAINTIFF** § | |
| § | |
| v. § | **CIVIL CASE NO. 1:17-cv-06310** |
| § | |
| **ADTALEM GLOBAL EDUCATION INC. f/k/a** § | |
| **DEVRY EDUCATION GROUP; ADTALEM** § | |
| **GLOBAL HEALTH, INC. f/k/a DEVRY** § | |
| **MEDICAL INTERNATIONAL, INC.; ROSS** § | |
| **UNIVERSITY SCHOOL OF MEDICINE** § | |
| **SCHOOL OF VETERINARY MEDICINE (ST.** § | |
| **KITTS) LIMITED; AND DOES 1 THROUGH 50,** § | |
| § | |
| **DEFENDANTS** § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF MOTION

TO: Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606

PLEASE TAKE NOTICE that on Wednesday, January 17, 2018, or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Humphrey Lefkow in Courtroom 2201 of the Federal Dirksen Building, 219 North Dearborn Street, Chicago, Illinois and there present Plaintiff's Unopposed Motion for Leave to Exceed Page Limit for Response to Defendants' Motion to Dismiss.

Dated: January 10, 2018.

6464046


Respectfully submitted,

*/s/ Michael W. Ford*
Michael W. Ford, Esq.
Law Offices of Michael W. Ford
*(local counsel)*
4 Timberwood Lane
Riverwoods, IL 60015
Telephone: (847) 948-7884
Email: mfordski@aol.com
IL Bar # 0846139
Member, Trial Bar U.S. District Court N.D. IL

- and -

*/s/ Emil T. Bayko*
Emil T. Bayko
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6608
Facsimile: (713) 226-6208
Email: tbayko@porterhedges.com
IL Bar # 0141356

**ATTORNEYS FOR PLAINTIFF
PETER M. GALLIGAN**

OF COUNSEL:

Kyle Reeb
Texas State Bar No. 24091604
Federal ID No. 2571829
Jim Aycock
Texas State Bar No. 24034309
Federal ID No. 20675
Alison P. Henderson
Texas State Bar No. 24087707
Federal ID No. 2228628
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6211
kreeb@porterhedges.com
jaycock@porterhedges.com
ahenderson@porterhedges.com

6464046

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2018, a true and correct copy of the foregoing pleading was electronically filed in accordance with the Federal Rules of Civil Procedure and was served via e-mail upon the following counsel of record:

Brian Stolzenbach
Megan Troy
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
(312) 460-5551
bstolzenbach@seyfarth.com
mtroy@seyfarth.com

                                            */s/ Emil T. Bayko*
                                            Emil T. Bayko

6464046