(/) 

PASSION WITH COMPASSION
## WELCOME STUDENTS

# WELCOME CURRENT STUDENTS

*Find contact information and links to your most used resources, as well as important dates, documents and announcements.*

If you find we're missing anything, send us an email at news@rossvet.edu.kn (mailto:news@rossvet.edu.kn).

## STUDENT EXPERIENCE NEWSLETTER

The Student Experience newsletter is published every semester by the Student Experience Team at Ross. Catch up on the activities, people and programs that make the Rossie experience. have an idea for the newsletter? Contact Jeff Fazio (mailto:JeFazio@rossvet.edu.kn), Student Engagement & Professional Standards Specialist.

**(/content/dam/dmi/veterinary/documents/Spring2017_RUSVM_StudentExperience.pdf)**

 (/content/dam/dmi/veterinary/documents/Fall2017.pdf)

 (/content/dam/dmi/veterinary/documents/Summer2017%20(002).pdf)

 (/content/dam/dmi/veterinary/documents/Spring2017_RUSVM_StudentExperience.pdf)



 (/content/dam/dmi/veterinary/documents/Student%20Experience%20Newsletter%20Fall%202016.pdf)

## NEW STUDENT ORIENTATION

*Incoming students are required to be in St. Kitts one week prior to the start of classes to participate in new*

**Exhibit 6**

Case: 1:17-cv-06310 Document #: 25-6 Filed: 01/26/18 Page 2 of 6 PageID #:343

*student orientation.*

Each semester's Orientation includes a series of activities designed to introduce students to the University, the profession, and the island.

We believe that for students to be academically successful, it is important for them to settle comfortably into the environment of the island and to have opportunities to learn about the culture of St. Kitts. The Orientation program is aimed at assisting in this process. Some important components of the orientation program include a discussion of Life in St. Kitts, Myers Briggs Personality Type Indicator, a Curriculum Overview, Leadership Development, Security, and Life in Balance sessions.

The Orientation program concludes with the White Coat Ceremony, where students are officially welcomed into the veterinary profession. This takes place each term with the first semester students on the afternoon of the first day of classes. The program includes all students reciting the Veterinary Student Oath.

Orientation Week Schedule September 2017 (/content/dam/dmi/veterinary/documents/Orientation%20Week%20Schedule%20-%20Sept%202017.xlsx.pdf)

## LOG IN TO MYROSS >

Access most student materials and other important resources on the student portal.

## RUSVM BOOKSTORE >

Students can access the RUSVM online bookstore using your student ID. RUSVM does not have a physical bookstore on campus, but you will not need to purchase hard copy texts, as students will receive a required E-book package.

## SCHOLARSHIPS >

We offer a number of scholarships that you may apply for prior the beginning of your first semester at RUSVM, as well as throughout your student career.

## STUDENT GOVERNMENT >

Learn more about our current student government officers, contact student government, and explore other RUSVM clubs on campus.

# HELPFUL LINKS AND DOCUMENTS

RUSVM Student Handbook (PDF) (/content/dam/dmi/veterinary/documents/3%20RUSVM%20Student%20Handbook%20March%2016%202017.pdf)

Academic Catalog (PDF) (/content/dam/dmi/veterinary/documents/Academic-Catalog-RUSVM.pdf)

Protective Clothing Policy (PDF) (/content/dam/dmi/veterinary/documents/ProtectiveClothingPolicy.pdf)

RUSVM Policy on Sex and Gender Based Misconduct (PDF) (/content/dam/dmi/veterinary/documents/RUSVM%20Sex%20and%20Gender-Based%20Misconduct.pdf)

RUSVM Policy on Animals on Campus (PDF) (/content/dam/dmi/veterinary/documents/housing_animals_on_campus_policy.pdf)

Intellectual Property Policy (PDF) (/content/dam/dmi/veterinary/documents/RUSVM%20IP%20policy%20TeachingMaterialsClinicalSkillsModels%20-%20November%202016%20-%20....pdf)

Creative Commons - Licensure Guidelines (PDF) (/content/dam/dmi/veterinary/documents/Creative%20commons%20license%20-%20guidelinesNovember2016%20-%20Approved-CurrentVers....pdf)

RUSVM St. Kitts Interactive Map (https://www.google.com/maps/d/viewer?mid=1_1fe1GQA7Oekx65G0mxsQhX-6jQ&ll=17.375730723682917%2C-62.796659715771455&z=12)

Toxic Plant Garden (http://ross.leadmantra.com/)

myCampus Portal (https://myportal.rossu.edu/)

Case: 1:17-cv-06310 Document #: 25-6 Filed: 01/26/18 Page 4 of 6 PageID #:345

Webmail (http://www.outlook.com/students.rossu.edu)

eCollege (http://www.rossuniversity.net/)

E*Value (https://www.e-value.net/home-main.cfm)



**CAMPUS MAP (/LIFE-IN-ST-KITTS/MAPS.HTML)**

**STUDENT UNION (/LIFE-IN-ST-KITTS/STUDENT-SERVICES.HTML)**

**PREPARATORY SCHOOL (/LIFE-IN-ST-KITTS/PREPARATORY-SCHOOL.HTML)**

### IT HELP DESK

**Open Monday-Friday 7:00am-4:30pm**
Semester Break Hours: 8:00am-4:00pm
Located in the office building accross from the Dean's Office
Basseterre, St. Kitts, West Indies
Phone: 869-465-4161 Ext. 401-1111
skitsupport@rossvet.edu.kn (mailto:skitsupport@rossvet.edu.kn)

### HOUSING DEPARTMENT

**On Campus & Off Campus Housing**
P.O. Box 334
Basseterre, St. Kitts, West Indies
Phone: +1 869-465-4161 Ext. 401-1300
housing@rossvet.edu.kn (mailto:housing@rossvet.edu.kn)

### STUDENT ACCOUNTS

**Office of Student Accounts**
630 US Highway 1, Suite 2001
North Brunswick , NJ, 08902 US
Phone: 732-509-4600 Ext. 4907
bursar@rossu.edu (mailto:bursar@rossu.edu)

### STANLEY MARK DENNIS VETERINARY LIBRARY

**Open Monday-Thursday 7:00am-10:30pm, Friday 7:00am-5:00pm, Saturday & Sunday 9:00am-10:30pm**
Located at the bottom of campus opposite the Anatomy Lab
Basseterre, St. Kitts, West Indies
Phone: +1 869-465-4161 Ext. 401-1124
sklibrarystaff@rossvet.edu.kn (mailto:sklibrarystaff@rossvet.edu.kn)

**Websites:**
Library (/library.html)

## CAMPUS SECURITY CONTACT

**24-Hour Safety & Security**
Student Union
Basseterre, St. Kitts, West Indies
Phone: +1 (869) 465-6161 Ext. 401-1113
security@rossvet.edu.kn (mailto:security@rossvet.edu.kn%20)

**Websites:**
Safety & Security (/life-in-st-kitts/safety-security.html)

## COUNSELING CENTER CONTACT

**Open Monday-Friday, 8:00am- 4:00pm**
Room 07-121 between the blue mailboxes
Basseterre, St. Kitts, West Indies
Phone: +1 869-465-4161 Ext. 401-1500
counselingcenter@rossvet.edu.kn (mailto:counselingcenter@rossvet.edu.kn)

**Websites:**
Counseling Services (/life-in-st-kitts/health-wellness.html)

## OFFICE OF STUDENT FINANCE

**Open Monday-Friday, 9:00am-5:00pm ET**
630 US Highway 1, Suite 2001
North Brunswick, NJ, 08902 United States
Phone: 732-509-3051
Fax: 732-509-4821
finaid@rossu.edu (mailto:finaid@rossu.edu)

# IMPORTANT DATES
### ACADEMIC CALENDAR (/ACADEMIC-CALENDAR.HTML)

**FEBRUARY 26** — MID SEMESTER BREAK

**APRIL 19** — SPRING SEMESTER ENDS

.

# MAY 07

**SUMMER SEMESTER STARTS**

**STUDENT SERVICES**
(/life-in-st-kitts/student-services.html)

**FINANCIAL AID INFO**
(/admissions/financial-aid.html)

**CAMPUS SECURITY**
(/life-in-st-kitts/safety-security.html)



(/)

CAREERS (/ABOUT/CAREERS-AT-RUSVM.HTML)

EVENTS (/EVENTS.HTML)

DIRECTORY (/DIRECTORY.HTML)

LIBRARY (/LIBRARY.HTML)

CONTACT US (/CONTACT-US.HTML)

(https://www.facebook.com/RossVetSchool) (https://twitter.com/RossVetSchool) (https://www.youtube.com/user/RossVetSchool/) (https://www.pinterest.com/RossVetSchool/) (https://www.instagram.com/rossvetschool/)



VETERINARY CLINIC (/VETERINARY-CLINIC.HTML)

P.O. Box 334 Basseterre St. Kitts West Indies | Phone: +1-869-465-4161 | Admissions (US toll free): 855-ROSS-Vet | Admissions (international): +1-732-509-3042 | Fax: +1-869-465-1203 | (mailto:vetadmissions@rossu.edu)VetAdmissions@RossU.edu | Privacy Statement (/privacy-statement.html)

Academic Catalog (/content/dam/dmi/veterinary/documents/Academic-Catalog-RUSVM.pdf) | Student Handbook (/content/dam/dmi/veterinary/documents/RUSVM%20Student%20Handbook.pdf)

Important information about the educational debt, earnings, and completion rates of students who attended this program can be found at veterinary.rossu.edu/gainful-employment (/gainful-employment.html). | ©2017 Ross University School of Veterinary Medicine. All rights reserved.