(/)

 MENU

RUSVM DVM PROGRAM

## WHERE DEDICATION BREEDS SUCCESS

# HOW TO APPLY

*Ready to start your veterinary education? Apply today and your passion for animal health could lead you to a world of possibilities.*

The Ross University School of Veterinary Medicine Admissions Committee reviews veterinary school applications throughout the year, accepting students for our January, May, and September classes.

 **THE DVM APPLICATION PROCESS**

 **APPLY NOW**

START YOUR APPLICATION (HTTP://ROSSU.FORCE.COM/APPLY/FASTAPP2?APPTYPE=VET#)

RESUME YOUR APPLICATION (HTTP://ROSSU.FORCE.COM/APPLY/FASTAPP2?APPTYPE=VET&LOGIN=TRUE#)

EMAIL VMCAS APPLICATION (MAILTO:VETADMISSIONS@ROSSU.EDU?SUBJECT=ROSS%20VMCAS%20APPLICATION%20SUBMISSION)

## WHEN WOULD YOU LIKE TO START?

New classes start every September, January, and May, providing you the flexibility to start on your own timeline. Our accelerated curriculum* allows you to earn your DVM and become a licensed veterinarian in three years and four months.

**JANUARY 2018**

Starting in January has both the benefit of an extra semester at home, plus students who begin at Ross in January 2018 will complete their DVM at the same time as students who begin in September 2017 at a US school*.

Exhibit 8

Apply now through our simple online application (https://rossu.secure.force.com/apply/fastapp2?AppType=Vet#)—just make sure to have your 300-word essay (/admissions/dvm-admissions/requirements.html#personal-essay) prepared, and note that you can submit your application before submitting your supplemental materials, in order to get your file started.

If you're planning on using the VMCAS, Ross is currently accepting VMCAS applications for the January 2018-September 2018 semesters. Alternatively, if you've already completed your VMCAS application, but did not apply to Ross, you can submit the PDF of your completed application by email (mailto:vetadmissions@rossu.edu?subject=VMCAS%20Submission). Be sure to include your contact information and the semester for which you are applying.

Applicants who apply through VMCAS do not need to pay an additional application fee, or write an additional personal essay. You'll still need to submit your GRE score (/admissions/dvm-admissions/requirements.html#gre) report and any other supplemental documents, which can be done before or after you submit your VMCAS. We will retrieve transcripts (/admissions/dvm-admissions/requirements.html#transcripts) and letters of recommendation (/admissions/dvm-admissions/requirements.htmlletters) from VMCAS directly.

Contact admissions at vetadmissions@rossu.edu (mailto:vetadmissions@rossu.edu) or 855-ROSS-Vet with any questions.

+ **MAY 2018**

+ **SEPTEMBER 2018**

+ **JANUARY OR MAY 2019**

+ **SEPTEMBER 2019-SEPTEMBER 2020**

*Students must successfully pass all courses prescribed in the Ross preclinical and clinical curriculum without failing or repeating any courses, and pass the North American Veterinary Licensing Examination (NAVLE) to complete their degree within this timeframe. Comparison to US School is based on a traditional 4-year curriculum. For more information visit: http://veterinary.rossu.edu/student-consumer-information.html (/student-consumer-information.html)

**Note:** If you are interested in the postgraduate MSc or PhD programs, send an email to postgrad@rossvet.edu.kn (mailto:postgrad@rossvet.edu.kn).

**DVM ADMISSIONS (/ADMISSIONS/DVM-ADMISSIONS.HTML)**

**HOW TO APPLY (/ADMISSIONS/DVM-ADMISSIONS/HOW-TO-APPLY.HTML)**

REQUIREMENTS (/ADMISSIONS/DVM-ADMISSIONS/REQUIREMENTS.HTML)

FINANCIAL AID (/ADMISSIONS/DVM-ADMISSIONS/FINANCIAL-AID.HTML)

INTERNATIONAL APPLICANTS (/ADMISSIONS/DVM-ADMISSIONS/INTERNATIONAL-APPLICANTS.HTML)

ARTICULATION AGREEMENTS (/ADMISSIONS/DVM-ADMISSIONS/ARTICULATION-AGREEMENTS.HTML)

SCHOLARSHIPS (/ADMISSIONS/DVM-ADMISSIONS/SCHOLARSHIPS.HTML)

**CONTACT US**

**Office of Admissions**
630 US Highway 1, Suite 2031
North Brunswick, NJ, 08902 US

Phone: 855-ROSSVET

vetadmissions@rossu.edu (mailto:vetadmissions@rossu.edu)

## REQUEST INFORMATION

Sign up to receive more information about our DVM program in your inbox. (.html)

Email Address:

**NEXT**

## IMPORTANT DATES

VIEW UPCOMING EVENTS (/DVM-PROGRAM/ATTEND-EVENT.HTML)

### FEBRUARY 17 (/EVENTS/COSTA-MESA-EXPO-021718.HTML)
ROSS VET EXPO IN COSTA MESA

### FEBRUARY 24 (/EVENTS/DALLAS-EXPO-022418.HTML)
ROSS VET EXPO IN DALLAS

### MARCH 03 (/EVENTS/VANCOUVER-EXPO-030318.HTML)
ROSS VET EXPO IN VANCOUVER



(/)

CAREERS (/ABOUT/CAREERS-AT-RUSVM.HTML)

EVENTS (/EVENTS.HTML)

DIRECTORY (/DIRECTORY.HTML)

LIBRARY (/LIBRARY.HTML)

CONTACT US (/CONTACT-US.HTML)

    

(https://www.facebook.com/RossVetSchool) (https://twitter.com/RossVetSchool) (https://www.youtube.com/user/RossVetSchool) (https://www.pinterest.com/RossVetS) (https://www.instagram.com/rossvet)

VETERINARY CLINIC (/VETERINARY-CLINIC.HTML)

sVetS         School        chool/        vetsch
chool)        )             )             ool/)

P.O. Box 334 Basseterre St. Kitts West Indies | Phone: +1-869-465-4161 | Admissions (US toll free): 855-ROSS-Vet | Admissions (international): +1-732-509-3042 | Fax: +1-869-465-1203 | (mailto:vetadmissions@rossu.edu)VetAdmissions@RossU.edu | Privacy Statement (/privacy-statement.html)

Academic Catalog (/content/dam/dmi/veterinary/documents/Academic-Catalog-RUSVM.pdf) | Student Handbook (/content/dam/dmi/veterinary/documents/RUSVM%20Student%20Handbook.pdf)

Important information about the educational debt, earnings, and completion rates of students who attended this program can be found at veterinary.rossu.edu/gainful-employment (/gainful-employment.html). | ©2017 Ross University School of Veterinary Medicine. All rights reserved.