Case: 1:17-cv-06310 Document #: 25-9 Filed: 01/26/18 Page 1 of 5 PageID #:469



(/)



MENU

CLINICAL NETWORK

# AFFILIATES AROUND THE US AND AF

# CLINICAL AFFILIATES

RUSVM is proud to be affiliated with 32 American Veterinary Medical Association (AVMA) accredited schools in the US, UK, Canada, Australia, New Zealand and Ireland. This extensive network of affiliations makes it possible for you to strengthen your professional interests while completing your clinical training. Our roster of affiliated institutions includes many of the top veterinary schools in the world.

Auburn University (http://www.vetmed.auburn.edu/) - Auburn, AL
Colorado State University (http://www.cvmbs.colostate.edu/) - Fort Collins, CO
Cornell University (http://www.vet.cornell.edu/) - Ithaca, NY
Iowa State University (http://www.vetmed.iastate.edu/) - Ames, IA
Kansas State University (http://www.vet.ksu.edu/) - Manhattan, KS
Louisiana State University (http://www.lsu.edu/vetmed/) - Baton Rouge, LA

Exhibit 9

Massey University (http://www.massey.ac.nz/massey/learning/colleges/college-of-sciences/students/vetschool/vetschool_home.cfm) - Palmerston North, New Zealand

Michigan State University (http://cvm.msu.edu/) - East Lansing, MI

Murdoch University (http://www.murdoch.edu.au/School-of-Veterinary-and-Life-Sciences/) - Perth, Australia

North Carolina State University (http://www.cvm.ncsu.edu/) - Raleigh, NC

Oklahoma State University (http://www.cvm.okstate.edu/) - Stillwater, OK

Oregon State University (http://vetmed.oregonstate.edu/) - Corvallis, OR

Purdue University (http://www.vet.purdue.edu/) - West Lafayette, IN

Royal (Dick) School of Veterinary Sciences at the University of Edinburgh (http://www.ed.ac.uk/vet) - Roslin, United Kingdom

Royal Veterinary College (http://www.rvc.ac.uk/) - London, United Kingdom

Texas A & M University (http://www.cvm.tamu.edu/) - College Station, TX

The Ohio State University (http://vet.osu.edu/) - Columbus, OH

Tufts University (http://vet.tufts.edu/) - North Grafton, MA

University College Dublin (http://www.ucd.ie/vetmed) -Dublin, Ireland

University of California at Davis (http://www.vetmed.ucdavis.edu/) - Davis, CA

University of Florida (http://www.vetmed.ufl.edu/) - Gainesville, FL

University of Georgia College of Veterinary Medicine (http://vet.uga.edu/) - Athens, GA

University of Illinois (http://www.cvm.uiuc.edu/) - Urbana-Champaign, IL

University of Melbourne (http://www.vet.unimelb.edu.au/) - Melbourne, Australia

University of Minnesota (http://www.cvm.umn.edu/) - St. Paul, MN

University of Missouri (http://www.cvm.missouri.edu/) - Columbia, MO

University of Montreal (http://www.umontreal.ca/english/) - Montreal, QC, Canada

University of Sydney (http://sydney.edu.au/vetscience) - Sydney, Australia

University of Tennessee (http://www.vet.utk.edu/)- Knoxville, TN

University of Wisconsin (http://www.vetmed.wisc.edu/) - Madison, WI

Virginia-Maryland College of Veterinary Medicine (http://www.vetmed.vt.edu/) - Blacksburg, VA

Western College of Veterinary Medicine (http://www.usask.ca/wcvm) - Saskatoon, Canada

## CLINICAL YEAR (/DVM-PROGRAM/CURRICULUM/CLINICAL-YEAR.HTML)

## CLINICAL AFFILIATES (/DVM-PROGRAM/CURRICULUM/CLINICAL-YEAR/CLINICAL-AFFILIATES.HTML)

SCHOOL SELECTION PROCESS (/DVM-PROGRAM/CURRICULUM/CLINICAL-YEAR/SCHOOL-SELECTION-PROCESS.HTML)

REQUIREMENTS (/DVM-PROGRAM/CURRICULUM/CLINICAL-YEAR/REQUIREMENTS.HTML)

## CONTACT US

**Office of Clinical Affairs**

Research and Administration Building

P.O. Box 334

Basseterre, St. Kitts, West Indies

Phone: +1 869-465-4161 Ext. 401-1334

pscaife@rossvet.edu.kn (mailto:pscaife@rossvet.edu.kn)

## REQUEST INFORMATION

Sign up to receive more information about our DVM program in your inbox. (/dvm-program/curriculum/clinical-year.html)

Email Address:

**NEXT**

**HOW TO APPLY**

(/admissions/dvm-admissions/how-to-apply.html)

**DISCOVER ST. KITTS**

(/life-in-st-kitts.html)

**ATTEND AN EVENT**

(/dvm-program/attend-event.html)



(/)

CAREERS (/ABOUT/CAREERS-AT-RUSVM.HTML)

EVENTS (/EVENTS.HTML)

DIRECTORY (/DIRECTORY.HTML)

LIBRARY (/LIBRARY.HTML)

CONTACT US (/CONTACT-US.HTML)



VETERINARY CLINIC (/VETERINARY-CLINIC.HTML)

(https://www.facebook.com/RossVetSchool) (https://twitter.com/RossVetSchool) (https://www.youtube.com/user/RossVetSchool) (https://www.pinterest.com/RossVetSchool/) (https://www.instagram.com/rossvetschool/)

P.O. Box 334 Basseterre St. Kitts West Indies | Phone: +1-869-465-4161 | Admissions (US toll free): 855-ROSS-Vet | Admissions (international): +1-732-509-3042 | Fax: +1-869-465-1203 | (mailto:vetadmissions@rossu.edu)VetAdmissions@RossU.edu | Privacy Statement (/privacy-statement.html)

Academic Catalog (/content/dam/dmi/veterinary/documents/Academic-Catalog-RUSVM.pdf) | Student Handbook (/content/dam/dmi/veterinary/documents/RUSVM%20Student%20Handbook.pdf)

Important information about the educational debt, earnings, and completion rates of students who attended this program can be found at veterinary.rossu.edu/gainful-employment (/gainful-employment.html). | ©2017 Ross University School of Veterinary Medicine. All rights reserved.

Case: 1:17-cv-06310 Document #: 25-9 Filed: 01/26/18 Page 5 of 5 PageID #:473