Case: 1:17-cv-06310 Document #: 25-10 Filed: 01/26/18 Page 1 of 5 PageID #:474



(/)



MENU

DISCOVER YOUR PASSION

# ATTEND AN EVENT NEAR YOU

# ATTEND AN EVENT

*We understand you can't exactly jump on the next plane to St. Kitts to visit our campus (though we'd love to have you!), so we've designed a variety of local, in-person and virtual events just for you.*

## WEBINAR >

JANUARY 30, 2017

Have questions about what it's like to attend Ross Vet? Get all of them answered in the comfort of your own home!

Exhibit 10

## ROSS VET EXPO IN COSTA MESA >

FEBRUARY 17, 2018

THE WESTIN SOUTH COAST PLAZA, 686 ANTON BLVD, COSTA MESA, CA 92626

## ROSS VET EXPO IN DALLAS >

FEBRUARY 24, 2018

RENAISSANCE DALLAS HOTEL, 2222 N STEMMONS FWY, DALLAS, TX 75207

## ROSS VET EXPO IN VANCOUVER >

MARCH 03, 2018

DELTA HOTELS VANCOUVER DOWNTOWN SUITES 550 WEST HASTINGS STREET, VANCOUVER V6B 1L6 CANADA

## ROSS VET EXPO IN FT. LAUDERDALE >

MARCH 10, 2018

6650 N ANDREWS AVE, FORT LAUDERDALE, FL 33309

## ROSS VET EXPO IN NYC >

MARCH 10, 2018

CONVENE AT 101 PARK AVENUE, NEW YORK, NEW YORK, 10178

## MEET ROSS VET: EDMONTON >

MARCH 27, 2018

UNIVERSITY OF ALBERTA, 116 ST & 85 AVE, EDMONTON, AB T6G 2R3, CANADA

## MEET ROSS VET: CALGARY >

APRIL 04, 2018

UNIVERSITY OF CALGARY, 2500 UNIVERSITY DR NW, CALGARY, AB T2N 1N4, CANADA

## ROSS VET @ THE TOLEDO ZOO >

APRIL 07, 2018

TOLEDO ZOO - 2 HIPPO WAY, TOLEDO, OH 43609

# ROSS VET @ COUNTRYSIDE VETERINARY CENTER >

APRIL 08, 2018

9823 WEST 55TH STREET, COUNTRYSIDE, IL

# ROSS VET @ STONE COTTAGE VETERINARY CLINIC >

APRIL 14, 2018

STONE COTTAGE VETERINARY CLINIC - 154 NY-17K, NEWBURGH, NY 12550

# ROSS VET EXPO IN PUERTO RICO >

APRIL 21, 2018

LA CONCHA RESORT, 1077 AVENIDA DOCTOR ASHFORD, SAN JUAN, 00907, PUERTO RICO

## DVM PROGRAM (/DVM-PROGRAM.HTML)

CURRICULUM (/DVM-PROGRAM/CURRICULUM.HTML)

DUAL DEGREES (/DVM-PROGRAM/DUAL-DEGREES.HTML)

VET PREP PROGRAM (/DVM-PROGRAM/VET-PREP-PROGRAM.HTML)

CAREER POSSIBILITIES (/DVM-PROGRAM/CAREER-POSSIBILITIES.HTML)

REQUEST INFORMATION (/DVM-PROGRAM/REQUEST-INFORMATION.HTML)

## ATTEND AN EVENT (/DVM-PROGRAM/ATTEND-EVENT.HTML)

### CONTACT US

**RUSVM Office of Admissions**

630 US Highway 1, Suite 2031

North Brunswick , NJ, 08902 US

Phone: 855-ROSSVET

vetadmissions@rossu.edu (mailto:vetadmissions@rossu.edu)

## REQUEST INFORMATION

Sign up to receive more information about our DVM program in your inbox. (.html)

Email Address:

**NEXT**

# IMPORTANT DATES

ADMISSIONS REQUIREMENTS (/DVM-PROGRAM/ATTEND-EVENT.HTML)

**DVM PROGRAM TIMELINE**

(/dvm-program/curriculum.html)

**DISCOVER ST. KITTS**

(/life-in-st-kitts/things-to-do.html)

**EXPLORE MAPS**

(/life-in-st-kitts/maps.html)



(/)

CAREERS (/ABOUT/CAREERS-AT-RUSVM.HTML)

EVENTS (/EVENTS.HTML)

DIRECTORY (/DIRECTORY.HTML)

LIBRARY (/LIBRARY.HTML)

CONTACT US (/CONTACT-US.HTML)



VETERINARY CLINIC (/VETERINARY-CLINIC.HTML)

(https://www.facebook.com/RossVetSchool) (https://twitter.com/RossVetSchool) (https://www.youtube.com/user/RossVetSchool) (https://www.pinterest.com/RossVetSchool/) (https://www.instagram.com/rossvetschool/)

P.O. Box 334 Basseterre St. Kitts West Indies | Phone: +1-869-465-4161 | Admissions (US toll free): 855-ROSS-Vet | Admissions (international): +1-732-509-3042 | Fax: +1-869-465-1203 | (mailto:vetadmissions@rossu.edu)VetAdmissions@RossU.edu | Privacy Statement (/privacy-statement.html)

Academic Catalog (/content/dam/dmi/veterinary/documents/Academic-Catalog-RUSVM.pdf) | Student Handbook (/content/dam/dmi/veterinary/documents/RUSVM%20Student%20Handbook.pdf)

Important information about the educational debt, earnings, and completion rates of students who attended this program can be found at veterinary.rossu.edu/gainful-employment (/gainful-employment.html). | ©2017 Ross University School of Veterinary Medicine. All rights reserved.