Case: 1:17-cv-06310 Document #: 25-11 Filed: 01/26/18 Page 1 of 22 PageID #:479

 

(/)

**RUSVM ACCREDITATION**

# MEETING THE HIGHEST STANDARDS

# ACCREDITATION

Ross University School of Veterinary Medicine is proud to hold accreditation from the American Veterinary Medical Association Council on Education. See a detailed summary of the alumni survey questions and responses by accessing the following links:

**2014 Alumni Satisfaction Survey** | **2013 Alumni Satisfaction Survey** | **2012 Alumni Satisfaction Survey**

## AVMA COE ACCREDITATION

Ross University School of Veterinary Medicine confers a Doctor of Veterinary Medicine (DVM) degree to students who have successfully met the educational standards of the pre-clinical (7 semesters) and clinical (3 semesters) curricula. The DVM is accredited by the American Veterinary Medical Association Council on Education (AVMA COE), 1931 N. Meacham Road, Suite 100, Schaumburg, IL 60173, Tel: 800.248.2862, Email: MMaresh@avma.org (mailto:MMaresh@avma.org)

<div style="border:1px solid black; display:inline-block; padding:4px;">

**Exhibit 11**

</div>

Case: 1:17-cv-06310 Document #: 25-11 Filed: 01/26/18 Page 2 of 22 PageID #:480

In March 2011, Ross University School of Veterinary Medicine received full accreditation from the AVMA COE. (https://www.avma.org/ProfessionalDevelopment/Education/Accreditation/Colleges/Pages/default.aspx)

RUSVM was notified in April 2016 that the AVMA COE had reviewed RUSVM's interim report and its current status is: **Accredited** (https://www.avma.org/ProfessionalDevelopment/Education/Accreditation/Colleges/Documents/coe_pp.pdf)

The AVMA COE uses defined standards to evaluate veterinary medical education programs, including facilities, clinical resources, curriculum, faculty, student outcomes and research programs. The standards are interpreted and applied by the AVMA COE-accredited veterinary medical education programs in relation to its mission.

The next comprehensive evaluation will occur in 2018.

**AVMA Accreditation Resources**

About Accreditation (https://www.avma.org/ProfessionalDevelopment/Education/Accreditation/Colleges/Pages/default.aspx)

Accreditation Policies and Procedures of the AVMA Council on Education (https://www.avma.org/ProfessionalDevelopment/Education/Accreditation/Colleges/Pages/coe-pp.aspx)

The Accreditation Process (https://www.avma.org/professionaldevelopment/education/accreditation/colleges/pages/coe-process.aspx)

The Eleven Accreditation Standards (https://www.avma.org/ProfessionalDevelopment/Education/Accreditation/Colleges/Pages/coe-pp-requirements-of-accredited-college.aspx)

# ST. KITTS ACCREDITATION

Ross University School of Veterinary Medicine (RUSVM) is accredited by the St. Christopher (Kitts) and Nevis Accreditation Board and therefore under the Ministry of Education's approval has the authority to confer the degree of Doctor of Veterinary Medicine to students who

Case: 1:17-cv-06310 Document #: 25-11 Filed: 01/26/18 Page 3 of 22 PageID #:481

successfully complete the course of study. The status of full accreditation was renewed following submission of a self-study report and a site visit which was made effective as of July 1, 2012.

In July 2014, RUVSM received accreditation for the Postgraduate Studies Program from the St. Christopher and Nevis Accreditation Board effective for five years. The Postgraduate Studies program offers Master of Science (MSc) and Doctoral (PhD) degrees in all research areas supported by RUSVM. Areas of emphasis are guided by RUSVM's themed Research Centers.

About the St. Kitts-Nevis Accreditation Board (http://www.moeskn.org/index.php?option=com_content&view=article&id=96:the-accreditation-board&catid=27:ministry-resources&Itemid=101)

# AMERICAN ANIMAL HOSPITAL ASSOCIATION (AAHA)

Ross University Veterinary Clinic is accredited by the American Animal Hospital Association (AAHA) to provide a range of medical and surgical services for small animals, including preventive care and emergency medicine.

# RUSVM NAVLE ULTIMATE PASS RATE

# NORTH AMERICAN VETERINARY LICENSURE EXAMINATION >

The North American Veterinary Licensing Exam (NAVLE) is required for licensure to practice veterinary medicine in North America. Senior students and recent graduates must pass the NAVLE in order to gain licensure. The AVMA requires a minimum pass rate of 80% for the institution to maintain full accreditation and Ross University School of Veterinary Medicine students have consistently exceeded this standard. Shown to the left are the NAVLE ultimate pass rate percentages for RUSVM graduates over the last five years.

# RUSVM ALUMNI SURVEY 2014

Ross University School of Veterinary Medicine (RUSVM) conducted an alumni survey to understand graduate employment status 1 year post graduation, as well as to gain a sense of graduate preparation levels.

Overall, graduates are highly satisfied with the RUSVM program and evaluate their preparation in clinical competency areas as mostly satisfied or very satisfied. Additionally, 84% of respondents are satisfied with their career choice to become a veterinarian. 75% of respondents indicate their salary to be more than $60,000. 13% reported earning less than $29,000. Ten graduates are pursuing an internship, residency or post-DVM graduate program. Finally, 62 of 75 graduates (83%) found a job within 6 months after graduation.

**Methodology**

The alumni survey was launched on June 27, 2013 to 274 recent graduates and 75 graduates (27%) responded. It should be noted that respondents were allowed to skip questions, thus responses will not total 75 for all questions.

Results from the survey are organized into four sections:

      I. General Demographics

      II. Employment and Salary

      III. Graduate Satisfaction

      IV. Graduate Evaluation of Educational Program

**I. GENERAL DEMOGRAPHICS**

| Gender | # of Responses | % |
|--------|----------------|---|
| Male | 16 | 21 |
| Female | 57 | 76 |

## II. EMPLOYMENT AND SALARY

| Current Professional Activity | # of Responses | % |
|---|---|---|
| Small Animal Practice | 47* | 63 |
| Private Mixed Animal Practice- primarily Small Animal | 7 | 9 |
| Private Mixed Animal Practice- primarily Large Animal | 2 | 3 |
| Private Practice Equine exclusive | 3 | 4 |
| Internship, Residency, Graduate School | 10 | 13 |
| Other | 6 | 8 |

* Includes 6 graduates working in Corporate Small Animal Medicine



| Current Salary | # responses | % |
|---|---|---|
| >$100,000 | 5 | 7 |
| $80,000-$99,000 | 19 | 25 |
| $60,000-$79,000 | 32 | 43 |
| $40,000-$59,000 | 9 | 12 |
| $20,000-$29,000 | 7 | 9 |
| Unemployed | 3 | 4 |



| Time Required to Find First Job DVM 2013 N=75 | | |
|---|---|---|
|  | # responses | % |
| 1-2 months from graduation | 50 | 67 |
| 3-6 months from graduation | 12 | 16 |
| 6-10 months from graduation | 7 | 9 |
| Did not seek employment | 4 | 5 |
| Unemployed | 2 | 3 |



## III. GRADUATE SATISFACTION

| Alumni Survey Question | Response | % |
|---|---|---|
| With regard to your initial year of professional endeavors following graduation from RUSVM: How prepared were you to pursue entry-level professional activities? | Prepared/ highly prepared | 69 |
| What is your overall opinion of the quality of education you received during your time at RUSVM? | Positive/ highly positive | 90 |
| At this time, how satisfied are you with your career choice to become a veterinarian? | Satisfied/ highly satisfied | 84 |
| If you were entering veterinary school now, would you choose RUSVM? | Yes/ definitively yes | 67 |

## IV: Graduate Evaluation of Educational Program

| Evaluation of Clinical Competencies | Mean ± SD |
|---|---|
| Comprehensive patient diagnosis (problem solving skills), appropriate use of clinical Laboratory testing, and record management | 4.0 ± 0.8 |
| Comprehensive treatment planning including patient referral when indicated | 3.9 ± 0.8 |
| Anesthesia and pain management, patient welfare | 4.4 ± 0.7 |
| Basic medicine skills, experience, and case management | 4.0 ± 0.8 |
| Basic surgery skills, experience, and case management | 4.2 ± 0.9 |
| Emergency and intensive care case management | 3.0 ± 0.9 |
| Health promotion, disease prevention/biosecurity, zoonosis, and food safety | 4.0 ± 0.7 |
| Client communication and ethical conduct | 4.1 ± 0.9 |
| Critical analysis of new information relevant to veterinary medicine | 3.8 ± 0.8 |

*Results are presented as Mean ± SD, based on Likert scale 1-5*
*1 = very dissatisfied, 2 = dissatisfied, 3 = neutral; 4 = satisfied; 5 = very satisfied*

# RUSVM ALUMNI SURVEY 2013

Ross University School of Veterinary Medicine (RUSVM) conducted an alumni survey to understand the employment status one year post graduation, as well as gain a sense of preparation levels by our graduates.

**Methodology**

The alumni survey was launched on June 6, 2013 to 274 recent graduates using E*Value software. The survey was open until March 31, 2014 and a total of 87 graduates (32%) responded. It should be noted that respondents were allowed to skip questions, thus not all questions will total 87 respondents.

Results from the survey are organized into four sections:

I. General Demographics

II. Employment and Salary

III. Graduate Satisfaction

IV. Graduate Evaluation of Educational Program

Overall, graduates are highly satisfied with the RUSVM program and evaluate their preparation in clinical competency areas as mostly satisfied or very satisfied. Additionally, 90% of respondents are satisfied with their career choice to become a veterinarian. Overall, 62% of respondents indicate their salary to be more than $60,000 and 15% reported earning less than $40,000; the overwhelming majority (10 out of 13 respondents) of these graduates is pursuing an internship or residency program. Finally, 75 graduates out of 87 (86%) found a job within six months after graduation.

## I. GENERAL DEMOGRAPHICS

| Gender | # of Responses | % |
|---|---|---|
| Male | 17 | 20 |
| Female | 69 | 79 |
| Did not report | 1 | 1 |

## II. EMPLOYMENT AND SALARY

| Current Professional Activity | # of Responses | % |
|---|---|---|
| Small Animal Practice- Private | 48 | 55 |
| Small Animal Practice- Corporate | 8 | 9 |
| Private Mixed Animal Practice- primarily Small Animal | 9 | 10 |
| Private Mixed Animal Practice- primarily Large Animal | 3 | 3.5 |
| Private Practice Equine exclusive | 3 | 3.5 |
| Internship, Residency, Graduate School | 11 | 13 |
| Other | 5 | 6 |

| Current Salary | # responses | % |
|---|---|---|
| >$100,000 | 2 | 2 |
| $80,000- $99,000 | 15 | 17 |
| $60,000-$79,000 | 37 | 43 |
| $40,000-$59,000 | 18 | 21 |
| $20,000-$39,000 | 13 | 15 |
| Unemployed | 2 | 2 |

**Time Required to Find First Job –Graphical Illustration**

**2012 Doctor of Veterinary Medicine (DVM) Graduates**



| Time Required to Find First Job DVM 2012 N=87 | | |
|---|---|---|
| | # responses | % |
| 1-2 months from graduation | 54 | 62 |
| 3-6 months from graduation | 21 | 24 |
| 6-10 months from graduation | 4 | 5 |
| Did not report | 7 | 8 |
| Unemployed | 1 | 1 |

## III. GRADUATE SATISFACTION

| Alumni Survey Question | Response | % |
|---|---|---|
| With regard to your initial year of professional endeavors following graduation from RUSVM: How prepared were you to pursue entry-level professional activities? | Prepared/ highly prepared | 79 |
| What is your overall opinion of the quality of education you received during your time at RUSVM? | Positive/ highly positive | 99 |
| At this time, how satisfied are you with your career choice to become a veterinarian? | Satisfied/ highly satisfied | 90 |
| If you were entering veterinary school now, would you choose RUSVM? | Yes/ definitively yes | 72 |

## IV. GRADUATE EVALUATION OF EDUCATIONAL PROGRAM

| Evaluation of Clinical Competencies | Mean ± SD |
|---|---|
| Comprehensive patient diagnosis (problem solving skills), appropriate use of clinical Laboratory testing, and record management | 4.2 ± 0.8 |
| Comprehensive treatment planning including patient referral when indicated | 4.1 ± 0.8 |
| Anesthesia and pain management, patient welfare | 4.6 ± 0.5 |
| Basic medicine/surgery skills, experience, and case management | 4.2 ± 0.8 |
| Emergency and intensive care case management | 3.4 ± 1 |
| Health promotion, disease prevention/biosecurity, zoonosis, and food safety | 4.0 ± 0.8 |
| Client communication and ethical conduct | 4.2 ± 0.8 |
| Critical analysis of new information relevant to veterinary medicine | 3.8 ± 0.8 |

*Results are presented as Mean ± SD, based on Likert scale 1-5*
*1 = very dissatisfied, 2 = dissatisfied, 3 = neutral; 4 = satisfied; 5 = very satisfied*

# RUSVM ALUMNI SURVEY 2012

Ross University School of Veterinary Medicine (RUSVM) conducted an alumni survey to understand the current employment status of our graduates, as well as gain a sense of preparation levels by the graduates. The 2012 survey marked the first instance of this outcomes measurement

Case: 1:17-cv-06310 Document #: 25-11 Filed: 01/26/18 Page 12 of 22 PageID #:490

tool. Future iterations of the survey should provide historical and trend data within industry employment and assist with the identification of programmatic areas of strengths and weaknesses.

Overall, graduates are highly satisfied with the RUSVM program and evaluate their preparation in clinical competency areas as mostly satisfied or very satisfied. Additionally, 75% of respondents said that if they were entering veterinary school now, they would choose RUSVM. Overall, more than 50% of respondents indicate their salary to be more than $80,000. However, more than 50% of new graduates' salaries are between $60,000-$79,000. Statistics indicate that salary increases are aligned with the number of years of experience in the profession. Finally, graduates spend approximately 1-2 months post graduation to find their first job.

## Methodology

The alumni survey was launched on October 17, 2012 to 2458 graduates—the total number of graduates in which the RUVM alumni office has email contact information—using E*Value software. Email addresses of RUSVM graduates were obtained from the RUSVM Alumni Office. The survey was open until January 23, 2013 and a total of 491 graduates responded. The response rate was 20% which is above the sample size (481 respondents) needed to achieve 95% confidence level with a 4% margin or error. It should be noted that respondents were allowed to skip questions, thus not all questions will total 491 respondents.

Results from the survey are organized into four sections:

I. General Demographics

II. Employment and Salary

III. Graduate Satisfaction

IV. Graduate Evaluation of Educational Program

## I. GENERAL DEMOGRAPHICS

Case: 1:17-cv-06310 Document #: 25-11 Filed: 01/26/18 Page 13 of 22 PageID #:491

| Total Number of Respondents (arranged by year of graduation) | | |
|---|---|---|
| Year of Graduation | # Responses | % |
| 2012 | 61 | 12 |
| 2007-2011 | 192 | 39 |
| 2001-2006 | 122 | 25 |
| 2000 or earlier | 101 | 21 |
| Did not report | 15 | 3 |

| Gender | # Responses | % |
|---|---|---|
| Male | 147 | 30 |
| Female | 335 | 68 |
| Did not report | 9 | 2 |

## II. EMPLOYMENT AND SALARY

| Current Professional Activity | # Responses | % |
|---|---|---|
| Small Animal Practice- Private | 313 | 64 |
| Small Animal Practice- Corporate | 14 | 3 |
| Private Mixed Animal Practice- primarily Small Animal | 46 | 9 |
| Private Mixed Animal Practice- primarily Large Animal | 8 | 2 |
| Private Practice Equine exclusive | 9 | 2 |
| Private Practice Exotics and Zoo Animal Medicine | 4 | 1 |
| Academia | 16 | 3 |
| Industry | 4 | 1 |
| Government, Public Health, Military Services | 6 | 1 |
| Internship, Residency, Graduate School | 30 | 5 |
| Did not report | 41 | 8 |

| Current Salary | # Responses | % |
|---|---|---|
| >$100,000 | 144 | 29 |
| $80,000- $99,000 | 100 | 20 |
| $60,000-$79,000 | 126 | 26 |
| $40,000-$59,000 | 40 | 8 |
| $20,000-$39,000 | 41 | 8 |
| < $20,000 | 21 | 4 |
| Did not report | 19 | 4 |



**Salary and Current Employment Status of respondents – Graphical Illustration (by year of graduation)**



| Salary and Current Employment Status of respondents (by year of graduation) | 2012 | 2011-2007 | 2006-2001 | 2000 and earlier |
|---|---|---|---|---|
| >$100,000 | 0% | 20% | 42% | 53% |
| $90,000-$99,000 | 0% | 12% | 8.6% | 6% |
| $80,000-$89,000 | 7% | 22% | 11% | 2% |
| $70,000-$79,000 | 31% | 17% | 14.5% | 9% |
| $60,000-$69,000 | 26% | 13.5% | 8% | 5% |
| $50,000-$59,000 | 12% | 4% | 2% | 5% |
| <$49,000 | 7% | 4% | 3.5% | 4% |
| PT cannot find FT | 10% | 2.5% | 2.50% | 0% |
| PT by choice | 7% | 5% | 8% | 15% |

**Time Required to Find First Job- Graphical illustration**

**2012 Doctor of Veterinary Medicine (DVM) Graduates**



| Time Required to Find First Job DVM 2012 N=61 | | |
|---|---|---|
| | # Responses | % |
| 1-2 months | 34 | 56 |
| 3-6 months | 13 | 21 |
| Working, did not seek | 4 | 6.6 |
| Working no time reported | 1 | 1.6 |
| Not working,  not seeking a job | 3 | 5 |
| Not working graduated  < 6 month | 1 | 1.6 |
| Not working graduated  >6 months | 3 | 5 |
| Not working no time reported | 2 | 3 |

**Time Required to Find First Job- Graphical illustration**

**2007-2011 Doctor of Veterinary Medicine (DVM) Graduates**



| Time Required to Find First Job DVM 2011-2007 N= 202 | | |
| --- | --- | --- |
| | # Responses | % |
| 1-2 months | 131 | 65 |
| 3-6 months | 41 | 20 |
| 6-12 months | 17 | 8.4 |
| Did not seek a job | 12 | 6 |
| Not reporting | 1 | 0.5 |

**Time Required to Find First Job- Graphical illustration**

**2001-2006 Doctor of Veterinary Medicine (DVM) Graduates**



| Time Required to Find First Job DVM 2006-2001 N= 125 | | |
|---|---|---|
| | # Responses | % |
| 1-2 months | 99 | 79 |
| 3-6 months | 18 | 14 |
| 6-12 months | 2 | 1.6 |
| Did not seek a job | 4 | 3.8 |
| Not reporting | 2 | 1.6 |

**Time Required to Find First Job- Graphical illustration**

**2000 and Earlier Doctor of Veterinary Medicine (DVM) Graduates**



Case: 1:17-cv-06310 Document #: 25-11 Filed: 01/26/18 Page 19 of 22 PageID #:497

| Time Required to Find First Job DVM 2000 and earlier. N= 125 | | |
|---|---|---|
| | # Responses | % |
| 1-2 months | 80 | 77.6 |
| 3-6 months | 18 | 17.4 |
| 6-12 months | 2 | 2 |
| Did not seek a job | 3 | 3 |

## III. GRADUATE SATISFACTION

| Alumni Survey Question | Response | % |
|---|---|---|
| With regard to your initial year of professional endeavors following graduation from RUSVM: How prepared were you to pursue entry-level professional activities? | Prepared/ highly prepared | 83 |
| With regard to your initial year of professional endeavors following graduation from RUSVM: How prepared were you to pursue entry-level professional activities? | Positive/ highly positive | 96 |
| At this time, how satisfied are you with your career choice to become a veterinarian? | Satisfied/ highly satisfied | 86 |
| If you were entering veterinary school now, would you choose RUSVM? | Yes/ definitively yes | 75 |

## IV. GRADUATE EVALUATION OF EDUCATIONAL PROGRAM

Case: 1:17-cv-06310 Document #: 25-11 Filed: 01/26/18 Page 20 of 22 PageID #:498

| Evaluation of Clinical Competencies | Mean ± SD |
|---|---|
| Comprehensive patient diagnosis (problem solving skills), appropriate use of clinical Laboratory testing, and record management | 4.0 ± 0.8 |
| Comprehensive treatment planning including patient referral when indicated | 3.9 ± 0.8 |
| Anesthesia and pain management, patient welfare | 4.4 ± 0.7 |
| Basic medicine skills, experience, and case management | 4.0 ± 0.8 |
| Basic surgery skills, experience, and case management | 4.2 ± 0.9 |
| Emergency and intensive care case management | 3.0 ± 0.9 |
| Health promotion, disease prevention/biosecurity, zoonosis, and food safety | 4.0 ± 0.7 |
| Client communication and ethical conduct | 4.1 ± 0.9 |
| Critical analysis of new information relevant to veterinary medicine | 3.8 ± 0.8 |

*Results are presented as Mean ± SD, based on Likert scale 1-5\**
*\*1 = very dissatisfied, 2 = dissatisfied; 3 = neutral; 4 = satisfied; 5 = very satisfied*

**ABOUT (/ABOUT.HTML)**

MEET THE DEAN (/ABOUT/MEET-THE-DEAN.HTML)

MEET OUR LEADERSHIP (/ABOUT/MEET-OUR-LEADERSHIP.HTML)

MEET OUR FACULTY & STAFF (/ABOUT/MEET-OUR-FACULTY-STAFF.HTML)

STUDENT GOVERNMENT (/ABOUT/STUDENT-GOVERNMENT.HTML)

MISSION (/ABOUT/MISSION.HTML)

VISION (/ABOUT/VISION.HTML)

GLOBAL PARTNERS (/ABOUT/INTERNATIONAL-PARTNERS.HTML)

CAREERS AT RUSVM (/ABOUT/CAREERS-AT-RUSVM.HTML)

**ACCREDITATION (/ABOUT/ACCREDITATION.HTML)**

Case: 1:17-cv-06310 Document #: 25-11 Filed: 01/26/18 Page 21 of 22 PageID #:499

## DIRECTOR OF STUDENT EXPERIENCE

**Hazarie Ramoutar**

P.O. Box 334

Basseterre, St. Kitts, West Indies

Phone: 1-869-465-4161 Ext. 401-1101

hramoutar@rossvet.edu.kn (mailto:hramoutar@rossvet.edu.kn%20)

## REQUEST INFORMATION

Sign up to receive more information about RUSVM's DVM program: (/about.html)

Email Address:

**NEXT**

**TAKE A VIRTUAL TOUR**

(/life-in-st-kitts/virtual-tour.html)

**EXPLORE MAPS**

(/life-in-st-kitts/maps.html)

**ATTEND AN EVENT**

(/admissions/attend-event.html)

Case: 1:17-cv-06310 Document #: 25-11 Filed: 01/26/18 Page 22 of 22 PageID #:500



(/)

CAREERS (/ABOUT/CAREERS-AT-RUSVM.HTML)

EVENTS (/EVENTS.HTML)

DIRECTORY (/DIRECTORY.HTML)

LIBRARY (/LIBRARY.HTML)

CONTACT US (/CONTACT-US.HTML)



(https://www.facebook.com/RossVetSchool)  (https://twitter.com/RossVetSchool)  (https://www.youtube.com/user/RossVetSchool)  (https://www.pinterest.com/RossVetSchool/)  (https://www.instagram.com/rossvetschool/)

VETERINARY CLINIC (/VETERINARY-CLINIC.HTML)

P.O. Box 334 Basseterre St. Kitts West Indies | Phone: +1-869-465-4161 | Admissions (US toll free): 855-ROSS-Vet | Admissions (international): +1-732-509-3042 | Fax: +1-869-465-1203 | (mailto:vetadmissions@rossu.edu)VetAdmissions@RossU.edu | Privacy Statement (/privacy-statement.html)

Academic Catalog (/content/dam/dmi/veterinary/documents/Academic-Catalog-RUSVM.pdf) | Student Handbook (/content/dam/dmi/veterinary/documents/RUSVM%20Student%20Handbook.pdf)

Important information about the educational debt, earnings, and completion rates of students who attended this program can be found at veterinary.rossu.edu/gainful-employment (/gainful-employment.html). | ©2017 Ross University School of Veterinary Medicine. All rights reserved.