IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PETER M. GALLIGAN,** | § | |
| | § | |
|   **PLAINTIFF** | § | |
| | § | |
| v. | § | CIVIL CASE NO. 1:17-cv-06310 |
| | § | |
| **ADTALEM GLOBAL EDUCATION INC. F/K/A DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. F/K/A DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; AND DOES 1 THROUGH 50,** | § § § § § § § § | |
|   **DEFENDANTS.** | § | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS 3 AND 4

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Peter M. Galligan ("Plaintiff") and Defendants Adtalem Global Education Inc. f/k/a DeVry Education Group ("DeVry Group"), Adtalem Global Health, Inc. f/k/a DeVry Medical International, Inc. ("DeVry Medical"), and Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited ("Ross") (collectively, "Defendants"), by and through their undersigned counsel, now stipulate and agree that Claims 3 and 4 of Plaintiff's First Amended Complaint[1] be dismissed with prejudice and without costs to any party, and in support thereof file this Joint Stipulation of Dismissal of Claims 3 and 4.

Dated: February 22, 2018.

---

[1] *See* Plaintiff's First Amended Complaint [Doc. 16] at ¶¶ 64-73.

6484525

Respectfully submitted,

*/s/ Michael W. Ford*
Michael W. Ford, Esq.
Law Offices of Michael W. Ford
*(local counsel)*
4 Timberwood Lane
Riverwoods, IL 60015
Telephone: (847) 948-7884
Email: mfordski@aol.com
IL Bar # 0846139
Member, Trial Bar U.S. District Court N.D. IL

- and -

*/s/ Emil T. Bayko*
Emil T. Bayko
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6608
Facsimile: (713) 226-6208
Email: tbayko@porterhedges.com
IL Bar # 0141356

**ATTORNEYS FOR PLAINTIFF
PETER M. GALLIGAN**

OF COUNSEL:

Kyle Reeb
Texas State Bar No. 24091604
Federal ID No. 2571829
Jim Aycock
Texas State Bar No. 24034309
Federal ID No. 20675
Alison P. Henderson
Texas State Bar No. 24087707
Federal ID No. 2228628
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6211
kreeb@porterhedges.com
jaycock@porterhedges.com
ahenderson@porterhedges.com

6484525

/s/ *Megan Troy*
Brian Stolzenbach
Megan Troy
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Telephone: (312) 460-5551
Email: bstolzenbach@seyfarth.com
       mtroy@seyfarth.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 22, 2018, a true and correct copy of the foregoing pleading was electronically filed in accordance with the Federal Rules of Civil Procedure and was served via e-mail upon the following counsel of record:

Brian Stolzenbach
Megan Troy
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
(312) 460-5551
bstolzenbach@seyfarth.com
mtroy@seyfarth.com

                */s/ Emil T. Bayko*
                Emil T. Bayko