IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PETER M. GALLIGAN,** § § | | |
| **PLAINTIFF** § § | | |
| v. § § | **CIVIL CASE NO. 1:17-cv-06310** | |
| **ADTALEM GLOBAL EDUCATION INC. F/K/A DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. F/K/A DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; AND DOES 1 THROUGH 50,** § § § § § § § § § § | | |
| **DEFENDANTS** § | **JURY TRIAL DEMANDED** | |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff Peter M. Galligan ("Plaintiff") files this Motion for Leave to File Second Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and respectfully requests that the Court allow Plaintiff to file his Second Amended Complaint against Defendants Adtalem Global Education Inc. ("Adtalem") f/k/a DeVry Education Group ("DeVry"), Adtalem Global Health, Inc. f/k/a DeVry Medical International, Inc. ("DeVry Medical"), Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited ("RUSVM"), and Does 1 through 50 (Adtalem, DeVry Medical, RUSVM, and Does 1 through 50 are referred to collectively as "Defendants").[1]

1. Rule 15(a) of the Federal Rules of Civil Procedure permits the amendments of pleadings before trial. Rule 15(a)(2) provides that a district court "should freely give leave" to amend a pleading "when justice so requires." FED. R. CIV. P. 15(a)(2); *see also Runnion ex rel. Runnion v. Girl Scouts of Greater Chi. and Nw. Ind.* (7th Cir. 2015). The Supreme Court has

---

[1] A copy of Plaintiff's proposed Second Amended Complaint, which illustrates modifications to the prior pleading in redline form, is attached hereto as **Exhibit A**.

clarified that "this mandate [set forth in Rule 15(a)(2)] is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'" *Id.*

      2.     Plaintiff seeks leave to amend his complaint for three reasons. First, Plaintiff has dismissed Claims 3 and 4 and therefore wishes to eliminate those claims from his live pleading. Second, Plaintiff wishes to consolidate Claims 8 and 9 so as to combine his claim for breach of the covenant of good faith and fair dealing into his breach of contract claim, in accordance with controlling legal authority. Third, Plaintiff wishes to amend his complaint to plead Claim 12—alter ego—in the alternative.

      3.     This case is still in its infancy, and the Court has not yet issued an order governing case deadlines pending the resolution of Defendants' pending motion to dismiss. Plaintiff submits that he has not unduly delayed in seeking to amend his complaint and that his proposed amended complaint would not prejudice Defendants, as the basis for his claims remains the same and, in fact, his amended complaint would streamline—rather than supplement—his claims.

      For these reasons, Plaintiff respectfully requests that the Court grant this motion and grant him leave to file his Second Amended Complaint.

6484437

Dated: February 28, 2018.

                                       Respectfully submitted,

/s/ Michael W. Ford
Michael W. Ford, Esq.
Law Offices of Michael W. Ford
*(local counsel)*
4 Timberwood Lane
Riverwoods, IL 60015
Telephone: (847) 948-7884
Email: mfordski@aol.com
IL Bar # 0846139
Member, Trial Bar U.S. District Court N.D. IL

- and -

/s/ Emil T. Bayko
Emil T. Bayko
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6608
Facsimile: (713) 226-6208
Email: tbayko@porterhedges.com
IL Bar # 0141356

**ATTORNEYS FOR PLAINTIFF
PETER M. GALLIGAN**

OF COUNSEL:
Kyle Reeb
Texas State Bar No. 24091604
Federal ID No. 2571829
Jim Aycock
Texas State Bar No. 24034309
Federal ID No. 20675
Alison P. Henderson
Texas State Bar No. 24087707
Federal ID No. 2228628
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6211
kreeb@porterhedges.com
jaycock@porterhedges.com
ahenderson@porterhedges.com

6484437

**CERTIFICATE OF CONFERENCE**

I hereby certify that on February 21, 2018, my associate—Alison P. Henderson—e-mailed a copy of this Motion and proposed amended complaint to Megan Troy, counsel for Defendants. Ms. Henderson and Ms. Troy had numerous conversations via telephone and e-mail following that date regarding the relief sought herein, but Defendants' counsel was unable to confirm Defendants' position with respect to the Motion. Therefore, as of the date of this Motion, it is presumed that Defendants are opposed to the relief sought. Should this change, we will promptly advise the Court.

                                                      */s/ Emil T. Bayko*  
                                                      Emil T. Bayko

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2018, a true and correct copy of the foregoing pleading was electronically filed in accordance with the Federal Rules of Civil Procedure and was served via e-mail upon the following counsel of record:

Brian Stolzenbach  
Megan Troy  
Seyfarth Shaw LLP  
233 S. Wacker Drive, Suite 8000  
Chicago, IL 60606-6448  
(312) 460-5551  
bstolzenbach@seyfarth.com  
mtroy@seyfarth.com

                                                      */s/ Emil T. Bayko*  
                                                      Emil T. Bayko

6484437