IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PETER M. GALLIGAN, | § | |
| | § | |
|   PLAINTIFF | § | |
| | § | |
| v. | § | CIVIL CASE NO. 1:17-cv-06310 |
| | § | |
| ADTALEM GLOBAL EDUCATION INC. F/K/A DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. F/K/A DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; AND DOES 1 THROUGH 50, | § | |
| | § | |
|   DEFENDANTS | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S AMENDED NOTICE OF MOTION[1]

TO:    Brian Stolzenbach
        bstolzenbach@seyfarth.com
        Megan E. Troy
        mtroy@seyfarth.com
        SEYFARTH SHAW LLP
        233 S. Wacker Drive, Suite 8000
        Chicago, IL 60606

PLEASE TAKE NOTICE that on Wednesday, March 14, 2018, or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Humphrey Lefkow in Courtroom 2201 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and there present Plaintiff's Motion for Leave to File Second Amended Complaint.

Dated: March 2, 2018.

---

[1] The sole purpose of this amendment is to correct the address of the Court set forth herein.

6534200

        Respectfully submitted,

        */s/ Michael W. Ford*
        Michael W. Ford, Esq.
        Law Offices of Michael W. Ford
        *(local counsel)*
        4 Timberwood Lane
        Riverwoods, IL 60015
        Telephone: (847) 948-7884
        Email: mfordski@aol.com
        IL Bar # 0846139
        Member, Trial Bar U.S. District Court N.D. IL

        - and -

        */s/ Emil T. Bayko*
        Emil T. Bayko
        PORTER HEDGES LLP
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6608
        Facsimile: (713) 226-6208
        Email: tbayko@porterhedges.com
        IL Bar # 0141356

        **ATTORNEYS FOR PLAINTIFF**
        **PETER M. GALLIGAN**

OF COUNSEL:

Kyle Reeb
Texas State Bar No. 24091604
Federal ID No. 2571829
Jim Aycock
Texas State Bar No. 24034309
Federal ID No. 20675
Alison P. Henderson
Texas State Bar No. 24087707
Federal ID No. 2228628
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6211
kreeb@porterhedges.com
jaycock@porterhedges.com
ahenderson@porterhedges.com

6534200

## CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2018, a true and correct copy of the foregoing pleading was electronically filed in accordance with the Federal Rules of Civil Procedure and was served via e-mail upon the following counsel of record:

Brian Stolzenbach
Megan Troy
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
(312) 460-5551
bstolzenbach@seyfarth.com
mtroy@seyfarth.com

                                          */s/ Emil T. Bayko*
                                          Emil T. Bayko

6534200