IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ADTALEM GLOBAL EDUCATION INC., f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and DOES 1 THROUGH 50<br><br>        Defendants. | Case No. 1:17-cv-06310<br><br>Hon. Joan H. Lefkow |

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendants Adtalem Global Education Inc. (ATGE), Adtalem Global Health, Inc. (AGH), and Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited (Ross or RUSVM) (collectively, "Defendants") respectfully submit this Notice of Non-Opposition to Plaintiffs' Motion for Leave To File a Second Amended Complaint and state as follows:

    1.    On February 28, 2018, Plaintiff filed a Motion for Leave To File a Second Amended Complaint. (ECF No. 27.)

    2.    Defendants do not oppose this motion.

    3.    As Plaintiff will be filing a Second Amended Complaint, Defendants understand that this renders their current motion to dismiss the original complaint (ECF No. 18) moot.

Defendants intend to file a motion to dismiss the Second Amended Complaint pursuant to the deadlines under Federal Rule of Civil Procedure 15(a)(3).

| | |
|---|---|
| **DATED: March 5, 2018** | Respectfully submitted,<br><br>ADTALEM GLOBAL EDUCATION INC.; ADTALEM GLOBAL HEALTH, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED<br><br>By:   s/Megan E. Troy |

Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:    (312) 460-5000
Facsimile:     (312) 460-7000

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a copy with the Court's CM/ECF system, which will send notification to the following, on this 5th day of March, 2018:

>Michael W. Ford, Esq.
>Law Offices of Michael W. Ford
>4 Timberwood Lane
>Riverwoods, IL 60015
>mfordski@aol.com
>
>Emil T. Bayko
>Alison Henderson
>Porter Hedges LLP
>1000 Main Street, 36th Floor
>Houston, Texas 77002
>tbayko@porterhedges.com

s/Megan E. Troy