# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN,<br><br>    Plaintiff,<br><br>v.<br><br>ADTALEM GLOBAL EDUCATION INC., f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and DOES 1 THROUGH 50<br><br>    Defendants. | Case No. 1:17-cv-06310<br><br>Hon. Joan H. Lefkow |

## DEFENDANT'S NOTICE OF MOTION

TO:    Michael W. Ford, Esq.                  Emil T. Bayko
         Law Offices of Michael W. Ford        Porter Hedges LLP
         4 Timberwood Lane                      1000 Main Street, 36th Floor
         Riverwoods, IL 60015                    Houston, Texas 77002
         mfordski@aol.com                         tbayko@porterhedges.com

PLEASE TAKE NOTICE that on **Wednesday, April 4, 2018, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Humphrey Lefkow in Courtroom 2201 of the Federal Dirksen Building, 219 North Dearborn Street, Chicago, Illinois and then and there present Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.

**DATED: March 27, 2018**  Respectfully submitted,

                                                  ADTALEM GLOBAL EDUCATION INC., et al.

                                                  By:  *s/Brian Stolzenbach*
                                                  One of Their Attorneys

Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a copy with the Court's CM/ECF system, which will send notification to the following, on this 27th day of March, 2018:

>Michael W. Ford, Esq.
>Law Offices of Michael W. Ford
>4 Timberwood Lane
>Riverwoods, IL 60015
>mfordski@aol.com
>
>Emil T. Bayko
>Porter Hedges LLP
>1000 Main Street, 36th Floor
>Houston, Texas 77002
>tbayko@porterhedges.com

     /s/ Brian Stolzenbach
    Brian Stolzenbach

45502750v.1