IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN,<br><br>  Plaintiff,<br><br> v.<br><br>ADTALEM GLOBAL EDUCATION INC., f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and DOES 1 THROUGH 50<br><br>  Defendants. | Case No. 1:17-cv-06310<br><br>Hon. Joan H. Lefkow |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

  Defendants Adtalem Global Education Inc. (ATGE), Adtalem Global Health, Inc. (AGH), and Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited (RUSVM) hereby moves to dismiss Plaintiff's Second Amended Complaint for the reasons stated in their supporting memorandum of law, filed on this same date.

DATED: March 27, 2018                    Respectfully submitted,

                                         ADTALEM GLOBAL EDUCATION
                                         INC.; ADTALEM GLOBAL HEALTH,
                                         INC.; ROSS UNIVERSITY SCHOOL OF
                                         MEDICINE SCHOOL OF
                                         VETERINARY MEDICINE (ST. KITTS)
                                         LIMITED


                                         By: s/ Brian Stolzenbach

Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a copy with the Court's CM/ECF system, which will send notification to the following, on this 27th day of March, 2018:

>Michael W. Ford, Esq.
>Law Offices of Michael W. Ford
>4 Timberwood Lane
>Riverwoods, IL 60015
>mfordski@aol.com
>
>Emil T. Bayko
>Porter Hedges LLP
>1000 Main Street, 36th Floor
>Houston, Texas 77002
>tbayko@porterhedges.com

>s/Brian Stolzenbach