## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PETER M. GALLIGAN, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | CIVIL CASE NO. 1:17-cv-06310 |
| | § | |
| ADTALEM GLOBAL EDUCATION INC. F/K/A | § | |
| DEVRY EDUCATION GROUP; ADTALEM | § | |
| GLOBAL HEALTH, INC. F/K/A DEVRY | § | |
| MEDICAL INTERNATIONAL, INC.; ROSS | § | |
| UNIVERSITY SCHOOL OF MEDICINE | § | |
| SCHOOL OF VETERINARY MEDICINE (ST. | § | |
| KITTS) LIMITED; AND DOES 1 THROUGH | § | |
| 50, | § | |
| | § | |
| DEFENDANTS | § | JURY TRIAL DEMANDED |

### AGREED MOTION CONCERNING BRIEFING DEADLINES
### FOR DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff Peter M. Galligan ("Galligan") and Defendants Adtalem Global

Education Inc. f/k/a DeVry Education Group, Adtalem Global Health, Inc. f/k/a DeVry

Medical International, Inc., and Ross University School of Medicine School of

Veterinary Medicine (St. Kitts) Limited (collectively, "Defendants") file this Agreed

Motion Concerning Briefing Deadlines for Defendants' Motion to Dismiss Plaintiff's

Second Amended Complaint (the "Agreed Motion") and respectfully request that the

Court enter the briefing schedule agreed to by the parties concerning their respective

briefs associated with Defendants' Motion to Dismiss Plaintiff's Second Amended

Complaint [Dkts. 33-35].

On August 31, 2017, Plaintiff filed this action against Defendants [Dkt. 1], and on

October 19, 2017, he amended his complaint to utilize the correct entity names for

6572928

Defendants. [Dkt. 16] Defendants filed a motion to dismiss in November 2017 [Dkts. 18-20]. After Plaintiff responded to that motion to dismiss [Dkt. 25], the parties filed a joint stipulation dismissing Plaintiff's claims 3 and 4 [Dkt. 26], and Plaintiff also obtained leave for and filed a Second Amended Complaint. [Dkts. 27-32] Because their original motion to dismiss was rendered moot by Plaintiff's filing of the Second Amended Complaint [*see* Dkt. 30], Defendants filed the present motion to dismiss on March 27, 2018. [Dkts. 33-35]

Given the number and complexity of the claims at issue as well as other upcoming deadlines faced by counsel for both parties, the parties have agreed that Plaintiff shall file his response to Defendants' motion to dismiss on or before May 4, 2018. The parties have further agreed that Defendants may file a reply brief on or before May 18, 2018.

Therefore, the parties respectfully request that the Court grant this Agreed Motion and approve the foregoing briefing schedule. The parties further request that the hearing on the motion to dismiss that is currently set for April 4, 2018 [*see* Dkt. 35] and the status hearing that is currently set for May 2, 2018 [*see* Dkt. 31] be postponed pending the submission of those briefs.

6572928

Dated this 29th day of March, 2018.

Respectfully submitted,

*/s/ Michael W. Ford*

Michael W. Ford, Esq.
Law Offices of Michael W. Ford
*(local counsel)*
4 Timberwood Lane
Riverwoods, IL 60015
Telephone: (847) 948-7884
Email: mfordski@aol.com
IL Bar # 0846139
Member, Trial Bar U.S. District Court N.D. IL

- and -

*/s/ Emil T. Bayko*

Emil T. Bayko
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6608
Facsimile: (713) 226-6208
Email: tbayko@porterhedges.com
IL Bar # 0141356

**ATTORNEYS FOR PLAINTIFF
PETER M. GALLIGAN**

OF COUNSEL:
Kyle Reeb
Texas State Bar No. 24091604
Federal ID No. 2571829
Jim Aycock
Texas State Bar No. 24034309
Federal ID No. 20675
Alison P. Henderson
Texas State Bar No. 24087707
Federal ID No. 2228628
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6211
kreeb@porterhedges.com
jaycock@porterhedges.com
ahenderson@porterhedges.com

3

6572928

AGREED AS TO FORM AND SUBSTANCE:


By: */s/ Megan E. Troy*
Brian Stolzenbach
Megan E. Troy
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
bstolzenbach@seyfarth.com
mtroy@seyfarth.com

**ATTORNEYS FOR DEFENDANTS**
**ADTALEM GLOBAL EDUCATION INC.,**
**ADTALEM GLOBAL HEALTH, INC., and**
**ROSS UNIVERSITY SCHOOL OF MEDICINE**
**SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED**

6572928

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, a true and correct copy of the foregoing pleading was electronically filed in accordance with the Federal Rules of Civil Procedure and was served via e-mail upon the following counsel of record:

Brian Stolzenbach
Megan Troy
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
(312) 460-5551
bstolzenbach@seyfarth.com
mtroy@seyfarth.com

*/s/ Emil T. Bayko*
Emil T. Bayko

5

6572928