**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Peter M Galligan

                              Plaintiff,

v.                                                                       Case No.: 1:17−cv−06310
                                                                             Honorable Joan H. Lefkow

Adtalem Global Education, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 3, 2018:

      MINUTE entry before the Honorable Joan H. Lefkow: Joint agreed motion concerning briefing deadlines [36] is granted. Response to motion to dismiss [35] will be due by 5/4/2018; reply in support of motion to dismiss will be due by 5/18/2018. Ruling will issue by mail. Motions are stricken from the Court's call of 4/4/2018. Status hearing of 5/2/2018 is stricken.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.