
(/)



PASSION WITH COMPASSION

# WELCOME STUDENTS

# WELCOME CURRENT STUDENTS

*Find contact information and links to your most used resources, as well as important dates, documents and announcements.*

If you find we're missing anything, send us an email at news@rossvet.edu.kn (mailto:news@rossvet.edu.kn).

## STUDENT EXPERIENCE NEWSLETTER

The Student Experience newsletter is published every semester by the Student Experience Team at Ross. Catch up on the activities, people and programs that make the Rossie experience. have an idea for the newsletter? Contact Jeff Fazio (mailto:JeFazio@rossvet.edu.kn), Student Engagement & Professional Standards Specialist.

 (/content/dam/dmi/veterinary/documents/Spring%202018.pdf)
(/content/dam/dmi/veterinary/documents/Fall2017.pdf)
 (/content/dam/dmi/veterinary/documents/Summer2017%20(002).pdf)
 (/content/dam/dmi/veterinary/documents/Spring2017_RUSVM_StudentExperience.pdf)


(/content/dam/dmi/veterinary/documents/Student%20Experience%20Newsletter%20Fall%202016.pdf)

Spring 2018     Fall 2017     Summer 2018     Spring 2017     Fall 2016

Exhibit 6

# NEW STUDENT ORIENTATION

*Incoming students are required to be in St. Kitts one week prior to the start of classes to participate in new student orientation.*

Each semester's Orientation includes a series of activities designed to introduce students to the University, the profession, and the island.

We believe that for students to be academically successful, it is important for them to settle comfortably into the environment of the island and to have opportunities to learn about the culture of St. Kitts. The Orientation program is aimed at assisting in this process. Some important components of the orientation program include a discussion of Life in St. Kitts, Myers Briggs Personality Type Indicator, a Curriculum Overview, Leadership Development, Security, and Life in Balance sessions.

The Orientation program concludes with the White Coat Ceremony, where students are officially welcomed into the veterinary profession. This takes place each term with the first semester students on the afternoon of the first day of classes. The program includes all students reciting the Veterinary Student Oath.

Orientation Week Schedule - May 2018 (/content/dam/dmi/veterinary/documents/May%202018%20Orientation%20Week%20Schedule.pdf)

## LOG IN TO MYROSS >

Access most student materials and other important resources on the student portal.

## ROSS VET BOOKSTORE >

Students can access the Ross Vet online bookstore using your student ID. Ross Vet does not have a physical bookstore on campus, but you will not need to purchase hard copy texts, as students will receive a required E-book package.

## SCHOLARSHIPS >

We offer a number of scholarships that you may apply for prior the beginning of your first semester at Ross Vet, as well as throughout your student career.

## STUDENT GOVERNMENT >

Learn more about our current student government officers, contact student government, and explore other Ross Vet clubs on campus.

# HELPFUL LINKS AND POLICIES

Ross Vet Student Handbook (PDF) (/content/dam/dmi/veterinary/documents/3%20RUSVM%20Student%20Handbook%20March%2016%202017.pdf)

Academic Catalog 2017-2018 (PDF) (/content/dam/dmi/veterinary/documents/2017-2018_RUSVM_Academic%20Catalog_Final%20PDF.pdf)

Ross Vet Policy on Sex and Gender Based Misconduct (PDF) (/content/dam/dmi/veterinary/documents/Sex%20and%20Gender-Based%20Misconduct%20Response.pdf)

Ross Vet Policy on Animals on Campus (PDF) (/content/dam/dmi/veterinary/documents/housing_animals_on_campus_policy.pdf)

Intellectual Property Policy (PDF) (/content/dam/dmi/veterinary/documents/Intellectual%20Property%20Policy%20and%20Procedures.pdf)

Creative Commons - Licensure Guidelines (PDF) (/content/dam/dmi/veterinary/documents/Creative%20Commons%20%E2%80%93%20Licensure%20Guidelines.pdf)

Ross Vet St. Kitts Interactive Map (https://www.google.com/maps/d/viewer?mid=1_1fe1GQA7Oekx65G0mxsQhX-6jQ&ll=17.375730723682917%2C-62.796659715771455&z=12)

Toxic Plant Garden (http://ross.leadmantra.com/)

myCampus Portal (https://myportal.rossu.edu/)

Webmail (http://www.outlook.com/students.rossu.edu)

eCollege (http://www.rossuniversity.net/)

E*Value (https://www.e-value.net/home-main.cfm)



**CAMPUS MAP (/LIFE-IN-ST-KITTS/MAPS.HTML)**

**STUDENT UNION (/LIFE-IN-ST-KITTS/STUDENT-SERVICES.HTML)**

**PREPARATORY SCHOOL (/LIFE-IN-ST-KITTS/PREPARATORY-SCHOOL.HTML)**

### IT HELP DESK

**Open Monday-Friday 7:00am-4:30pm**
Semester Break Hours: 8:00am-4:00pm
Located in the office building accross from the Dean's Office
Basseterre, St. Kitts, West Indies
Phone: 869-465-4161 Ext. 401-1111
skitsupport@rossvet.edu.kn (mailto:skitsupport@rossvet.edu.kn)

### HOUSING DEPARTMENT

**On Campus & Off Campus Housing**
P.O. Box 334
Basseterre, St. Kitts, West Indies
Phone: +1 869-465-4161 Ext. 401-1300
housing@rossvet.edu.kn (mailto:housing@rossvet.edu.kn)

### STUDENT ACCOUNTS

**Office of Student Accounts**
630 US Highway 1, Suite 2001
North Brunswick , NJ, 08902 US
Phone: 732-509-4600 Ext. 4907
bursar@rossu.edu (mailto:bursar@rossu.edu)

### OFFICE OF STUDENT FINANCE

**Open Monday-Friday, 9:00am-5:00pm ET**
630 US Highway 1, Suite 2001
North Brunswick, NJ, 08902 United States

Phone: 732-509-3051

Fax: 732-509-4821

finaid@rossu.edu (mailto:finaid@rossu.edu)

## CAMPUS SECURITY

**24-Hour Safety & Security**
Student Union
Basseterre, St. Kitts, West Indies
Phone: +1 (869) 465-6161 Ext. 401-1113
security@rossvet.edu.kn (mailto:security@rossvet.edu.kn%20)

**Websites:**
Safety & Security (/life-in-st-kitts/safety-security.html)

## STANLEY MARK DENNIS VETERINARY LIBRARY

**Open Monday-Thursday 7:00am-10:30pm, Friday 7:00am-5:00pm, Saturday & Sunday 9:00am-10:30pm**
Located at the bottom of campus opposite the Anatomy Lab
Basseterre, St. Kitts, West Indies
Phone: +1 869-465-4161 Ext. 401-1124
sklibrarystaff@rossvet.edu.kn (mailto:sklibrarystaff@rossvet.edu.kn)

**Websites:**
Library (/library.html)

## COUNSELING CENTER

**Open Monday-Friday, 8:00am- 4:00pm**
Room 07-121 between the blue mailboxes
Basseterre, St. Kitts, West Indies
Phone: +1 869-465-4161 Ext. 401-1500
counselingcenter@rossvet.edu.kn (mailto:counselingcenter@rossvet.edu.kn)

**Websites:**
Counseling Services (/life-in-st-kitts/health-wellness.html)

# IMPORTANT DATES
**ACADEMIC CALENDAR (/ACADEMIC-CALENDAR.HTML)**

## MAY 07
**SUMMER SEMESTER STARTS**

# MAY 07

### SUMMER WHITE COAT CEREMONY

# JUNE 25

### MID-SEMESTER BREAK

### STUDENT SERVICES
(/life-in-st-kitts/student-services.html)

### FINANCIAL AID INFO
(/admissions/financial-aid.html)

### CAMPUS SECURITY
(/life-in-st-kitts/safety-security.html)



(/)

CAREERS (/ABOUT/CAREERS-AT-RUSVM.HTML)

EVENTS (/EVENTS.HTML)

DIRECTORY (/DIRECTORY.HTML)

LIBRARY (/LIBRARY.HTML)

CONTACT US (/CONTACT-US.HTML)

(https://www.facebook.com/RossVetSchool) (https://twitter.com/RossVetSchool) (https://www.youtube.com/RossVetSchool) (https://www.pinterest.com/RossVetSchool/) (https://www.instagram.com/rossvetschool/)



VETERINARY CLINIC (/VETERINARY-CLINIC.HTML)

P.O. Box 334 Basseterre St. Kitts West Indies | Phone: +1-869-465-4161 | Admissions (US toll free): 855-ROSS-Vet | Admissions (international): +1-732-509-3042 | Fax: +1-869-465-1203 | (mailto:vetadmissions@rossu.edu)VetAdmissions@RossU.edu | Privacy Statement (/privacy-statement.html)

Academic Catalog (/content/dam/dmi/veterinary/documents/2017-2018_RUSVM_Academic%20Catalog_Final.pdf) | Student Handbook (/content/dam/dmi/veterinary/documents/3%20RUSVM%20Student%20Handbook%20March%2016%202017.pdf)

Important information about the educational debt, earnings, and completion rates of students who attended this program can be found at veterinary.rossu.edu/gainful-employment (/gainful-employment.html). | ©2017 Ross University School of Veterinary Medicine. All rights reserved.