Case: 1:17-cv-06310 Document #: 43-8 Filed: 05/04/18 Page 1 of 3 PageID #:977


(/)



ROSS VET DVM PROGRAM

# WHERE DEDICATION BREEDS SUCCESS

# HOW TO APPLY

*Ready to start your veterinary education? Apply today and your passion for animal health could lead you to a world of possibilities.*

The Ross University School of Veterinary Medicine Admissions Committee reviews veterinary school applications throughout the year, accepting students for our January, May, and September classes.

 **THE DVM APPLICATION PROCESS**



**START YOUR APPLICATION (HTTP://ROSSU.FORCE.COM/APPLY/FASTAPP2?APPTYPE=VET#)**

**RESUME YOUR APPLICATION (HTTP://ROSSU.FORCE.COM/APPLY/FASTAPP2?APPTYPE=VET&LOGIN=TRUE#)**

**EMAIL VMCAS APPLICATION (MAILTO:VETADMISSIONS@ROSSU.EDU?SUBJECT=ROSS%20VMCAS%20APPLICATION%20SUBMISSION)**

# WHEN WOULD YOU LIKE TO START?

New classes start every September, January, and May, providing you the flexibility to start on your own timeline. Our accelerated curriculum* allows you to earn your DVM degree and become a licensed veterinarian in three years and four months.

 **JANUARY 2018**

**MAY 2018**

Exhibit 8

- SEPTEMBER 2018
- JANUARY OR MAY 2019
- SEPTEMBER 2019-SEPTEMBER 2020

*Students must successfully pass all courses prescribed in the Ross preclinical and clinical curriculum without failing or repeating any courses, and pass the North American Veterinary Licensing Examination (NAVLE) to complete their degree within this timeframe. Comparison to US School is based on a traditional 4-year curriculum. For more information visit: http://veterinary.rossu.edu/student-consumer-information.html (/student-consumer-information.html)

**Note:** If you are interested in the postgraduate MSc or PhD programs, send an email to postgrad@rossvet.edu.kn (mailto:postgrad@rossvet.edu.kn).

**DVM ADMISSIONS (/ADMISSIONS/DVM-ADMISSIONS.HTML)**

**HOW TO APPLY (/ADMISSIONS/DVM-ADMISSIONS/HOW-TO-APPLY.HTML)**

REQUIREMENTS (/ADMISSIONS/DVM-ADMISSIONS/REQUIREMENTS.HTML)

FINANCIAL AID (/ADMISSIONS/DVM-ADMISSIONS/FINANCIAL-AID.HTML)

INTERNATIONAL APPLICANTS (/ADMISSIONS/DVM-ADMISSIONS/INTERNATIONAL-APPLICANTS.HTML)

ARTICULATION AGREEMENTS (/ADMISSIONS/DVM-ADMISSIONS/ARTICULATION-AGREEMENTS.HTML)

SCHOLARSHIPS (/ADMISSIONS/DVM-ADMISSIONS/SCHOLARSHIPS.HTML)

**CONTACT US**

**Office of Admissions**
630 US Highway 1, Suite 2031
North Brunswick, NJ, 08902 US
Phone: 855-ROSSVET
vetadmissions@rossu.edu (mailto:vetadmissions@rossu.edu)

**REQUEST INFORMATION**

Sign up to receive more information about our DVM program in your inbox. (.html)

Email Address:

NEXT

**IMPORTANT DATES**

## MAY 22 (/EVENTS/WEBINAR-05222018.HTML)
ROSS VET WEBINAR: DISCUSSION ON AQUATIC ANIMALS INCLUDING CORALS

## JUNE 07 (/EVENTS/WEBINAR-06072018.HTML)
ROSS VET WEBINAR: DISCUSSION ABOUT INTERNSHIPS, EXTERNSHIPS, AND YOUR CLINICAL YEAR



(/)

CAREERS (/ABOUT/CAREERS-AT-RUSVM.HTML)

EVENTS (/EVENTS.HTML)

DIRECTORY (/DIRECTORY.HTML)

LIBRARY (/LIBRARY.HTML)

CONTACT US (/CONTACT-US.HTML)



(https://www.facebook.com/RossVetSchool) (https://twitter.com/RossVetSchool) (https://www.youtube.com/RossVetSchool) (https://www.pinterest.com/RossVetSchool/) (https://www.instagram.com/rossvetschool/)

VETERINARY CLINIC (/VETERINARY-CLINIC.HTML)

P.O. Box 334 Basseterre St. Kitts West Indies | Phone: +1-869-465-4161 | Admissions (US toll free): 855-ROSS-Vet | Admissions (international): +1-732-509-3042 | Fax: +1-869-465-1203 | (mailto:vetadmissions@rossu.edu)VetAdmissions@RossU.edu | Privacy Statement (/privacy-statement.html)

Academic Catalog (/content/dam/dmi/veterinary/documents/2017-2018_RUSVM_Academic%20Catalog_Final.pdf) | Student Handbook (/content/dam/dmi/veterinary/documents/3%20RUSVM%20Student%20Handbook%20March%2016%202017.pdf)

Important information about the educational debt, earnings, and completion rates of students who attended this program can be found at veterinary.rossu.edu/gainful-employment (/gainful-employment.html). | ©2017 Ross University School of Veterinary Medicine. All rights reserved.