❼ ACCESSIBILITY          CONTRAST ❶

Join the Conversation  f
(https://www.facebook.com/


ADTALEM (/)
GLOBAL EDUCATION

ABOUT US    INSTITUTIONS & COMPANIES    NEWSROOM    INVESTOR RELATIONS    CAREERS    🔍

Institutions & Companies (/institutions-and-companies.html)

Adtalem Educacional do Brasil (/institutions-and-companies/adtalem-brasil.html)

American University of the Caribbean School of Medicine (/institutions-and-companies/auc.html)

ACAMS® (Association of Certified Anti-Money Laundering Specialists) (/institutions-and-companies/acams.html)

Becker Professional Education (/institutions-and-companies/becker.html)

Carrington College (/institutions-and-companies/carrington.html)

Chamberlain University (/institutions-and-companies/chamberlain.html)

DeVry University and Keller Graduate School of Management (/institutions-and-companies/devry-keller.html)

EduPristine (/institutions-and-companies/edupristine.html)


ROSS UNIVERSITY
SCHOOL OF VETERINARY MEDICINE



## Learn More About
## Ross University School of Veterinary Medicine



Ross University School of Veterinary Medicine (RUSVM) is a member of Adtalem Global Education (NYSE: ATGE), a global education provider headquartered in the United States. The organization's purpose is to empower students to achieve their goals, find success and make inspiring contributions to our global community. Founded in 1982, RUSVM is committed to preparing students to become members and leaders of the worldwide public and professional healthcare team and to advance human, animal and ecosystem health (One Health Initiative) through research and knowledge exchange. RUSVM has focused research programs with an emphasis on emerging infectious and zoonotic diseases, conservation medicine and ecosystem health. Ross University School of Veterinary Medicine's postgraduate Masters', Ph.D., and Doctor of Veterinary Medicine (DVM) programs are accredited by the St. Christopher & Nevis Accreditation Board. The DVM holds accredited status from the American Veterinary Medical Association (www.avma.org (http://www.avma.org)). The Ross Veterinary Clinic is accredited by the American Animal Hospital Association (www.aahanet.org (http://www.aahanet.org)).

**LEARN MORE AT VETERINARY.ROSS...**

Exhibit 13

(/institutions-and-companies/ross-med.html)

Ross University School of Veterinary Medicine (/institutions-and-companies/ross-vet.html)

Where We Are (/institutions-and-companies/where-we-are.html)





## Ross University School of Veterinary Medicine's Mission

The mission of Ross University School of Veterinary Medicine is to provide the best learning environment to prepare students to become members and leaders of the worldwide public and professional healthcare team, advancing human and animal health (One Health) through research and knowledge exchange.

Join the Conversation

**f**

(https://www.facebook.com/AdtalemGlobalEducati

 (/)

### ABOUT US

About Us (/about-us.html)

Leadership (/about-us/leadership.html)

Board of Directors (/about-us/directors.html)

Community Engagement (/about-us/community-engagement.html)

Organizational Governance (/about-us/organizational-governance.html)

Our History (/about-us/our-history.html)

Contact Us (/contact.html)

Privacy Policy (/privacy-policy.html)

### INSTITUTIONS & COMPANIES

Institutions & Companies (/institutions-and-companies.html)

Where We Are (/institutions-and-companies/where-we-are.html)

### NEWSROOM

Newsroom (/newsroom.html)

Press Releases

Media Resources (/newsroom/media-resources.html)

Media Inquiries (/newsroom/media-inquiries.html)

### INVESTOR RELATIONS

Organization Profile (http://investors.adtalem.com/corporateprofile.aspx?iid=4183694)

Stock Information (http://investors.adtalem.com/stockinfo.aspx?iid=4183694)

SEC Filings (http://investors.adtalem.com/docs.aspx?iid=4183694)

Annual Reports (http://investors.adtalem.com/FinancialDocs.aspx?iid=4183694)

Event Calendar (http://investors.adtalem.com/calendar.aspx?iid=4183694)

### CAREERS

Careers (/careers.html)

Benefits (/careers/benefits.html)

Career Opportunities (/careers/open-positions.html)

Diversity (/careers/diversity.html)

Our People (/careers/our-people.html)

Types of Opportunities (/careers/types-of-jobs.html)

The trademarks / service marks used herein are owned by Adtalem Global Education or one of its subsidiaries / divisions.

GET IN TOUCH    Contact Us (/contact.html)    Social Media (https://twitter.com/adtalemglobal)