Case: 1:17-cv-06310 Document #: 43-14 Filed: 05/04/18 Page 1 of 1 PageID #:1018



HOME | ABOUT US | OUR INSTITUTIONS | CAREERS | INVESTOR RELATIONS | OUR VIEWPOINTS | CONTACT US

## OUR INSTITUTIONS

Adtalem Educacional do Brasil | American University of the Caribbean School of Medicine | Becker Professional Education | Carrington College
Chamberlain University | DeVry University | Ross University School of Medicine | **Ross University School of Veterinary Medicine**

- Adtalem Educacional do Brasil
- American University of the Caribbean School of Medicine
- Association of Certified Anti-Money Laundering Specialists
- Becker Professional Education
- Carrington College
- Chamberlain University
- DeVry University
- Ross University School of Medicine
- **Ross University School of Veterinary Medicine**



Learn more at
veterinary.rossu.edu

### ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE

Ross University School of Veterinary Medicine (RUSVM), founded in 1982, is committed to preparing students to become members and leaders of the worldwide public and professional healthcare team and to advance human, animal and ecosystem health (One Health Initiative) through research and knowledge exchange. RUSVM has focused research programs with an emphasis on emerging infectious and zoonotic diseases, conservation medicine, and ecosystem health. RUSVM offers postgraduate Masters', Ph.D. and Doctor of Veterinary Medicine (DVM) programs accredited by the St. Christopher & Nevis Accreditation Board. The DVM program holds accredited status from the American Veterinary Medical Association. The RUSVM Veterinary Clinic is accredited by the American Animal Hospital Association.

Ross University joined Adtalem Global Education in 2003.

### MISSION

The mission of Ross University School of Veterinary Medicine is to provide the best learning environment to prepare students to become members and leaders of the worldwide public and professional healthcare team, advancing human and animal health (One Health) through research and knowledge exchange.

---

| ABOUT US | OUR INSTITUTIONS | INVESTOR RELATIONS | CAREERS | OUR VIEWPOINTS | CONTACT US | CONNECT | PRIVACY POLICY |
|---|---|---|---|---|---|---|---|
| Senior Leadership | Adtalem Educacional do Brasil | Organization Profile | Search Current Openings | | Media Inquiries | Facebook | The trademarks / service marks used herein are owned by Adtalem Global Education or one of its subsidiaries / divisions. |
| Board of Directors | American University of the Caribbean School of Medicine | Senior Leaders & Directors | | | Investor Inquiries | Google+ | |
| Director Emeriti | Association of Certified Anti-Money Laundering Specialists | Stock Information | | | Supplier Inquiries | LinkedIn | |
| Past Board Members | Becker Professional Education | SEC Filings | | | | Twitter | |
| Organizational Governance | Carrington College | News & Events | | | | | |
| Adtalem Foundation | Chamberlain University | Tearsheet | | | | | |
| | DeVry University | Other Investor Information | | | | | |
| | Ross University School of Medicine | IR Site Map | | | | | |
| | Ross University School of Veterinary Medicine | | | | | | |

Exhibit 14