**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PETER M. GALLIGAN,<br><br>      Plaintiff,<br><br>    v.<br><br>ADTALEM GLOBAL EDUCATION INC., f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and DOES 1 THROUGH 50<br><br>      Defendants. | Case No. 1:17-cv-06310<br><br>Hon. Joan H. Lefkow |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE THEIR REPLY**

Defendants Adtalem Global Education Inc. (ATGE), Adtalem Global Health, Inc. (AGH), and Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited (Ross or RUSVM) (collectively, "Defendants") respectfully move for a one-week extension of time to file their reply in support of their motion to dismiss and state as follows:

    1.    On Marcy 3, 2018, Plaintiff filed a Second Amended Complaint. (ECF No. 32.)

    2.    On March 27, 2018, Defendants moved to dismiss the Second Amended Complaint in its entirety. (ECF No. 35.)

    3.    Plaintiff filed his response to Defendants' motion to dismiss on May 4, 2018. (ECF No. 43.)

    4.    Defendants' current deadline to file their rely is May 18, 2018. (ECF No. 38.)

2

5.  Because Plaintiff's response is 30 pages long and contains arguments as to nine separate causes of action contained in the Second Amended Complaint, Defendants request an additional week to file their reply.

6.  The parties conferred about this request on May 15 and 16, 2018 and Plaintiff does not oppose Defendants' request.

7.  This is the first request for an extension of time in connection with Defendants' motion to dismiss. This request is made in good faith and not for purposes of delay. No other deadlines will be impacted by this request.

WHEREFORE, Defendants respectfully request that the Court extend the deadline for Defendants to file their reply in support of their motion to dismiss by one week, until May 25, 2018.

**DATED: May 16, 2018**               Respectfully submitted,

ADTALEM GLOBAL EDUCATION INC.;
ADTALEM GLOBAL HEALTH, INC.; ROSS
UNIVERSITY SCHOOL OF MEDICINE
SCHOOL OF VETERINARY MEDICINE
(ST. KITTS) LIMITED

By:   s/Megan E. Troy

Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a copy with the Court's CM/ECF system, which will send notification to the following, on this 16th day of May, 2018:

>Michael W. Ford, Esq.
>Law Offices of Michael W. Ford
>4 Timberwood Lane
>Riverwoods, IL 60015
>mfordski@aol.com
>
>Emil T. Bayko
>Alison Henderson
>Porter Hedges LLP
>1000 Main Street, 36th Floor
>Houston, Texas 77002
>tbayko@porterhedges.com

>>s/Megan E. Troy