**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PETER M. GALLIGAN, | |
| Plaintiff, | |
| v. | Case No. 1:17-cv-06310 |
| ADTALEM GLOBAL EDUCATION INC., f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and DOES 1 THROUGH 50 | Hon. Joan H. Lefkow |
| Defendants. | |

## DEFENDANT'S NOTICE OF MOTION

TO:    Michael W. Ford, Esq.          Emil T. Bayko
         Law Offices of Michael W. Ford    Porter Hedges LLP
         4 Timberwood Lane           1000 Main Street, 36th Floor
         Riverwoods, IL 60015         Houston, Texas 77002
         mfordski@aol.com             tbayko@porterhedges.com

PLEASE TAKE NOTICE that on **Wednesday, May 23, 2018, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Humphrey Lefkow in Courtroom 2201 of the Federal Dirksen Building, 219 North Dearborn Street, Chicago, Illinois and then and there present Defendants' Unopposed Motion for Extension of Time to File Their Reply.

**DATED: May 16, 2018**                      Respectfully submitted,

                                             ADTALEM GLOBAL EDUCATION INC., et al.

                                             By:   *s/Megan Troy*
                                             One of Their Attorneys

Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a

copy with the Court's CM/ECF system, which will send notification to the following, on this

16th day of May, 2018:

> Michael W. Ford, Esq.
> Law Offices of Michael W. Ford
> 4 Timberwood Lane
> Riverwoods, IL 60015
> mfordski@aol.com
>
> Emil T. Bayko
> Porter Hedges LLP
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> tbayko@porterhedges.com

>    /s/ Brian Stolzenbach
> Brian Stolzenbach

3