## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Peter M Galligan

                            Plaintiff,

v.                                                                        Case No.: 1:17−cv−06310

                                                                               Honorable Joan H. Lefkow

Adtalem Global Education, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2019:

      MINUTE entry before the Honorable Joan H. Lefkow: By request and agreement of the parties, the status hearing set for 2/20/2019 is stricken and reset to 3/6/2019 at 9:30 a.m. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.