IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ADTALEM GLOBAL EDUCATION INC., f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and DOES 1 THROUGH 50<br><br>    Defendants. | Case No. 1:17-cv-06310<br><br>Hon. Joan H. Lefkow |

## DEFENDANT'S NOTICE OF MOTION

TO:    Michael W. Ford, Esq.                Emil T. Bayko
          Law Offices of Michael W. Ford      Ali Henderson
          4 Timberwood Lane                  Porter Hedges LLP
          Riverwoods, IL 60015                1000 Main Street, 36th Floor
          mfordski@aol.com                    Houston, Texas 77002
                                                                   tbayko@porterhedges.com

PLEASE TAKE NOTICE that on **Wednesday, February 20, 2019, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Humphrey Lefkow in Courtroom 2201 of the Federal Dirksen Building, 219 North Dearborn Street, Chicago, Illinois and then and there present Defendants' Unopposed Motion for Extension of Time to Answer Plaintiff's Second Amended Complaint.

DATED: February 15, 2019

Respectfully submitted,

ADTALEM GLOBAL EDUCATION INC., et al.

By:  *s/Megan Troy*
One of Their Attorneys

Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a copy with the Court's CM/ECF system, which will send notification to the following, on this 15th day of February, 2019:

> Michael W. Ford, Esq.
> Law Offices of Michael W. Ford
> 4 Timberwood Lane
> Riverwoods, IL 60015
> mfordski@aol.com
>
> Emil T. Bayko
> Porter Hedges LLP
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> tbayko@porterhedges.com

            /s/Megan Troy
           Megan Troy

55077376v.1