UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Peter M Galligan
                                  Plaintiff,

v.                                                  Case No.: 1:17−cv−06310
                                                    Honorable Joan H. Lefkow

Adtalem Global Education, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2019:

      MINUTE entry before the Honorable Joan H. Lefkow: Defendants' motion for extension of time to answer [50] is granted. Defendants shall answer or otherwise plead to the second amended complaint by 3/20/2019. Status hearing set for 3/6/2019 is stricken and reset to 3/27/2019 at 9:30 a.m. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.