IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PETER M. GALLIGAN,** § | | |
| § | | |
| **PLAINTIFF** § | | |
| § | | |
| v. § | **CIVIL CASE NO. 1:17-cv-06310** | |
| § | | |
| **ADTALEM GLOBAL EDUCATION INC. F/K/A DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. F/K/A DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; AND DOES 1 THROUGH 50,** § § § § § § § § | | |
| § | | |
| **DEFENDANTS** § | **JURY TRIAL DEMANDED** | |

**PROPOSED ORDER GRANTING PLAINTIFF'S
<u>MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT</u>**

On this day, the Court considered the Motion for Leave to File Third Amended Complaint filed by Plaintiff Peter M. Galligan. The Court, having considered the Motion, any response thereto, and the pleadings on file, finds that the Motion is meritorious and should be GRANTED. It is therefore

ORDERED that Plaintiff's Motion for Leave to File Third Amended Complaint is GRANTED in its entirety.

Signed this _____ day of _____, 2019.

_____
Honorable Joan Humphrey Lefkow

7256684