# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PETER M. GALLIGAN,** § | |
| § | |
| **PLAINTIFF** § | |
| § | |
| v. § | CIVIL CASE NO. 1:17-cv-06310 |
| § | |
| **ADTALEM GLOBAL EDUCATION INC. f/k/a** § | |
| **DEVRY EDUCATION GROUP; ADTALEM** § | |
| **GLOBAL HEALTH, INC. f/k/a DEVRY** § | |
| **MEDICAL INTERNATIONAL, INC.; ROSS** § | |
| **UNIVERSITY SCHOOL OF MEDICINE** § | |
| **SCHOOL OF VETERINARY MEDICINE (ST.** § | |
| **KITTS) LIMITED; AND DOES 1 THROUGH 50,** § | |
| § | |
| **DEFENDANTS** § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF MOTION

TO:  Brian Stolzenbach
     bstolzenbach@seyfarth.com
     Megan E. Troy
     mtroy@seyfarth.com
     SEYFARTH SHAW LLP
     233 S. Wacker Drive, Suite 8000
     Chicago, IL 60606

PLEASE TAKE NOTICE that on Wednesday, March 13, 2019 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Humphrey Lefkow in Courtroom 2201 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and there present Plaintiff's Motion for Leave to File Third Amended Complaint.

Dated: March 8, 2019.

7255220v1

Respectfully submitted,

*/s/ Michael W. Ford*
Michael W. Ford, Esq.
Law Offices of Michael W. Ford
*(local counsel)*
4 Timberwood Lane
Riverwoods, IL 60015
Telephone: (847) 948-7884
Email: mfordski@aol.com
IL Bar # 0846139
Member, Trial Bar U.S. District Court N.D. IL

- and -

*/s/ Emil T. Bayko*
Emil T. Bayko
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6608
Facsimile: (713) 226-6208
Email: tbayko@porterhedges.com
IL Bar # 0141356

**ATTORNEYS FOR PLAINTIFF
PETER M. GALLIGAN**

OF COUNSEL:

Alison P. Henderson
Texas State Bar No. 24087707
Federal ID No. 2228628
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6211
ahenderson@porterhedges.com

7255220v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 8, 2019, a true and correct copy of the foregoing pleading was electronically filed in accordance with the Federal Rules of Civil Procedure and was served via e-mail upon the following counsel of record:

Brian Stolzenbach
Megan Troy
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
(312) 460-5551
bstolzenbach@seyfarth.com
mtroy@seyfarth.com

                                                      */s/ Emil T. Bayko*
                                                      Emil T. Bayko