IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADTALEM GLOBAL EDUCATION INC., f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and DOES 1 THROUGH 50<br><br>　　　　Defendants. | Case No. 1:17-cv-06310<br><br>Hon. Joan H. Lefkow |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S THIRD AMENDED COMPLAINT

Defendants Adtalem Global Education Inc. (ATGE), Adtalem Global Health, Inc. (AGH), and Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited (Ross or RUSVM), by and through their attorneys, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons stated in the accompanying memorandum of law, submit this Motion to Dismiss all the claims in Plaintiff Peter Galligan's Third Amended Complaint, except for Plaintiff's claim that Ross "breached the disability accommodation and anti-retaliation provisions of the student handbook."

56094350v.1

DATED: April 8, 2019    Respectfully submitted,

ADTALEM GLOBAL EDUCATION INC.; ADTALEM GLOBAL HEALTH, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED


By:  s/ Brian Stolzenbach

Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
Thomas Horan
thoran@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a copy with the Court's CM/ECF system, which will send notification to the following, on this 8th day of April, 2019:

>Michael W. Ford, Esq.
>Law Offices of Michael W. Ford
>4 Timberwood Lane
>Riverwoods, IL 60015
>mfordski@aol.com
>
>Emil T. Bayko
>Porter Hedges LLP
>1000 Main Street, 36th Floor
>Houston, Texas 77002
>tbayko@porterhedges.com

>       s/Brian Stolzenbach

56094350v.1