# Exhibit A

**Guy St. Jean**
**DMV, MS, DACVS**

*Diplomate American College of Veterinary Surgeon*
*Professor of Surgery*
*Associate Dean for Student and Alumni Affairs*

P.O. Box 334
Basseterre, St. Kitts, West Indies
phone 869-465-4161  Ext 1112
US: 1 732-898-0112
Fax: 869-466-1203
Cell: 869-662-4652
gstjean@rossvet.edu.kn
www.rossvet.edu.kn



8th January 2014

Mr Peter Galligan
Ross University
School of Veterinary Medicine
West Farm
St. Kitts

Dear Mr Galligan

The Academic Review Committee evaluated your appeal for readmission following your dismissal. I am pleased to inform you that your appeal was approved with the following stipulations:

- That you take a leave for the Jan-April 2014 semester and get your medical condition stabilized.

- That you submit to Dr St Jean prior to the start of the May 2014 semester, medical documentation from your physician stating that you are ready to return to the program.

- That any future grade of "F" will result in dismissal without the right to appeal.

Sincerely,

Guy St Jean
Associate Dean for Academic Affairs