# Exhibit B

Ross University | P.O. Box 334
School of | Basseterre, St. Kitts, West Indies
Veterinary Medicine | phone 869-465-4161
fax 869-465-1203
www.rossvet.edu.kn



# ROSS UNIVERSITY
## SCHOOL OF VETERINARY MEDICINE

August 18, 2015

Dear Mr Galligan

The failed grade you earned for the May to August 2015 semester is:

*Small Animal Medicine I*             F

As you earned one (1) failing grade, and your Semester GPA is below the requisite 2.0, I write to advise of your dismissal from Ross University, in accordance with the Academic Rules and Regulations of the institution.

According to the Student Handbook (May 2015), *Section 2.9* highlights conditions resulting in the dismissal as:

> *Receiving three F or WF grades during the pre-clinical program (Semesters 1-7)*

If you wish to appeal this decision, according to *Section 2.10* of the student handbook:

> *Pre-clinical students who wish to appeal a dismissal shall submit a letter of appeal, and appropriate documentation as may be required by the ARC, to the Associate Dean for Student and Alumni Affairs*
>
> *The appeal letter should state:*
> - *How the student views his/her level of preparation for the course prior to the start of the class.*
> - *Any extenuating circumstances which contributed to the student's dismissal*
> - *If reinstated, the student's plan(s) for improving his/her academic outcomes.*

Please submit your letter and documentation on or before August 28, 2015 by email to Dr. St. Jean at GSt.Jean@rossvet.edu.kn.

Sincerely,


Daniella N. Hickling
University Registrar


cc.    Dr Guy St Jean, Associate Dean, Student and Alumni Affairs
        Dr Carmen Fuentealba, Associate Dean, Teaching and Learning