# Exhibit D

# ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE

## STUDENT HANDBOOK

**Effective January 1, 2013**



© 2013 Global Education International. All rights reserved.

# TABLE OF CONTENTS

Page

**1  GENERAL INFORMATION**
1.1  Introduction …………………………….………  4
1.2  Interpretation and Modification ………………………...  4
1.3  Student Government (SCAVMA)………….................  4
1.4  Campus Security ……………………………………  5
1.5  Professional Standards ……………………….………  6
1.5.1 Ethical, Attitudinal, and Behavioral Requirements………..  6
1.5.2 Stamina……………………………………………  8
1.5.3 Intellectual Capacity…………………………………  8
1.5.4 Communication Skills………………………………...  9
1.5.5 Visual, Auditory, Tactile, and Motor Competency………  9
1.6  Evaluation and Enforcement of the RUSVM Professional
      Standards……………………………………………  11
1.7  Accommodations of Students with Disabilities………….  12
1.8  Mental Health ……………………………………  13
1.9  Information Technology Policies ………………………  13

**2  ACADEMIC INFORMATION**
2.1  The Curriculum ……………………………………  21
2.2  Attendance……………………………………………  21
2.3  Student Survey for Outcome Assessment ……………….  23
2.4  Academic Support for Students ……………………...  23
2.4.1 Teaching Assistants ………………………………...  23
2.4.2 Tutoring ……………………………………………  23
2.5  Examination Policy …………………………………  23
2.6  Auditing Classes …………………………………......  26
2.7  Elective Policy ……………………………………  26

**3  GRADING SYSTEM**
3.1  Grade Point Average Calculation ……………………  27
3.2  Grading Policy ……………………………………  27
3.3  Grade Appeal ………………………………………...  29

**4  ACADEMIC STANDARDS**
4.1  Definitions of Academic Terms ……………………......  29
4.1.1 Promotion ……………………………………………  29
4.1.2 Academic Probation ………………………………  29
4.1.3 Academic Warning……………………………………......  30
4.1.4 Dismissal ……………………………………………  30
4.1.5 Suspension ……………………………………………...  30
4.1.6 Good Standing ……………………………………......  30
4.1.7 Satisfactory Academic Progress …………………………  30

**5  ACADEMIC WARNING AND PROBATION ………………  31**

**6**      **DISMISSAL** ……………………………………………      33

**7**      **APPEAL OF DISMISSAL** …………………………………      33

**8**      **GRADUATION AND HONORS** ………………………..….      34

**9**      **REGISTRATION AND OTHER REGISTRAR SERVICES**
         9.1      Registration of New Pre-Clinical Students ……………......      35
         9.1.1 Course Add/Drop Policy for Repeating Students….……….      35
         9.2      Registration of Continuing Pre-Clinical Students …………      36
         9.3      Registration of Clinical Students ………………………….      37
         9.4      Transcript Requests ………………………………………      37
         9.5      Student Loan Deferment Process ………………………….      37
         9.6      Tuition, Credit, and Waiver Policies………………….…….      37
         9.7      Tuition Refund Policy for Withdrawals ……………………      37
         9.8      Transfer Students …………………………………..……...      38
         9.9      Absence from Program ……………………………………...      38
         9.9.1 Emergency Absences ……………………………………...      39
         9.9.2 Vacations ………………………………………………….      39
         9.9.3 Academic Leave of Absence (ALOA) ……………………...      41
         9.9.4 Unauthorized Leaves ……………………………………...      41

**10**      **WITHDRAWALS AND DEFERRALS**
         10.1      Student Withdrawals …………………………………….      41
         10.2      Administrative Withdrawals ……………………………      41
         10.3      Deferrals ………………………………………………….      42

**11**      **CODE OF CONDUCT**
         11.1      Purpose ……………………………………………………      42
         11.2      Philosophy ………………………………………..……….      43
         11.3      Honor Code ………………………………..……………...      46
         11.4      Disciplinary Process ……………………………..…………      46
         11.4.1 Informal Resolution ……………………………………….      47
         11.4.2 The RUSVM Conduct Board…….................................…      47
         11.4.3 Conduct Board Procedures……………………………......      47
         11.4.4 Sanctions Appropriate for Violations…………………......      48
         11.5      Appeals Process….……………………………………….      49
         11.6      Problems……………………………….…… ……………      49
         11.7      Substance and Alcohol Abuse…..……………………….      49
         11.8      Smoking …………………………………………………      52
         11.9      Sexual Harassment ………………………………………      52
         11.10 Photography And Video Imaging Policy…………………      52
         11.11 Link to Policies………………………………………….      53

# ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE

## POLICIES AND PROCEDURES

# 1    GENERAL INFORMATION

## 1.1    INTRODUCTION

Ross University School of Veterinary Medicine ("RUSVM" or the "University") publishes this Handbook for its students.

Effective January 1, 2013, the terms of this *Student Handbook* are binding upon all students enrolled at RUSVM, including students on leave of absence from the school and students who are visiting at other veterinary schools. Students in the clinical curriculum are expected to comply with the policies and procedures of the affiliated institution they attend, as well as those contained in this *Student Handbook*.

This *Student Handbook* is published for the purpose of providing RUSVM students information about policies and procedures that will govern their participation in the Doctor of Veterinary Medicine program.

**This edition supersedes all previous editions of the *Student Handbook* and updates the *Ross University School of Veterinary Medicine Catalog*.**

## 1.2    INTERPRETATION AND MODIFICATION

The Dean has final authority to determine how the policies and procedures in this *Student Handbook* are interpreted and applied.

RUSVM reserves the right to change its policies and procedures, course offerings, degree requirements, and other material contained in this *Student Handbook* or its Catalog at any time. Such changes will generally be announced prior to their effective dates. Changes may be disseminated by email, by posting on the campus website or by letters from the Dean mailed to students in Clinical Studies. Changes generally become effective on the first day of the semester following their announcement, unless otherwise stated when the change is announced.

## 1.3    STUDENT GOVERNMENT—Student Chapter of the AVMA (SCAVMA)

The student body elects class representatives, committee members, and officers for the Student Association of the American Veterinary Medical Association (SCAVMA). SCAVMA is active in coordinating athletic events, sponsoring and arranging the social activities on campus, and bringing student issues to the attention of the Administration. Students who are officers in SCAVMA are considered leaders and role models for the student body. Candidates for SCAVMA offices must be in good academic standing with a cumulative grade point average (CGPA) of 2.5 or higher, prior to election. The

4

Assistant Dean for Student Life (the Associate Dean for Academic Affairs in the absence of the Assistant Dean for Student Life), advises SCAVMA along with faculty advisor(s) from the RUSVM Faculty chosen by SCAVMA. SCAVMA entertains and addresses most matters related to student activities. Academic and non-academic issues that exceed its authority are brought to the attention of the Dean's Council through the Assistant Dean for Student Life and the Associate Dean for Academic Affairs. Students are required to pay a SCAVMA fee, which is collected with other student fees and used for SCAVMA activities. SCAVMA has responsibility for expenditure of student activity fees collected at registration with two important caveats. First, the Director of Finance has approval and auditing authority over SCAVMA funds. Second, SCAVMA funds shall not be used to purchase alcohol. As mandated by Standard 11 of the AVMA's Council on Education accreditation standards, any student may bring forth any suggestions, comments, and complaints about RUSVM at any time. They may do this through their elected SCAVMA representatives or in an anonymous fashion. Anonymous suggestions can be made by leaving a sealed envelope in the Assistant Dean for Student Life's mailbox or by inserting a note in the locked box located outside of the western entrance to the library.

RUSVM's mission and function are purely academic. It is not organized, staffed or equipped to promote, run or oversee student events that fall outside these boundaries. RUSVM fulfills an administrative function with respect to SCAVMA activities by collecting fees from students, which are remitted to SCAVMA in order to fund certain legitimate activities. RUSVM remits these fees to SCAVMA on the express condition that they are to be used only for activities relating to student government or academic pursuits.

When used to support a student event, monies derived from student fees, collected and remitted by RUSVM, are to be used exclusively for facilities and food and absolutely not for purchasing alcoholic beverages.

Students are advised that RUSVM assumes no responsibility whatsoever in connection with SCAVMA or other events sponsored by students, student organizations, or outside organizations. It does not provide oversight, security, or transportation for said events. In particular, RUSVM disclaims all responsibility for any alcohol served or consumed at any such events, or the consequences of these actions. All matters relating to the event are the responsibility of the individuals attending.

## 1.4   CAMPUS SECURITY

RUSVM is committed to promoting the security of its students. The cooperation of students, faculty, and staff is essential to a safe campus. Every member of the campus community is encouraged to report any possible crime, suspicious activity, or emergency on campus to the Safety and Security Department, whose duty it is to maintain order and regulate safety. Security is available to provide assistance to students and faculty on- and off-campus.

In accordance with U.S. Department of Education requirements, information about security and safety practices, as well as campus crime statistics are published annually in the RUSVM Annual Disclosure. This information is made available to current students and may be obtained by anyone else, including prospective students, upon request, and on

the Student Consumer Information website at http://www.rossu.edu/student-consumer-info.cfm.

A mass notification emergency warning system (SIREN) is in place to communicate to the campus community simultaneously by landline and mobile phone, text messaging, and email in the event of an emergency. It is the responsibility of each student to keep his or her contact information, including the student's emergency contact person, current. Students may update their personal profile at any time by accessing their account in MyRoss. By and large, most student security problems occur outside the campus compound. Students and visitors should take the same precautions that they would take in major cities in the United States.

## 1.5    PROFESSIONAL STANDARDS

**Introduction**

The RUSVM President confers a Doctor of Veterinary Medicine degree only after a student has mastered the body of knowledge and skills that comprises the veterinary curriculum to the satisfaction of the faculty. The faculty expects each veterinary student to demonstrate proficiency in the use and understanding of principles and facts related to the basic sciences and in the application of these principles to the practice of clinical medicine. There are certain qualities and skills that students must possess and/or refine to accomplish these things. These essential qualities include: ethical, attitudinal, and behavioral attributes, stamina, intellectual (cognitive, integrative, and quantitative abilities) capacity, communication skills, and the visual, auditory, tactile acuity and motor skills necessary to function as a health care professional. The following guidelines are meant to familiarize students with the expectations of the faculty, as well as some of the inherent demands of our veterinary curriculum. Judgments about whether a student has failed to meet any of these standards will be made in the context of the procedures outlined in this *Student Handbook*. Students must be able to meet these standards with or without a reasonable accommodation. Students wishing to request accommodations due to disability should contact the campus' Accommodation Coordinator.

### 1.5.1    ETHICAL, ATTITUDINAL, AND BEHAVIORAL REQUIREMENTS

Desirable characteristics of veterinary students are based not only on satisfactory academic achievement, but also on non-academic factors that serve to ensure that they have the behavioral and social attributes necessary to contribute positively to the veterinary profession. RUSVM students are required to have those character traits, attitudes, and values that will result in beneficent and ethical veterinary care. This includes, but is not limited to, the following:

- Because the medical profession is governed by ethical principles and by state and federal laws, a veterinary student must have the capacity to understand, learn, and abide by these values and laws. Examples of breaches of veterinary medical ethics include, but are not limited to:

  - cheating, plagiarism, or other forms of academic dishonesty;
  - submitting fraudulent medical records or certificates;
  - willfully withholding medical treatments ordered by a clinician;

6

- betraying a client confidence; or
- animal cruelty, whether through acts of commission or omission.

- A veterinary student must be able to relate to instructors, classmates, staff, clients and their animals with honesty, compassion, empathy, integrity and dedication.

- A veterinary student must not allow considerations of religion, ethnicity, gender, sexual orientation, politics or social standing to preclude productive and constructive relationships with instructors, staff, classmates, or clients;

- A veterinary student must not allow considerations of breed or species to influence relationships with his/her patients or teaching animals. For example, a student must never intentionally withhold medical care from a feline patient out of a dislike or distrust of cats.

- A veterinary student must be able to understand and use the authority, special privileges, and trust inherent in the veterinary student-client relationship for the benefit of both the client and the patient, and avoid behaviors that constitute misuse of this power.

- A veterinary student must never compromise care of an animal that has been left in his or her care or is his or her responsibility, regardless of whether this care conflicts with personal schedules or activities.

- A veterinary student must never engage in educational activities while under the influence of alcohol or illegal or illicit drugs or substances. In addition, a student should not engage in patient care duties while impaired in any manner by any substance (e.g., a student shall not engage in patient care duties while taking a prescribed drug known to have adverse side effects until the student knows that he or she is not susceptible to such side effects).

- A veterinary student must never perform any action that might be construed as the practice of veterinary medicine, except as permitted under the laws of a the applicable jurisdiction in which the student may function in the role of providing animal health care under the direction of a licensed veterinarian.

- A veterinary student must be able to fully utilize his/her intellectual ability, to exercise good judgment, to complete patient care responsibilities promptly and properly and to relate to patients, patients' owners, faculty, administrators, staff and colleagues with courtesy, compassion, maturity and respect for their dignity.

- A veterinary student must demonstrate maturity, including the ability to adapt to island culture, the ability to exercise good judgment and tolerance and acceptance of social, cultural and/or political differences.

- A veterinary student must be able to work collaboratively and flexibly as a professional team member.

- A veterinary student must behave in a professional manner in spite of stressful work demands, changing environments and clinical uncertainties.

7

- A veterinary student must have the capacity to modify behavior in response to constructive criticism.

- A veterinary student must be open to examining personal attitudes, perceptions and stereotypes that may negatively impact patient care or interpersonal relationships.

- A veterinary student must possess an intrinsic desire for excellence and be motivated to become an effective veterinarian.

### 1.5.2 STAMINA

- The study and ongoing practice of veterinary medicine often involves taxing workloads and stressful situations. A veterinary student must have the physical and emotional stamina to maintain a high level of function in the face of challenging working conditions.

- A veterinary student must be able to lift objects or animals weighing up to 25 kg, to a height of one meter and carry that object or animal for a distance of two meters. Application: placing a dog on an examination table, lifting and carrying a bag containing drugs and equipment from an ambulatory service vehicle, restraining small and large animal patients.

- A veterinary student must have sufficient endurance to maintain a standing or kneeling posture for 10 minutes. Application: physical examination of and surgical procedures on patients.

- A veterinary student must have adequate coordinated movement and strength to restrain large animals and to be able to move rapidly out of the way of danger. Application: treatment of large animals.

### 1.5.3 INTELLECTUAL CAPACITY

- A veterinary student must possess a range of intellectual skills that allows him/her to master the broad and complex body of knowledge that comprises a medical education at a level deemed to be appropriate by the faculty. These skills include the ability:

  - to comprehend dimensional and spatial relationships of structure;
  - to perform scientific measurements and calculations; and
  - to develop reasoning, problem solving and decision-making skills appropriate to the practice of veterinary medicine.

- A veterinary student's reasoning abilities must be sufficiently sophisticated to analyze and synthesize information from a wide variety of sources. He/she must be able to learn effectively through a variety of modalities including, but not limited to:

  - class room instruction;

8

- small group discussion and interactive assignments, including participation in medical rounds, and goal-directed activities;
- individual study of materials;
- preparation and presentation of written and oral reports;
- ability to learn independently from reading/printed material; and
- use of computer technology.

### 1.5.4    COMMUNICATION SKILLS

- Throughout the curriculum, a veterinary student will be expected to communicate effectively and sensitively in English and in a timely fashion, utilizing verbal, non-verbal, and written communication skills with instructors, staff, and peers.

- During the clinical year, a veterinary student must also learn to communicate with clients.  Communication with a client often begins with the gathering and writing of a useful medical history.  Students must be able to formulate and ask clients cogent questions, perceptively interpret their answers, and record these responses accurately in a clear and concise medical record.  In addition, they must be able to comprehend and interpret written materials, such as laboratory reports, pharmacological prescriptions, medical notices and research articles.

- A veterinary student must also possess sufficient observational skills to assess signs exhibited by patients and the emotional state of owners.

- While mastery of both written and spoken English is considered to be an essential attribute, otherwise qualified veterinary students with documented hearing, speech or other pertinent disabilities may request to be reasonably accommodated and such requests will be evaluated by RUSVM.

### 1.5.5    VISUAL, AUDITORY, TACTILE, AND MOTOR COMPETENCY

Veterinary students must have sufficient motor skills to carry out, in an autonomous manner, all necessary procedures involved in the learning of basic and clinical sciences, as well as those required in the hospital and clinical environment.  Specifically:

- A veterinary student must possess sufficient visual, auditory, tactile, and motor abilities to allow him/her to gather data or information from written material, including medical illustrations and graphic materials, from oral presentations, from demonstrations and experiments, from observations of clinical procedures performed by others, from computerized representations of physiologic phenomena, and from observations made during a basic physical examination and/or more specialized (e.g. orthopedic and neurological) examinations of a patient.  In terms of a visual standard, a student must be able to discern changes in position at distances ranging from 30-45 centimeters to 15-20 meters.

- A veterinary student must also be capable of eliciting and perceiving normal findings or signs of disease as manifested through the physical examination. Examples of findings that must be perceived and interpreted include, but are not limited to, the sounds emitted by the heart, intestines, and lungs; assessing the pliability and turgor of the skin; recognizing subtle changes in the hair coat; feeling the difference between a lymphoma, a cyst, and a lymph node; evaluating

the integrity and range of motion of musculoskeletal structures (bones, muscles, joints) of all the domestic animal species; and evaluating the consistency and/or distention of various intra-abdominal structures (for example, liver, spleen, intestines, kidneys, and reproductive organs), which must be accomplished through a combination of visualization and external and/or internal palpation.

- A veterinary student must be able to distinguish subtle shades of black, white and gray as these pertain to the five radiographic densities in films of the chest, abdomen, and extremities. In order to interpret test results, such as bacterial hemolysis on an agar plate or an ECG tracing, a student must also be able to resolve black and white patterns of less than 0.5 mm of separation.

- In order to detect subtle tissue swelling or the presence of a reaction to skin testing for allergies, a veterinary student must have sufficient depth perception to allow detection of a 0.5 cm elevation that is no more than 1 cm in diameter on a slightly curved and irregular surface.

- A veterinary student must possess sufficient color discrimination to detect changes in color of an animal's mucous membranes or coat.

- A veterinary student must have sufficient hearing to be able to perceive the human voice without lip reading and to perceive sounds while percussing or auscultating with a stethoscope.

- The veterinary student must be able to perceive the origin of sounds, such as the movement of large animals in a stall or the monitoring of multiple patients in an intensive care unit.

- A veterinary student must be able to determine the position of one hand extended from the body within +/- $10^0$ when the arm is extended in any direction, the eyes are closed, and the individual is standing. Application: endotracheal intubation, intravenous injection, rectal palpation.

- A veterinary student must be able to differentiate between four round semisolid objects with diameters of 0.5, 1.0, 1.5 and 2.0 cm and to judge the shape and consistency of objects when the arm is extended and the eyes are closed. Application: assisting in surgery, palpating lymph nodes or follicles, palpating the trachea to determine proper endotracheal tube size.

- A veterinary student must be able to make legible written notes, within the margins and spaces provided on medical forms, while communicating with other individuals by speech, either in person or by telephone.

- A veterinary student must be able to grasp, manipulate, and employ surgical instruments, like scalpels, clamps, and retractors, or other specialized instruments, such as ophthalmoscopes.

- A veterinary student must be able to hold, manipulate or tie lightweight materials such as surgical sponges, small gauge catheters, and fine suture material.

- A veterinary student must be able to manipulate tissues and employ devices in order to perform entry-level procedures; examples are venipuncture, vascular and urinary catheter placement, rectal palpation, and expressing anal sacs.

- In terms of allergies or fears, a veterinary student must be able to have sustained contact with multiple species of animals and their environments, including chemicals such as formalin that may be present in such environments. During such contact, the student must be able to carry out routine medical care and required laboratory exercises.

Students requiring an accommodation to perform any of these essential requirements must contact the RUSVM Disability Services Office. During the clinical year, RUSVM students need to contact the appropriate Affiliate School representative to request accommodations. Requests for accommodations will be considered on a case by case basis. Please refer to Section 1.7 of this *Student Handbook* for additional information.

### 1.6    EVALUATION AND ENFORCEMENT OF THE RUSVM PROFESSIONAL STANDARDS

- A student's professional conduct may be assessed and addressed by the Associate Dean for Academic Affairs and/or the Senior Associate Dean for Veterinary Education at any time during a student's tenure at RUSVM or at an affiliate school. On a more routine basis, the conduct of each student in the Doctor of Veterinary Medicine ("DVM") program will be evaluated during the 10th week of each semester to determine whether each student has satisfactorily met the RUSVM Professional Standards.

- The evaluations will be conducted by the Associate Dean for Academic Affairs with help from the Senior Associate Dean for Veterinary Education. Around the 10th week of the semester, the Associate Dean will schedule meetings with all first semester faculty, all second semester faculty, and so on through the sixth semester of the curriculum. Faculty who teach in multiple semesters may be asked to attend more than one meeting. In each of these six meetings, the professional conduct of students in the respective semesters will be carefully considered. Given the potential overlap between conduct and depth of learning, students' academic performance may be discussed as well. Over the course of the meetings, faculty will make recommendations to the Associate Dean for Academic Affairs about possible actions to be taken.

- Possible actions may include, but are not limited to the following: (a) a written acknowledgement of exemplary professional conduct, (b) an oral reprimand, (c) a written warning, which may appear in the academic file of the student and which may include requirements for the student to complete in order to continue his/her education with RUSVM (e.g., psychological evaluation, counseling, rehabilitation), or (d) dismissal from RUSVM, which dismissal shall be reflected in the student's permanent academic file.

- Students who have not conducted themselves in an exemplary fashion or those who have not met the RUSVM Professional Standards will be scheduled to meet with the Associate Dean for Academic Affairs as soon as possible. In the meeting, the praise or concerns of the faculty will be delivered and an appropriate action taken.

- If the recommendation of the faculty is dismissal from the program, and the Associate Dean for Academic Affairs and the Senior Associate Dean for Veterinary Education determine that dismissal is warranted, the student will be notified of this decision and scheduled to meet with the Dean. The Dean will make the final determination. There will be no opportunity for appeal.

## 1.7    ACCOMMODATIONS OF STUDENTS WITH DISABILITIES

As part of its dedication to making educational opportunities available to a diverse range of students, RUSVM is committed to ensuring that qualified students with disabilities are afforded reasonable accommodations.

Requests for accommodation should be made to the campus Accommodations Coordinator. For recently admitted students, requests for accommodation should be submitted within thirty (30) days of acceptance. When the need for an accommodation arises after a student has commenced pre-clinical studies at RUSVM, wherever possible the request should be submitted at least thirty (30) days prior to the start of the semester in which the student is seeking an accommodation. Requests submitted during the course of a pre-clinical semester must be submitted as soon as practicable under the circumstances and RUSVM will make all reasonable efforts to review such requests in a timely manner but cannot ensure the disposition of any such requests prior to any specific examination or phase of the curriculum. It is the responsibility of the student seeking an accommodation to submit a timely request with sufficient supporting documentation. Requests that are not submitted in a timely manner or requests accompanied by incomplete supporting documentation may impede RUSVM's ability to process those requests. The Accommodations Coordinator is available to assist students with this process and may be contacted as follows:

For information or assistance with accommodation matters, contact:
Dr. Janet Camp
Director of the Counseling Center/Accommodations Coordinator
jcamp@rossvet.edu.kn
(869) 465-4161 ext. 1500

RUSVM keeps all accommodation requests confidential except to the extent necessary to consider the request and implement any approved accommodations. RUSVM reviews requests to determine whether they are supported by adequate and appropriate documentation and will facilitate each request through the Accommodations Coordinator which, after careful review and if necessary consultation with appropriate professionals, will make a recommendation to the Dean. The decision of the Dean will be communicated to the student.

All accommodations will be reasonable and appropriate to the circumstances, allowing equal opportunity for students with disabilities, and will not infringe on the essential requirements of, or fundamentally alter, the medical education program of RUSVM.

If a student with a disability requires an accommodation during the clinical phase of the curriculum, it is the student's responsibility to seek that accommodation directly from the affiliated institution(s) in which the clinical training is undertaken. RUSVM has no control over the disability accommodation policies and processes of the clinical training institutions. Although RUSVM may have granted a student's request for reasonable accommodations during the pre-clinical phase of the curriculum, it can give no assurances that the clinical training institution can or will provide a reasonable accommodation in the clinical setting. A RUSVM student seeking an accommodation from a clinical training institution is responsible for making a

12

timely request, with sufficient supporting documentation, to that institution. The Accommodations Coordinator is available to assist RUSVM students with the accommodations processes of the clinical training institutions but RUSVM has no role in any clinical training institution's determinations with respect to any such requests for accommodations. It is the responsibility of the student seeking an accommodation to submit a timely request with sufficient supporting documentation to the clinical institution; failure to do so may jeopardize the clinical institution's ability to timely meet the request.

RUSVM makes no guarantee that facilities outside of its campuses, including but not limited to housing and other establishments, will provide accommodations for individuals with disabilities.

## 1.8    MENTAL HEALTH

The mental and emotional stability of students is a primary concern of RUSVM. If RUSVM has reason to believe that a student is suffering from serious mental or emotional distress, or if a student has attempted or threatened to harm him/herself or others, the student will be encouraged to take a medical leave of absence in order to receive appropriate treatment. The student will be allowed to return to campus after RUSVM has received medical/psychological documentation that the student has satisfactorily participated in all recommended treatments, assesses that the student no longer poses a risk of harm to self or others, states that the student is capable of engaging fully in the academic program, and supports without reservation the student's return to campus.

The RUSVM clinical psychologist is available to provide support and assistance to RUSVM students in maximizing their success while at RUSVM. Counseling is confidential and services include individual and group counseling for personal as well as academic concerns. Office hours are from 8:00 a.m. to 4:00 p.m. Monday through Friday.

- Certain psychotropic medications may not be available in St. Kitts or available by shipment to the island. Furthermore, physicians may be reluctant to provide more than a few months' supply of these medications. The expectation is that the student will have a workable plan by which they can maintain an appropriate supply of their medications prior to beginning the DVM program. An insufficient supply of medications will not be considered an excuse for inappropriate behavior or inadequate performance. All requests for accommodations in connection with any such conditions will be considered on a case-by-case basis.

## 1.9    INFORMATION TECHNOLOGY POLICIES

### NETWORK AND RESPONSIBLE COMPUTING POLICY

University-provided technology resources – including, but not limited to, computers (e.g., desktop and portable computers, servers, networks, printers, software, and data storage media), email, and Internet use (collectively, technology resources), are available for exclusive use of authorized, registered students, faculty, and staff ("users"). To better serve the needs of users and emulate a corporate computing environment, the following policies are enforced by the Help Desk and Information Technology ("IT") staff. Users must familiarize themselves with and abide by the following policies:

13

### A.    Network and Workstation Security is Strictly Enforced

Users have no expectation of privacy in connection with use of the University's technology resources, including creation, entry, receipt, storage, access, viewing, or transmission of data. The University, through the IT staff, may search, monitor, inspect, intercept, review, and/or access all data created, entered, received, stored, accessed, viewed, or transmitted on or through the University's technology resources, or other University-provided technology to maintain system integrity and insure users are using the system responsibly.

The IT staff may also implement workstation management software, allowing them to monitor for or prevent users from attempting to change settings or circumvent workstation security.

Users may not attempt to alter workstation settings including, but not limited to, network configuration, Windows® registry, virus checker settings, or any other setting that might compromise security or performance of the University computer system. The IT staff may implement workstation security software to monitor for, and/or prevent users from making, inappropriate changes to their workstations.

Any attempt by a user to breach workstation or network security, or to tamper with University technology resources, will result in loss of computer access. Downloading material relating to hacking or malicious code creation will be considered an attempt to breach network security.

Further disciplinary action may be pursued as described below in Section E.

### B.    Guidelines for use of the University's technology resources

1)    The privacy of other users must be respected.

2)    Users are instructed to keep their login and password information confidential.  Users are responsible for all activities conducted under their user login and password, whether intentional or unintentional, on the University's technology resources.  If a student suspects that someone has gained unauthorized access to his/her user login and password or otherwise accessed his/her account in an unauthorized manner, the student should inform IT staff immediately.

3)    Students will not use the University's technology resources to intentionally or unintentionally violate any local, state, federal, or international civil or criminal law. This includes, but is not limited to:

- Making statements or transmitting data that is threatening, malicious, tortuous, defamatory, libelous, vulgar, obscene, or invasive of another's privacy.
- Violating copyright, trademark, patent or any other intellectual property laws. This would include transmitting, posting, or copying another user's work without express consent of the intellectual property owner.

- Running or participating in lotteries, raffles, betting, gambling for anything of value, and participating or facilitating in the distribution of unlawful materials.
- To gain unauthorized access to other computers or databases not in the public domain.
- Users of the University's technology resources should abide by the same principles of fairness, decency, and respect that would be expected in any other school or business environment.
- Users are forbidden from using the University's technology resources in any way that may be reasonably construed to violate the University's policies, including its no-harassment policies. This prohibition includes, but is not limited to, sexually explicit or offensive images, messages, cartoons, jokes, ethnic or religious slurs, racial epithets, and using abusive and offensive language.
- Computer technology resources may not be used to transmit junk mail, SPAM, pyramid schemes of any kind, or chain letters.
- Users must minimize the possibility of transmitting viruses or programs harmful to another user's data or equipment by using an appropriate virus checker.
- Users may not install, store, or download software programs or hardware on University computers. Any unauthorized software or hardware modifications will be removed.
- Off-campus websites and email accounts created or accessed over the University computer network are subject to these policies and regulations.

**C.      User accounts are available for academic purposes only**

All technology resources are intended for educational use and may not be used for commercial or other unauthorized purposes. Use of University technology resources – including computers, network facilities, application software, network disk space, and the Internet – are available for the purpose of coursework and support only. Communication using technology resources is available for users only.

Students are issued an account when they appear on the official class roster. All accounts are for the exclusive use of the person to which they are assigned and may not be "loaned" to anyone. Other types of accounts may be applied for by completing an Account Request form at the Help Desk. A Help Desk assistant will check the user's ID and sign the form indicating the ID was confirmed. All users are given their own space on the network hard drive for storing course-related material and assignments. They may also receive access to specific software packages based on the judgment of the network administrator.

All passwords expire every 90 days. The University reserves the right to withdraw access to facilities or the network from **any** user and all rights to **any** material stored in files and will remove **any** harmful, unlawful, abusive, or objectionable material.

15

The University does not guarantee functioning of the system will be error-free or uninterrupted. In addition, students are responsible for backing up all their electronic files. The University is not responsible for student files.

**D.     Food and beverages are not permitted in labs**

Food particles and liquids easily damage computer equipment, making systems unavailable and raising costs to users. For example, soda and coffee damage the printed electrical traces of a keyboard on contact, and food crumbs clog mice and keyboards. Therefore, food and beverages are prohibited in computer labs.

Please keep the following in mind:

- Drinking is allowed in all classrooms (except those noted below) provided the drink is in a closed-lid container.  No open cups, glasses, or soda cans allowed.  Plastic bottles are permitted.

- Small snacks are allowed in the following areas: classrooms I, II, III, IV, and the auditoriums. Full meals from on-campus food vendors and other establishments are not permitted.  Students should be respectful of those around them and not bring foods with strong odors into the classroom.

- In the LRC, 24 hour reading room, and in the library, only bottled water in a closed "sip top" clear plastic water bottle is allowed.

- No eating is allowed in the library, LRC, biohazard areas (anatomy/necropsy laboratory, clinics, surgery, multipurpose laboratory, diagnostic and research laboratory), or the 24 hour reading room.

- No drinking is allowed in the following areas: anatomy/necropsy laboratory, clinics, surgery, multipurpose laboratory, diagnostic and research laboratory.

- It is incumbent upon each student to clean up after him/herself and not leave any trash behind.

**E.     Violations of these policies may result in accounts being disabled and further disciplinary action deemed appropriate**

Access to and use of the University's technology resources is a privilege, not a right.  Users who do not comply with these policies are subject to denial of access to University technology resources and to disciplinary action. The University may amend, revise, or depart from this policy at any time, without prior notice.

Users who have their accounts disabled should contact the Help Desk to find out who to contact to regain computer access. Minor violations may be resolved by the IT staff.

Major violations will be referred to the Student Services Office for further action under the *Student Handbook*, as described below. (Other portions of the *Student Handbook* may also apply, depending on the nature of the violation.)

**F.    Unauthorized Distribution of Copyrighted Materials**

The University strives to provide access to varied materials, services, and equipment for students, faculty, and staff and does not knowingly condone policies or practices that constitute an infringement of federal copyright law. Transmitting or downloading any material that you do not have the right to make available and that infringes any patent, trademark, trade secret, copyright or other proprietary rights of any party is prohibited. Installing or distributing pirated or unlicensed software is also forbidden. Violation of these requirements may subject students to *Student Handbook* violations, civil, and criminal liabilities. Students who violate federal copyright law do so at their own risk.

Copyright status is applied to a work as soon as it is created. Users should assume that all writings and images are copyrighted.

The University maintains a campus network to support and enhance the academic and administrative needs of our students, faculty, and staff. The University is required by federal law to make an annual disclosure informing students that illegal distribution of copyrighted materials may lead to civil and/or criminal penalties. The University takes steps to detect and punish users who illegally distribute copyrighted materials. The University reserves the right to suspend or terminate network access to any campus user that violates this policy and network access may be suspended if any use is impacting the operations of the network. Violations may be reported to appropriate authorities for criminal or civil prosecution. The existence and imposition of sanctions does not protect members of the campus community from any legal action by external entities.

**G.    Social Media Communications – Best practices**

With the rise of new media and next-generation communications tools, the way in which the University communicates internally and externally continues to evolve. While this creates new opportunities for communications and collaboration, it also creates new responsibilities for everyone. The University recognizes its population is very diverse and that students, staff, and faculty may work or take classes in different locations. Staying connected with one's peers can be beneficial both academically and socially, and greatly contribute to student success. That connection may be in person, by email, phone, or instant messaging, or through social networks on the Internet that include but are not limited to Facebook and MySpace.

The University's intent of having a presence in the social media sphere is to facilitate connections between its audiences that participate in relational communication and to enable rapid response messaging in these emerging platforms; however, as this is a new platform for the University, it must ensure that all postings and usage adhere to University policies and, approved content protects the integrity of the University, and maintains the trust of its key constituents. As such, the University retains the sole right to approve and publish

all web pages containing information about its educational programs, services, activities on its behalf, student body, recognized student organizations, and body of alumni.

**H.      Student Club/Group Web Pages**

Student groups or individual student web pages on any social media platform, such as MySpace, YouTube, Facebook, forums, or blogs are not under the University's control. Therefore, they may not be used to promote, voice an opinion of, or recruit for the University in any way. Students must adhere to the *Student Handbook* when they engage in social media and mention the University. What applies as appropriate conduct on-campus or during the clinical year (within the entire veterinary curriculum) or in online course shells also applies to conduct on social media platforms.

The University's intellectual property, including its trademarks, copyrights, logos, and brands, is the exclusive property of the University. It is not to appear on individual or student group web pages or be used by individuals to promote themselves or their ideas and activities without prior written approval.

Student groups that utilize any the University intellectual property on their social media pages without prior written approval will be required to remove them immediately.

**I.      Your Responsibilities**

It is important that all students understand their responsibilities when using social media. Please remember that you can have no reasonable expectation of privacy in material that you choose to place online or enter or send through resources provided by the University. Recognize that you are responsible for anything you write or present online, and you may be subject to legal or *Student Handbook* proceedings by the University and/or others (i.e., other students, employees, and third parties) based on what you write or present online.

Responsible behavior is expected of all University students when they participate in or partake of social media or blogging. Students' communications, regardless of format, must abide by the *Student Handbook*. It is not the goal of the University to actively monitor all student communications; however, should the University become aware of inappropriate behavior that may violate the *Student Handbook*, the behavior may be investigated and addressed per the University's disciplinary procedures outlined in the *Student Handbook*. Such behavior includes, but is not limited to, posting or communication of content that is obscene, defamatory, threatening, infringing of intellectual property rights, or otherwise illegal, inappropriate, or injurious. Please be advised that usage of any electronic piece of equipment (laptops, tablets, smart phones, etc.) in the classroom other than for class related use is prohibited. A student found in violation of this may be subject to disciplinary action.

18

1)    First Violation

- The first time a report of distributing or downloading copyrighted files is received, the person who was using the computer at the given time is notified by the IT Department or its designee of the violation via an email sent to their campus email address. The user must respond within two business days.

- If the user does not respond within two business days, network access is suspended (the user's network connection is disabled) immediately and until the situation is resolved. Email and other accounts are not disabled. The user is required to submit a signed certification that states that the user understands copyright issues and the ramifications of a subsequent offense or to demonstrate that the notification was unwarranted. Network access will be restored no sooner than two business days after receipt of the certification page. The IT Department or its designee will send notifications via email of violations to the appropriate vice president, dean, supervisor, sponsor and/or other appropriate personnel. Users who receive notifications of copyright violations are strongly encouraged to review the educational materials located at the campus website: www.rossu.edu.

- If the user feels the warning is erroneous, he/she must show evidence to the IT Department or its designee that the file(s) was used legally or was not copyrighted. Notifications of all violations will be maintained by the IT Department. If any notification is shown to be unwarranted, no record of the violation notification is retained.

2)    Second Violation

- If a second notification of violation is received, network access shall be suspended immediately. The user is again informed of the violation by email from the IT Department or its designee. Network access is not restored, if at all, until the case is ruled on or reviewed and decided by the Associate Dean for Academic Affairs (or designee). The Associate Dean for Academic Affairs (or designee) can impose whatever sanctions, including termination of network access, probation, suspension, or expulsion as deemed appropriate.

The existence and imposition of sanctions does not protect members of the campus community from any legal action by external entities.

### J.      Alternatives to Illegal Downloading

Illegal downloads hurt artists and deter the incentive to create. U.S. laws protect the rights of individuals regarding their own works. Below are lists of sites that offer free or inexpensive products that you can use without violating copyright law.

1)      **Free and Legal**

**Clipart:**
http://www.coolarchive.com/
http://www.mediabuilder.com/
http://www.barrysclipart.com/
http://www.aaaclipart.com/
http://www.gifart.com/
http://www.allfree-clipart.com/
http://www.cksinfo.com/
http://www.freegraphics.com/
http://www.iband.com/
http://www.clipartconnection.com
http://www.free-graphics.com/
http://www.clipsahoy.com/

**Fonts:**
http://www.blambot.com
http://www.fonts.com
http://www.fontshop.com/index.cfm
http://free.fonts.freeservers.com/
http://www.larabiefonts.com/
http://www.fontfreak.com
http://www.acidfonts.com/
http://www.007fonts.com/
http://www.fontfile.com/
http://www.fontsnthings.com/
http://www.abstractfonts.com/fonts/
http://www.fontparadise.com/
http://fonts.tom7.com/
http://www.fontgarden.com/

**Photos:**
http://www.freefoto.com/
http://www.istockphoto.com/
http://www.photospin.com
http://www.sxc.hu
http://www.imageafter.com/

**Music:**
http://music.download.com/
http://www.epitonic.com/
http://www.betterpropaganda.com/

**Radio Stations:**
http://www.accuradio.com/

2) **Not Free, But Legal**

**Movies:**
http://www.movielink.com/
http://www.cinemanow.com/
http://www.movieflix.com/

**Music:**
http://www.iTunes.com/
http://www.MusicMatch.com/
http://www.rhapsody.com/
http://www.napster.com/
http://music.msn.com/
http://music.yahoo.com/unlimited/
http://www.connect.com/
http://www.buymusic.com/
http://www.emusic.com/

# 2 ACADEMIC INFORMATION

## 2.1 THE CURRICULUM

The degree of *Doctor of Veterinary Medicine* is awarded upon successful completion of the pre-clinical curriculum and the clinical curriculum.

The pre-clinical curriculum consists of 131 semester credit hours of specific courses in the basic sciences as stated in the catalog or as revised from time to time.

The clinical curriculum consists of three semesters of clinical studies at an AVMA-accredited school of veterinary medicine in the United States affiliated with RUSVM. It is the student's responsibility to meet the criteria required by that school for entering into its program. The individual schools decide whether or not to accept students recommended by RUSVM. Acceptance criteria vary from school to school and are subject to change at any time.

## 2.2 ATTENDANCE

Individual instructors will determine the consequences for absenteeism, which will be described, in writing, at the beginning of each course.

RUSVM is non-sectarian and does not close for the religious holidays of any specific denomination or group. Students who miss classes or laboratories for any reason will be responsible for the content of all missed course work. Examinations that are scheduled to occur on religious holidays will not be rescheduled.

Attending examinations and other required exercises (as specified in the course syllabus at the beginning of a course) is mandatory, except for the following:

1) Attendance at the annual SCAVMA Symposium, AVMA Student Legislative Fly In, or required SCAVMA or NAVC delegate activities (requires submitting a *Request to be Absent Form*, available in the Administrative Building, at least six weeks in advance).

2) Attendance at a national event, such as the Veterinary Leadership Experience (VLE), for which a student has been selected to represent the University.

3) When a student is the presenting author of a RUSVM faculty-mentored project at a scientific meeting (requires submitting a *Request to be Absent Form*).

4) A medical or family emergency requires notification and approval of the Associate Dean for Academic Affairs. Students with emergencies should call the Associate Dean for Academic Affairs, Dr. Guy St. Jean at 465-4161 ext. 1112, or the Assistant Dean for Student Life as soon as possible; preferably well before the onset of classes. The Associate Dean for Academic Affairs will decide whether the situation warrants a preliminary excused absence. The phoned request for an excused absence must be followed by written documentation, such as a death certificate or a medical report, immediately upon the student's return to campus. If it is a medical report it must contain specific information regarding the student's illness and medical treatment. The excused absence will ultimately be granted only if the Associate Dean for Academic Affairs is satisfied with the submitted documentation.

5) Military or legal obligations, such as subpoena or jury duty (require notification of the Associate Dean for Academic Affairs in advance).

The RUSVM Attendance Committee will consider petitions for excused absences that are not addressed by the above exceptions. The Attendance Committee is comprised of the Associate Dean for Academic Affairs and two members of the teaching faculty. Every three years, students will nominate three faculty members, and the RUSVM faculty will nominate three faculty members. From this list of nominees, the Dean will appoint one student-nominated and one faculty-nominated person to serve with the Associate Dean for Academic Affairs as the Attendance Committee. In addition, the Dean will select one student-nominated and one faculty-nominated person to serve as alternates. The alternates will participate in the event a committee member is not available to evaluate a petition.

Petitions for permission to miss or reschedule an exam or required exercise on the basis of extraordinary personal circumstances (those that are not included in the five exceptions listed above) are considered by the Attendance Committee. The petitioning process begins by submitting a *Request to be Absent Form*. These forms are available in the Administration Office. If possible, the Request form must be submitted 4 weeks in advance of the personal circumstance.

In general, meetings not covered above by items 1, 2, or 3 will not be considered as extraordinary personal circumstances. Students may wish to petition the Attendance Committee to attend educational activities, such as the Opportunities in Equine Practice program or the African wildlife experiences. Since most important family events and extracurricular activities can be scheduled well in advance, as a rule these activities will

also not be considered as extraordinary personal circumstances. The majority decision of the three-member Attendance Committee is final.

An unexcused absence from an examination or specified group exercise will result in the student being subject to not being allowed to take the examination or repeat the exercise (unless an excuse has been granted by the Associate Dean for Academic Affairs). The student will lose a letter grade from the final course grade or receive a zero for the exercise depending upon the decision of the course director. If an exercise is required to pass a course, an unexcused absence will result in failure of the course.

**2.3** **STUDENT SURVEY FOR OUTCOME ASSESSMENT**

RUSVM students are expected to complete evaluations and respond to surveys. All veterinary schools/colleges accredited by the AVMA Council on Education must conduct thorough and periodic evaluations of their programs**.** Collecting and evaluating survey data is a part of RUSVM's commitment to continually improve the quality of the educational program and student services. It is the student's (semesters 1-10) professional responsibility to provide truthful assessment and feedback. The information is used to guide the faculty and RUSVM leadership in meeting the University's mission. The survey instruments and frequency of assessment are developed by the faculty and/or RUSVM leadership team and are approved by the Dean.

**2.4** **ACADEMIC SUPPORT FOR STUDENTS**

**2.4.1** Teaching Assistants: RUSVM provides academic support in the way of teaching assistants for selected classes. The intent is to provide assistance to all students in those classes. RUSVM will pay a stipend at the end of each semester to teaching assistants who have been engaged by written contract.

Students with a cumulative grade point average of 3.0 or higher and a grade of B or higher in the course they wish to assist are eligible for teaching assistant nomination. Teaching assistants should be able to deliver information using a variety of methods in large or small groups and in classroom and laboratory settings. Although teaching assistants make every effort to be of assistance to students during the scheduled sessions, students are ultimately responsible for the material as presented by the professor.

**2.4.2** Tutoring: Students who want individual assistance beyond what is available through the RUSVM teaching assistant program may acquire tutors at their own expense. A list of eligible tutors is available from the Administration Office. Students with a cumulative grade point average of 3.0 or higher are eligible to have their names listed on the RUSVM tutor list. Applications are available in the Administration Office.

**2.5** **EXAMINATION POLICY**

**2.5.1** Each course instructor determines the format of quizzes, examinations, and assignments.

23

**2.5.2**   All courses included in the calculation of a grade point average have a final examination.  That examination may cover material not covered on any prior examination, but it also has a significant cumulative component covering the entire semester's material.

**2.5.3**   All examinations are proctored and are given on RUSVM premises. Class sizes of 60 or more students may have two or more proctors present. The Associate Dean for Academic Affairs or the Dean may permit examination of a student in a different location, such as a hospital room, in an extreme case.

**2.5.4**   Students are not permitted to enter any examination more than 20 minutes after the examination begins.  Students are not permitted to leave before 20 minutes after the onset of the examination unless all students are present.

**2.5.5**   Students leaving the room during an examination for any reason are not allowed to return.

**2.5.6**   No questions are allowed during examinations, except in those cases where identification of a structure (e.g., by pin placement at a station in an anatomy lab exam, pointer placement on a projected image or microscope slide in histology, pathology, etc.) requires clarification.

**2.5.7**   All semester progress examinations, except laboratory examinations, begin 10 minutes before the first class for that semester and end sharply 10 minutes before the next class. No additional time is allowed between classes.

**2.5.8**   Progress examinations, including midterms, are given according to the examination schedule, which is posted at the beginning of the semester.  Changes are made **only** upon written approval of the Associate Dean for Academic Affairs.

**2.5.9**   No examinations are given the last week of scheduled classes (Week 14) except for final examinations of one credit courses and laboratory examinations.

**2.5.10**   Final examinations for all courses with three or more credit hours are given during the finals week (Week 15).  It may cover new material, but it must have a significant cumulative (entire semester's material) component.  These exams may last up to three hours.

**2.5.11**   Final course grades are available to students three days after the end of the semester.

**2.5.12**   Students missing examinations receive a grade of "F" unless the Associate Dean for Academic Affairs has excused the absence in writing.  The Associate Dean for Academic Affairs may consider serious illness, non-elective hospitalization, and death in the immediate family as valid reasons for an absence.  A request for an excused absence from an examination must be submitted in writing to the Associate Dean for Academic Affairs immediately upon return to campus, along with documentation such as a death certificate or a medical report.  If it is a medical report, it must contain specific information regarding the student's illness and medical treatment.  The documentation must be provided within 24

24

hours of the course examination time or onset of symptoms. If a student is going to miss an examination, they need to attempt to contact the Associate Dean for Academic Affairs prior to the start of the exam. An excused absence from an examination will be granted only if the Associate Dean for Academic Affairs is satisfied with the documentation submitted.

**2.5.13** Make-up examinations for excused absences are different from the regular examinations and are not given before the regularly scheduled examination. Progress make-up examinations are given within one week after students return from their leave. As feasible, the exams should be given in the order in which they were originally scheduled. Make-up final examinations are typically given by the end of the last week of the semester break or, if approved by the Associate Dean for Academic Affairs, no later than the first week of the following semester. A student with an excused absence who misses a final exam will not be allowed to take any other subsequently scheduled exam during final exam week (Week 15). The Office of Associate Dean for Academic Affairs will send a schedule with the date and time for the make-up final examination(s) prior to the scheduled make-up exams. Each course instructor determines the format and content of a make-up examination.

**2.5.14** Credit will NOT be given for blanks not filled in by students on the scantron sheets at any time after they are handed in, no matter what answers are marked on the examination paper.

**2.5.15** Unless approved by the instructor, the following items are not permitted at the seating area while taking an exam:

- Personal Digital Assistants (e.g. Palm Pilots)
- Calculators
- Watches with alarms, computer, or memory capability
- Paging devices
- Cellular telephones
- Recording devices
- Filming devices
- Head phones
- Radios
- Reference materials (books, notes, papers, etc.)
- Backpacks, briefcases, brimmed hats or sun glasses

**2.5.16** Once the allotted time for an exam is complete, students are not permitted to answer any further questions. Students are responsible for their own time management during an exam. If a student fails to complete the exam on time, they will be graded only on the answers completed at that time.

**2.5.17** For examinations held in the LRC/Examination Center, students will be assigned a seat for each examination. These assignments are on a per exam basis and a new seat will be assigned for each exam. Students who fail to sit in their assigned seat may fail their exam.

**2.5.18** Students are required to be courteous to Examination Center personnel. Rudeness, and/or verbal abuse may result in disciplinary action.

**2.5.19** The Learning Resource Center is a dedicated quiet area. Students are required to be quiet at all times inside and outside of The Learning Resource Center while waiting to enter for an exam, when they are in the exam center both before and during exams unless given explicit permission otherwise, and when they are leaving the exam center.

**2.6     AUDITING CLASSES**

Any student repeating a semester but not enrolled in a particular course may audit lectures, within their semester, on a space available basis, in accordance with the following rules:

1) Students wishing to audit lectures must obtain the course coordinator's consent.
2) Laboratory sessions and other non-didactic teaching sessions (small group work, clinical rotations, etc.) may not be audited.
3) All students must abide by appropriate classroom behavior, as described in Section 11 and course syllabus.
4) Students may only attend core courses within their repeating semester.
5) If limited space is available, priority of seating will be given to regularly enrolled students.
6) Auditing students may not participate in Turning Point™ clicker questions, quizzes, or examinations for the course.
7) In case of conflicts, regularly enrolled students will have priority for instructor office hours and/or TA sessions, related to the specific course.

The disregard of these guidelines may result in withdrawal of permission to audit a course by the Associate Dean for Academic Affairs.

**2.7     ELECTIVE POLICY**

**2.7.1** All elective courses are graded as Satisfactory (S) or Unsatisfactory (U). A grade of "S" or "U" will appear on the student's transcript but will not be calculated in the GPA. A student who receives an unsatisfactory grade will not be required to repeat the elective course or the semester.

**2.7.2** If a student withdraws from an elective course, nothing will appear on their transcript.

# 3     <u>GRADING SYSTEM</u>

Numerical scores are rounded to the nearest whole number and are recorded by the Registrar as letter grades as follows:

|     |     |            |               |
| --- | --- | ---------- | ------------- |
| A   | =   | Excellent  | 90% or higher |
| B+  | =   | Very good  | 87 - 89%      |
| B   | =   | Good       | 80 - 86%      |
| C+  | =   | Average    | 77 - 79%      |
| C   | =   | Passing    | 70 - 76%      |
| F   | =   | Failing    | Below 70%     |

The Registrar records the following letter grades for courses that have not been completed:

I = Incomplete
R = Repeated in subsequent semester after leave of absence
WP = Withdrawal Passing
WF = Withdrawal Failing
W = Withdrawal Prior to Examination

## 3.1 GRADE POINT AVERAGE CALCULATION

The grade point average is calculated by multiplying the following value for each letter grade by the number of credit hours for that course:

A = 4.0
B+ = 3.5
B = 3.0
C+ = 2.5
C = 2.0
F = 0.0

The grade point average includes both the original grade and the new grade in a repeated course.

The grade point average does not include grades in pass-fail courses or grades of "I," "W," "WP" or "WF."

The grade point average is used to determine academic promotion and probation.

## 3.2 GRADING POLICY

**3.2.1** At the beginning of each course, faculty members give students, in writing, a brief summary of how grades for the course are determined, detailing the weight assigned to each quiz, examination, or assignment. Once this information has been distributed, the faculty is not permitted to alter the requirements of the course or the manner in which grades are determined without express written permission of the Associate Dean for Academic Affairs or Dean.

**3.2.2** Grading is based upon performance on the required course work. Individual extra work assignments to boost grades are not permitted.

**3.2.3** Grade corrections for progress exams, as a result of numerical or technical error, **must be** made within five class days of taking the exam. Grade corrections that involve throwing out questions should be made such that no student is penalized (i.e., all students are equally rewarded).

**3.2.4** Faculty members have the responsibility to provide RUSVM with a timely individual evaluation of the work of each student in their classes. The results of progress examinations during the semester are made available to students within seven days.

**3.2.5**  Final course grades are submitted to the Associate Dean for Academic Affairs or the Campus Registrar within 36 hours after a final examination in the course is given.  Final course grades are approved by the Associate Dean for Academic Affairs and made available to students no later than three days after the end of the semester.

**3.2.6**  Students are evaluated on the basis of the following criteria:

- Classroom and laboratory examinations
- Completion of assignments
- Class and laboratory attendance
- Academic and professional honesty
- Humane treatment of animals
- Professionalism and the ability to effectively work with others in a team environment.

**3.2.7**  Faculty members provide the Campus Registrar with a numerical and letter grade for each student in their classes based on the above criteria.

**3.2.8**  Academic and professional honesty and the humane treatment of animals are considered in the evaluation for grades.  Questionable conduct in these areas may be referred to the appropriate committees for disciplinary action.

**3.2.9**  Students with a Grade Point Average of 4.0 will be named on the President's List, and students with a Grade Point Average of 3.5 or higher will be named on the Dean's List.

**3.2.10**  Introduction to Clinic is an example of a course that is pass-fail where students receive a final grade of Pass ("P" for scores of 70% or higher) or Fail ("F" for scores below 70%) for these courses.

**3.2.11**  At the end of each semester, the scholastic record of each student is reviewed and as a result, the student is promoted, placed on academic warning or probation, or dismissed.

**3.2.12**  For students at affiliated clinical sites:  RUSVM contracts with AVMA accredited schools and colleges in the U.S. to provide the final year of clinical training and performance evaluation of students. RUSVM students matriculate through the clinical program with students from the affiliate colleges, and are subject to the academic standards of the host institution. During the clinical year, students remain enrolled in, and graduate from, RUSVM. At the end of the clinical year, the affiliate university submits an evaluation form completed by the veterinary faculty from the clinical training site. RUSVM assigns grades to the students based on the recommendations of the affiliate university. Students making unsatisfactory academic progress at an affiliate university are subject to termination at the host institution and subsequent dismissal from RUSVM. Clinical students are subject to the academic rules and regulations at the host institution including any right to appeal using that program's appeals process.

28

Clinical students making unsatisfactory academic progress in an affiliated program are not relocated or transferred to an alternate clinical site.

### 3.3    GRADE APPEAL

The purpose of a grade appeal is to correct an error in the final grade for a course.

#### 3.3.1    Reasons for an Appeal

An appeal will not result in the change of a grade unless the student submits convincing evidence that one or more of these reasons exist:

- The faculty member has substantially varied from the process of calculating the grade that is described in the course outline.

- The grade is a result of discrimination on the basis of race, color, national origin, gender, disability, or other similar improper considerations other than academic performance.

#### 3.3.2    Procedure for an Appeal

A grade appeal for a final grade must be submitted in writing to the Associate Dean for Academic Affairs by 4:00 pm on the last Thursday of the semester break. The student will be notified via email by noon on Tuesday of the first week of the semester of an appointment to meet with the Associate Dean of Academic Affairs and a Faculty Representative on Wednesday of the first week of the semester to learn the decision of their appeal.

## 4    <u>ACADEMIC STANDARDS</u>

The Academic Review Committee (ARC) is a faculty committee that implements the policies set forth in this *Student Handbook*.  All academic matters, including grading policies and academic standing of students, are within the purview of the ARC.  The ARC is advisory to the Dean.  The decision of the Dean or the designee on academic matters is final.

The Academic Review Committee consists of faculty members and its functions are to:

- maintain the level of academic performance according to the academic policies and procedures of RUSVM.
- ensure that grades submitted are determined in a fair and equitable manner.
- evaluate and make recommendations on appeals of dismissal.

### 4.1    DEFINITIONS OF ACADEMIC TERMS

#### 4.1.1    Promotion:  To advance to the next level in the student's academic program.

#### 4.1.2    Academic Probation:  A finite period (e.g. the following semester) after a student fails more than one course and has been approved through appeal to repeat,

wherein a student must improve his/her academic performance as specifically required or be subject to dismissal.

**4.1.3** Academic Warning: A finite period (e.g. the following semester) after a student fails one course wherein a student must improve his/her academic performance as specifically required or be subject to dismissal.

**4.1.4** Dismissal: The discharge of a student from RUSVM School of Veterinary Medicine.

**4.1.5** Suspension: A period during which a student will not be allowed to enroll in classes and may have special requirements to complete prior to returning to his/her academic program.

**4.1.6** Good Standing: Students maintain good standing by complying with all academic policies and procedures and remaining current in financial obligations. RUSVM reserves the right to withhold services, transcripts, grades, and certifications from students who are not in good standing.

**4.1.7** Satisfactory Academic Progress: Satisfactory academic progress represents an acceptable level of performance in meeting degree requirements within specified time periods. It is used in both academic evaluation and in determination of financial aid eligibility. It requires completion of the pre-clinical portion of the curriculum in nine semesters or less and completion of the clinical portion in the normal time allowed by the affiliated clinical school. Students who do not maintain satisfactory academic progress are subject to dismissal. Students must complete the veterinary program in no more than 15 semesters of instruction. Any students who do not complete the program within the timeframes listed will no longer be eligible to receive federal financial aid and may be withdrawn.

> **4.1.6.1** Satisfactory Academic Progress is evaluated at the conclusion of each semester. Any student receiving a grade below "C," or 2.0, is reviewed by the ARC. The committee will determine the student's academic status.

> **4.1.6.2** Students failing for the first time with one "F," or with a "WF" grade, will be notified of their academic/FA warning status and can continue their education without having to go through the appeal process.

>> • Students failing any courses in the semester immediately after the academic /FA warning will be recommended for dismissal.

> **4.1.6.3** Students receiving more than one grade of "F" or "WF" will be recommended for dismissal by the ARC.

>> • Students may submit a written request to the ARC to appeal the dismissal. The ARC will review the appeal and make a recommendation to the Dean or the designee. Upon the Dean's final determination, the student will be notified. The Dean's or the designee's decision is final.

- If approved, the student will be allowed to repeat the term immediately on academic/FA probation.

**4.1.6.4** Students must have a cumulative GPA of 2.0 by the end of the seventh semester. Students not meeting this criterion will be dismissed.

**4.1.6.5** Students must pass all courses while on warning or probation.

**4.1.6.6** No course or semester may be repeated more than once.

**4.1.6.7** Student Academic Progress Implications on Financial Aid:

- Students may receive financial aid while on academic/FA warning and academic/FA probation.
- Any student receiving academic warning/probation for two consecutive semesters will be ineligible to receive financial aid until his/her satisfactory student academic progress is regained.
- Students are expected to pass all coursework in the following semester to be removed from academic probation.
- In addition to the criteria listed above, students receiving federal aid in their first two enrolled semesters are expected to earn a 50 percent completion rate and all other students receiving federal aid are expected to achieve a 66.67 percent completion rate for their coursework throughout all semesters. This means that the completed credit hours divided by the attempted credit hours must meet or exceed 50 percent for students in their first two periods of enrollment; all others must meet or exceed 66.67 percent in order to maintaining academic progress. Students failing to meet the 66.67 percent must also submit an appeal to the University Director of Student Finance. Grades of incomplete, "W," "WP," and "WF" do not count toward this total.

# 5    <u>ACADEMIC WARNING AND PROBATION</u>

**5.1** Warning or Probationary status of students will be determined by the Associate Dean for Academic Affairs based on the student's academic performance.

**5.2** Students will be placed on academic warning for the next semester for which they are registered if they are required to repeat one course from a previous semester and/or their cumulative GPA is below the required minimum of 2.0.

**5.3** Students will be placed on academic probation for the next semester for which they are registered if they have successfully appealed a dismissal after failing two or more courses in a previous semester and/or their cumulative GPA is below the required minimum of 2.0.

**5.4** Students will be removed from academic warning or probation if, at the end of the semester on warning/probation, they pass all courses and their cumulative GPA is 2.0 or higher.

**5.5**    Students failing any courses in the semester immediately after the academic /FA warning or probation will be recommended for dismissal.

**5.6**    Academic warning and probation has important financial aid consequences, which are explained in the RUSVM publication "Financial Planning Guide" (available on our website at http://www.rossu.edu/documents/1011Financial_Planning_Guide.pdf).

**5.7**    Students must clear any academic deficiency and have a cumulative GPA of 2.0 or higher by the end of the pre-clinical curriculum or they will not advance to their clinical training.

**5.6.8**    Academic Progress Standards for Clinical Students:

**5.6.8.1** In addition to the academic/professional/ethical rules governing all RUSVM students, RUSVM students in their clinical year, are subject to the academic/behavioral/ethical rules and regulations of the affiliate school they attend. In the event that a student is not progressing successfully in the clinical curriculum at the affiliate school, the RUSVM Associate Dean for Clinical Affairs is immediately notified by the affiliate school. RUSVM students not progressing successfully are subject to termination at the host institution and subsequent dismissal from RUSVM. Upon dismissal from the host institution, dismissed RUSVM clinical students are subject to the academic rules and regulations at the host institution including any right to appeal using the affiliate school program's rules and regulations.

**5.6.8.2** Students failing a rotation will be subject to the policies and procedures of the clinical affiliate institution and their subsequent determination and recommendation will be communicated to the RUSVM Associate Dean for Clinical Affairs. The student may be allowed to repeat the rotation on academic probation. If the student is required to submit an appeal and is approved, the student may repeat the rotation(s) on probation.

The RUSVM Dean may dismiss a student from RUSVM during the clinical year if the student is not making satisfactory academic progress or breaches professional conduct or ethical standards.

**5.6.9**    Financial Aid Eligibility When Repeating Coursework

Veterinary students that fail any courses will be subject to the Student Academic Progress Policy listed above. Students who must repeat a course have the option to also retake any or all coursework from the same semester. Please be advised that students enrolled less than full-time (9 credits) will be subject to a prorated tuition schedule based on their course load. In the repeating term, students taking 9.0 credits or more are full-time for enrollment, 4.5 to 8.5 credits are considered half-time for enrollment, and students taking 1-4.0 credits are considered less than half-time for enrollment. Students attending less than half-time will not be eligible for federal financial aid. Students are encouraged to contact their student finance counselors to review their aid options when repeating any coursework

# 6    DISMISSAL

**6.1**    Students may be dismissed from the University for failure to maintain satisfactory academic progress, violation of the Code of Conduct, not meeting the Professional Standards and/or disruptive or unprofessional behavior. Dismissed students generally are not considered for readmission.

**6.2**    Events which may result in dismissal include but are not limited to:

**6.2.1**    Receiving two or more "F's" in a semester.

**6.2.2**    Receiving two "WF's" in a semester.

**6.2.3**    Receiving an "F" in a semester being repeated.

**6.2.4**    Failure to satisfy the conditions of probationary status or remaining subject to academic probation more than three semesters.

**6.2.5**    Failure to complete the pre-clinical curriculum in a maximum of nine semesters (i.e., cannot repeat more than two times), the clinical curriculum in the normal time allowed by the affiliated clinical school, or the program within 15 semesters of instruction.

**6.2.6**    Dismissal from an affiliated clinical program for academic or non-academic reasons.

# 7    APPEAL OF DISMISSAL

**7.1**    **APPEAL OF DISMISSAL OF PRE-CLINICAL STUDENTS.**

**7.1.1**    Students contesting a decision concerning dismissal in the pre-clinical program must comply with the following procedures. Students in the Veterinary Preparatory Program (Vet Prep) must pass all courses in order to be accepted into the RUSVM pre-clinical program. There is not an appeal process for failed courses in the Veterinary Preparatory Program.

**7.1.2**    Submit a letter of appeal (and appropriate documentation for your appeal that is acceptable to the Academic Review Committee) to the Associate Dean for Academic Affairs by 4:00 pm on  the last Thursday of the semester break of the semester in which you are appealing.  As part of your appeal letter you should include:

- How you view your level of preparation for the course prior to the start of the class.
- Any extenuating circumstances which contributed to your dismissal.
- If reinstated, what plan(s) do you have to prevent this from happening in the future?

The Academic Review Committee will review the appeal and submit its recommendation to the Dean by 12:00 noon on Wednesday of the first week of the new term.

**7.1.3**    The Dean or designee will review the appeal with the chairperson of the ARC. The student will be notified via e-mail by noon on Tuesday of the first week of the semester of an appointment to meet with the Associate Dean of Academic Affairs and a Faculty Representative on Wednesday of the first week of the semester to learn the decision of his/her appeal. The Dean may re-admit a student. The student is subject to being readmitted on Probation, which may include stipulations. Any stipulations will be outlined in writing and provided to the student. Upon receiving the notification letter, a student wishing to meet with the Dean may make an appointment for Thursday.

**7.1.4**    The Dean's or designee's decision is final. A dismissed student may not reapply for admission.

**7.2**    **APPEAL OF DISMISSAL OF CLINICAL STUDENTS.**

**7.2.1**    Students dismissed from an affiliate program must appeal the decision through the clinical institution in accordance with that institution's academic policies.

**7.2.2**    The RUSVM Dean (or the designee) will review the clinical institution's appeal decision. Upon review, the RUSVM Dean (or designee) may elect to dismiss the student from the RUSVM program. The RUSVM Dean (or designee) may re-admit a student. The student is subject to being readmitted on Probation, which may include stipulations which will be outlined in writing and provided to the student.

**7.2.3**    The RUSVM Dean's (or the designee's) decision for dismissal is final. A dismissed student may not reapply for admission.

# 8    <u>GRADUATION AND HONORS</u>

Students who have passed all pre-clinical courses, **and** who have a cumulative GPA of 2.0 or greater, and who have satisfactorily completed **and** passed all of their final year in the clinical program are eligible for the degree of Doctor of Veterinary Medicine (DVM) from RUSVM.

Honors will be conferred as follows:

- Cumulative pre-clinical GPA of 3.8 or above receives graduation with *Highest Honors.*

- Cumulative pre-clinical GPA between 3.6 and 3.79 receives graduation with *High Honors.*

- Cumulative pre-clinical GPA between 3.5 and 3.59 receives graduation with *Honors.*

Honors conferred will be noted upon the diploma and in the commencement program.

# 9     REGISTRATION AND OTHER REGISTRAR SERVICES

## 9.1     REGISTRATION OF NEW PRE-CLINICAL STUDENTS

New students must register online using the myRoss web self-service tool, which is available at www.rossu.edu/myross. In addition, students must check-in in person on the St. Kitts campus during orientation. Students must present a valid passport as identification in order to receive an official RUSVM student identification card. No unregistered student will be admitted to classes. Students arriving after orientation will not be permitted to check-in for the semester, and any financial aid disbursements received by RUSVM will be returned to the lender.

A new student's enrollment is contingent upon submission of all documentation required for admission. Any missing documentation that is specified in the offer of admission must be submitted to the RUSVM Registrar by the end of the first semester. If the documentation is not received within that time, the student will be subject to administrative withdrawal and may lose the privilege to register for a subsequent semester.

Each year DeVry, Inc. gives careful consideration to possible tuition and fees increases and alerts students of any increases prior to the September semester. At the time of registration, tuition and fees must be paid in full, unless the Director of Student Finance grants an exception based on one of the following:

- RUSVM has received documentary evidence, satisfactory to the Director of Student Finance, indicating that payment is guaranteed and that the full tuition and fees will be paid within 30 days from the beginning of the semester.

- The Director of Student Finance has authorized delayed payment pursuant to a written and signed agreement that requires payment of the full tuition and fees not later than the beginning of the fifth week of the semester. In the event that payment terms are not met, RUSVM reserves the right to annul registration, in which case the student will not receive academic credit for that semester.

### 9.1.1 Course Add/Drop Policy for Repeating Students

**9.1.1.1** Students who are repeating a failed course are permitted to add a course they have previously passed from the repeating semester's curriculum until 4 pm on Friday of the first week of the semester. In order to add a course, the student must complete the Add/Drop form and obtain the appropriate signatures. The Office of the Registrar will not process any Add/Drop forms without the signature of the Financial Aid office to ensure advisement regarding the financial implications of adding a course. The Add/Drop form is available in the Office of the Campus Registrar.

**9.1.1.2** Students who are repeating a semester are permitted to drop a course they have previously passed from the repeating semester's curriculum until 4 pm on Friday of the second week of the semester. Students are not allowed to drop the failed course without withdrawing from all courses for the semester. In order to drop a course, the student must complete the Add/Drop form and obtain appropriate signatures. The Office of the Registrar will not process any Add/Drop forms without the signature of the Financial Aid Office to ensure advisement regarding the financial implications of dropping a course. The Add/Drop form is available in the Office of the Campus Registrar.

**9.2     REGISTRATION OF CONTINUING PRE-CLINICAL STUDENTS**

Continuing students must register online using the myRoss web self-service tool, which is available at www.rossu.edu/myross. Students who do not register by the prescribed deadline determined by the Office of the Registrar are subject to administrative withdrawal. In addition, students must check-in in person on the St. Kitts campus on the first day of classes for the semester. Students must present the official RUSVM student identification card to ensure proper identification. A charge of $25.00 EC is imposed for issuance of a duplicate identification card. Check-in is permitted until 4:00 p.m. on Tuesday of the first week of the semester, but students checking in after the first day of class are subject to a late fee of $100 U.S. unless the Dean or his/her designee grants an exception. Students arriving after the check-in period, which ends at 4:00 p.m. on Tuesday of the first week of the semester, will not be permitted to check-in for the semester, will be subject to administrative withdrawal, and any financial aid disbursements received by RUSVM will be returned to the lender.

**9.2.1** A student who is unable to check-in on campus during the registration period because of a personal emergency (i.e., serious illness) must notify the Campus Registrar in writing before the check-in period ends. Fax communication is acceptable, and faxes may be sent to 869-465-1203. The Dean (or designee) may grant permission to register late upon receipt of valid documentation, outlining the situation. A late fee of $100 U.S. may be charged for each day.

**9.2.2** At the time of registration and check-in, tuition and fees must be paid in full, unless the Director of Student Finance grants an exception based on one of the following:

- RUSVM has received documentary evidence, satisfactory to the Director of Student Finance, indicating that payment is guaranteed and that the full tuition and fees will be paid within 30 days from the beginning of the semester.

- The Director of Student Finance has authorized delayed payment pursuant to a written and signed agreement that requires payment of the full tuition and fees not later than the beginning of the fifth week of the semester. In the event that the payment terms are not met, RUSVM reserves the right to annul registration in which case the student will not receive academic credit for that semester.

**9.3     REGISTRATION OF CLINICAL STUDENTS**

Students in the clinical training phase of the curriculum register at the affiliated clinical school where they are assigned, and they must follow the registration requirements of that school.

**9.4     TRANSCRIPT REQUESTS**

Official transcripts are available only from the Office of the Registrar in New Jersey. Students may request a transcript online using the myRoss web self-service tool, which is available at www.rossu.edu/myross. Transcripts cannot be requested by telephone or email. Transcripts are not released until all financial obligations to RUSVM have been met and any missing administrative documents have been received.

**9.5     STUDENT LOAN DEFERMENT PROCESS**

A student who has received financial aid in the form of student loans at a previously attended school may request that the lender defer the repayment obligations while the student is attending RUSVM. Students may print an Enrollment Verification Letter through MyRoss and submit it to their lender as proof of enrollment. Please contact the Student Finance office if you have questions.

**9.6     TUITION, CREDIT AND WAIVER POLICIES**

A student who is granted a leave of absence by the Dean or his/her designee because of an emergency, will, upon returning from the leave of absence, receive credit for the portion of tuition charged during the interrupted semester toward the tuition of the repeat semester.

**9.7     TUITION REFUND POLICY FOR WITHDRAWALS**

A withdrawal occurs when a student's enrollment is permanently discontinued or interrupted without an authorized leave of absence in accordance with the policies and procedures in this *Student Handbook*. The effective date of withdrawal is normally the student's last academically related event or the date the student notifies the institution of the withdrawal.

Although a leave of absence may be authorized in limited circumstances, failure to return to school from a leave of absence on the date specified is considered a withdrawal as of the last academically related event or the determined withdraw date. Any leave of absence must be requested and approved in advance, may not exceed 180 days, and may not be granted within 12 months of a previous leave of absence. An interruption of enrollment status that does not qualify as a leave of absence is considered a withdrawal as of the last date of academically related activity.

RUSVM's tuition and refund policies in the event of withdrawal are consistent with U.S. federal student financial aid regulations and are based on the period attended:

- If a new student withdraws prior to the start of the first semester, no tuition charges are due; however, the student's acceptance deposit is not refunded.

- If a continuing student withdraws prior to the start of a semester, no tuition charges are due for that semester.

- If a student withdraws during the first 60 percent of a semester, tuition charges are directly prorated based on the portion of the semester that has elapsed. As semesters are normally 15 weeks in length, tuition is prorated for withdrawals during weeks 1 through 9.

- If a student withdraws after the first 60 percent of a semester- that is, after completing week 9- the full tuition charges remain due.

For withdrawal during the first 60 percent of a semester, student loan entitlement is recalculated, and RUSVM and the student are each proportionally responsible for returning "unearned" Stafford loan funds to lenders. In addition to the lender returns required by U.S. federal regulations, RUSVM also returns any remaining credit balance to lenders, (decreasing the student's loan debt for that semester).

## 9.8    TRANSFER STUDENTS

Students who have completed a portion of the curriculum at another approved school of veterinary medicine may apply for admission with advanced standing. Applicants should see the current *RUSVM Catalog* for details.

## 9.9    ABSENCE FROM PROGRAM

The curriculum of RUSVM is designed to be a series of integrated, consecutively scheduled learning experiences. Interruptions of the educational program are academically undesirable and are of concern to veterinary medical licensure boards. They also can affect financial aid eligibility and loan repayment status. Emergency absences are granted only under extraordinary and well-documented circumstances.

Pre-clinical students are advised to consult the Associate Dean for Academic Affairs or Dean about the academic impact of any interruption of their studies. Clinical students must contact the Associate Dean for Clinical Affairs about any interruption of their clinical year curriculum. Any student receiving student loans must also contact the Financial Aid Office. Additional information about financial consequences is provided in the Financial Aid Office's publication *Financial Planning Guide.*

The only authorized absences are the emergency absence and the academic leave of absence, as described in this *Student Handbook*.

During the clinical training year, students must also abide by the policies and procedures of the institutions they are attending.

All students returning from an authorized absence must report to the Campus Registrar or Dean and must pursue the curriculum then in effect. They are subject to all policies that are in force at that time and must pay the current tuition and fees. Similarly, students who defer their enrollment or are readmitted or reinstated after any period of absence are also subject to all policies, tuition, and fees then in effect.

### 9.9.1 EMERGENCY ABSENCES

Students may have unavoidable, non-academic reasons for interrupting their enrollment during a semester. With the approval of the Associate Dean for Academic Affairs or Assistant Dean for Student Life, a pre-clinical student may be temporarily excused from classes during a semester due to documented emergency circumstances, such as severe illness, major injury to the student, or a similar emergency or death in the student's immediate family. Clinical students need to seek the approval of the Associate Dean for Clinical Affairs for an emergency absence. An emergency absence is authorized only when a student intends to and can return within two weeks to complete all coursework for that semester.

A student who is unable to return from an emergency absence within two weeks must request an academic leave of absence (see ALOA below) for the entire remainder of the semester. Failure to request an ALOA will result in administrative withdrawal, and the student must re-apply for admission.

When an emergency absence is extended into an ALOA, course grades of "I" (Incomplete) will be recorded if the student has passing grades in all courses. If the student returns at the beginning of the following semester and repeats all interrupted coursework, the "I" grades are changed to the grades earned in the subsequent semester. If the student does not repeat the courses during the following semester, the "I" grades are changed to "WF" or "WP" grades. If the student has a failing grade in one or more courses, course grades of "WP" or "WF" will be recorded and the student must apply for readmission as outlined in Section 10. The interrupted semester is not counted when determining time limits for satisfactory academic progress when the student returns the following semester. In the case of an ALOA following an emergency absence, the student may be eligible for tuition waiver (see Section 9.6).

### 9.9.2 VACATIONS

During the clinical training program, students are subject to the vacation rules of the institution they are attending for that segment. Prior to taking a vacation the student should contact the Office of the Registrar in New Jersey to see how it impacts his/her graduation date.

### 9.9.3 ACADEMIC LEAVE OF ABSENCE (ALOA)

The pre-clinical segment is scheduled in three semesters per calendar year with short breaks between semesters. A student who needs a longer break between semesters for personal reasons may request an academic leave of absence as outlined below. An ALOA will generally be granted for only one semester, and the student must return in the following semester.

**9.9.3.1** An ALOA must be requested by submitting a completed Academic Leave of Absence form (available at www.rossu.edu/myross), stating specific reasons and an intent-to-return date, and it must be approved by the Associate Dean for Academic Affairs or the Dean and the RUSVM Registrar. An ALOA is not valid until it is fully processed and recorded

by the RUSVM Registrar and the student has received a confirmation copy. Forms may be faxed to the RUSVM Registrar at fax number 732-509-4820, and the Registrar may fax confirmations.

**9.9.3.2** During the pre-clinical program, an ALOA may begin only upon completion of a semester and may last through the following semester. The student must then return at the beginning of the next semester. The ALOA may be renewed, prior to expiration, for an additional semester, based on the circumstances of the request.

**9.9.3.3** A student who does not return from an ALOA at the specified time will be administratively withdrawn, effective at the start of the ALOA period. This may affect financial aid obligations, as described in the *Financial Planning Guide*.

**9.9.3.4** During the clinical program, an ALOA (academic and/or medical) must be requested in writing by contacting the Associate Dean for Clinical Affairs and completing an ALOA form (available at www.rossu.edu/myross), stating specific reasons and an intent-to-return date. This form must be approved by the Associate Dean for Clinical Affairs. An ALOA is not valid until it is fully processed and recorded by the RUSVM Registrar and the student has received a confirmation copy. Forms may be faxed to the RUSVM Registrar at fax number 732-509-4820, and the Registrar may fax confirmations. Additionally, the affiliate school must also grant a leave of absence from their program (under their guidelines) for the RUSVM ALOA to become official. As stated above, an ALOA for RUSVM clinical students is official only when both RUSVM and the affiliate school grant their permission.

### 9.9.4 UNAUTHORIZED LEAVES

A student who takes an unauthorized leave during a semester or a scheduled period of clinical training will be administratively withdrawn (see Section 10), in addition to receiving failing grades.

Students wishing to return to school after an unauthorized leave must apply for readmission. The past performance of these students will be reviewed by the Academic Review Committee to determine whether they can be readmitted and, if so, under what conditions, including academic standing.

## 10  WITHDRAWALS AND DEFERRALS

Students who have withdrawn, have been administratively withdrawn, or have gone on an academic leave of absence and wish to return to school must apply for readmission or reinstatement by the end of week 12 of the preceding semester in which they wish to resume their studies. Such readmission or reinstatement must be approved by the Academic Review Committee and is not guaranteed. The Academic Review Committee generally reviews the readmission applications during week 13 each semester (a grade of "WF" will be considered as a grade of "F" by the Academic Review Committee). Readmitted students will be subject to all academic policies and tuition and fees in effect

at the time of reinstatement. Students who were failing one or more courses at the time of withdrawal will be on academic probation if they are readmitted.

These students may also lose financial aid eligibility if they are still on academic probation in succeeding semesters.

Although a leave of absence may be authorized in limited circumstances, failure to return to school at the scheduled end of a leave of absence is considered a withdrawal as of the last date of academically related activity. Any leave of absence must be requested and approved in advance, may not exceed 180 days, and may not be granted within 12 months of a previous leave of absence. An interruption of enrollment status that does not qualify as a leave of absence is considered a withdrawal as of the last date of academically related activity

## 10.1    STUDENT WITHDRAWALS

Students may not withdraw from a single course during a semester, except for a previously passed course taken during a repeating semester. They must withdraw completely from the school. Pre-clinical students may begin the withdrawal process by obtaining a withdrawal form from the Registrar's Office in St. Kitts, and appropriate clearances from the Library, Financial Aid Office, and the Dean. Such students will receive "W," "WP," or "WF" on their transcripts depending on whether they were passing or failing a course at the time of their withdrawal, as described in the "Grading System" section of this *Student Handbook*. If a student intends to return, he/she must indicate the date of when he/she intends to return on the withdrawal form, and then must reapply through the Admissions Office.

Tuition refunds and financial aid returns, if any, will be determined by the last day of academically related activity.

Students who withdraw after successfully completing the semester, and who return after no more than two semesters, will be permitted to advance to the next semester. If such students return after more than two semesters, the Academic Review Committee will determine their placement in the curriculum.

RUSVM students during the clinical year may not withdraw without the consent of both the Associate Dean for Clinical Affairs and the affiliate school they are attending. The request must be made in writing with both RUSVM and the affiliate school. The request for withdrawal will be considered on an individual basis by both programs. Students will be given written permission, if obtained, from both RUSVM and the affiliate school.

## 10.2    ADMINISTRATIVE WITHDRAWALS

The University Registrar enters an administrative withdrawal in the student's record when the student does any of the following:

- fails to register online by the prescribed deadlines determined by the Office of the Registrar.

- fails to check-in on the prescribed deadlines determined by the Office of the Registrar.

- leaves school after one semester ends and does not return the following semester, without applying for and receiving an approved leave of absence.

- does not return at the time specified for the end of an approved leave of absence.

- fails to attend classes in week 1 of a semester.

- is withdrawn by the affiliated institution the student is attending (applies to Clinical students only).

- is administratively withdrawn under special circumstances by the Dean.

All students who are administratively withdrawn will be reported as withdrawn effective the last day they attended classes. The date of withdrawal must be reported to the U.S. Department of Education if these students had student financial aid loans.

**10.3    DEFERRALS**

Prior to the start of classes in the pre-clinical program, students admitted to a specific semester may request to defer their admission to a subsequent semester. This is limited to no more than the next two semesters. Those who do not begin enrollment on the deferred date are considered to have deactivated their applications and must re-apply for admission. Applications for deferrals must be made to the New Jersey Admissions Office. Students deferring to a future semester must meet all the requirements in effect for that semester.

Once a student has registered on campus, that student may ask the Dean to approve deferral of enrollment to the following semester. The request must be submitted prior to the end of Week 1 of the semester.

Unless a deferral has been requested, students who are admitted for a given semester but fail to appear on campus and register for that semester are considered to have deactivated their applications and must re-apply for admission.

Students may not defer any scheduled clinical year semester.

# 11    <u>CODE OF CONDUCT</u>

**11.1    PURPOSE**

RUSVM strongly supports the rights of each student to study and work in a quiet, respectful, and nonviolent atmosphere that is conducive to the pursuit and acquisition of knowledge. Each member of the RUSVM community is expected to assume responsibility for creating an environment conducive to fulfilling such a goal.

The Dean of RUSVM and the Dean's designee reserve the right to initiate and enforce policies and procedures intended to enhance this philosophy and which they judge necessary to preserve the educational goals and mission of RUSVM. Students and their guests are required to comply with those policies and procedures. By applying to and/or

accepting admission, enrolling and/or attending classes, or availing themselves of any RUSVM services, RUSVM students voluntarily indicate their decision to behave within the norms set forth by the University. Any person not willing to live within these norms should expect disciplinary action by the University.

**11.2    PHILOSOPHY**

RUSVM is an independent institution specializing in the training of veterinarians. RUSVM student conduct policy is based on academic and social rights and responsibilities. One of the objectives of higher education and a professional school is to help students achieve self-reliance and desirable and acceptable habits.

At RUSVM, the student's academic and social freedoms are largely unrestricted until his/her behavior begins to interfere with the freedom and rights of other individuals in the campus community. However, responsibility does not simply end where the regulations begin. It is also the student's responsibility, as a member of the RUSVM community, to work to improve the conditions for learning on the campus.

A function of RUSVM is to facilitate the learning and development of persons within the University community. This purpose carries with it the responsibility to regulate conduct and behavior so that the achievement of educational and other goals is not impeded, obstructed or threatened. Student conduct that evidences good intentions, mature considerations for reasonable and foreseeable consequences, and respect for others will support the standards of the RUSVM community.

While RUSVM is concerned with individual conduct, student organizations as groups are expected to adhere to all applicable institutional policies and procedures. Officers of organizations are responsible for assuring compliance and, if appropriate, for representation when disciplinary proceedings are initiated.

Students are reminded that they are also subject to the same local laws as are other citizens and residents of St. Kitts. RUSVM is not a sanctuary from these laws.

Some examples of acts of misconduct that are unacceptable and therefore subject to disciplinary action include, but are not limited to, the following:

**11.2.1**    Academic Misconduct:   Receipt or transmission of unauthorized aid on assignments or examinations, plagiarism, use of examination materials, or other forms of dishonesty in academic affairs. A student has an obligation to exhibit honesty in carrying out his/her academic assignments. A faculty member may consider academic misconduct in assigning a grade for an examination or assignment. A student also may be subject to a disciplinary proceeding by the academic review committee.

**11.2.2**    Accessory:  Aiding, abetting, inciting, or cooperating with another person in the commission of a violation of RUSVM regulations, policies, the Honor Code, or this Code of Conduct.

**11.2.3**    Alcohol Policy:  Unauthorized consumption of alcoholic beverages by students on campus is not permitted.

**11.2.4**    Controlled Substances/Drugs:  Possession, manufacture, sale, or distribution of illegal drugs, diversion of controlled substances, or use of controlled substances without a prescription is prohibited.

**11.2.5**   Deception, Fraud and Misuses of Documents:  Furnishing false information to RUSVM, including, but not limited to, representing oneself as another in person or in writing, knowingly supplying false or misleading information to RUSVM officials, or falsifying, tampering with, altering, forging, or misusing any RUSVM record or official document.

**11.2.6**   Failure to Comply with Requests:  Failure to follow the oral or written instructions regarding RUSVM policies by any properly identified RUSVM official whom the Dean has vested with the authority to give such instruction, or knowingly interfering with students, faculty, or staff acting in the performance of their assigned duties.

**11.2.7**   Failure to comply with judicial or administrative sanctions.

**11.2.8**   Weapons/Explosives/Fireworks - Unauthorized possession or use:  Possession, use or distribution: fireworks of any type, rifles, shotguns, pistols, air rifles, pellet guns, ammunition, slingshots, knives when threatened or used as a weapon, cutlasses, and explosives of any kind in any of the RUSVM buildings or property are not permitted.

**11.2.9**   Fire Safety:  Fire safety is of utmost importance on campus. Following are examples of misconduct subject to discipline.

   **11.2.9.1**   Recklessly, negligently, or knowingly setting any materials on fire.

   **11.2.9.2**   Causing a false fire alarm.

   **11.2.9.3**   Creating a fire hazard or endangering the safety of persons or property by improper use or possession of hazardous/flammable substances.

   **11.2.9.4**   Misuse of or tampering with fire prevention, control, or detection equipment.

**11.2.10**   Harassment and Abuse:  No person will psychologically, physically or sexually harass, coerce, intimidate, assault or recklessly endanger any other person. RUSVM does not tolerate any form of sexual assault, rape, or sexual harassment. Students are encouraged to pursue action through both the campus disciplinary system and local law enforcement agencies in such situations.

**Jurisdiction**

The RUSVM standards of conduct for students shall apply to conduct that occurs on RUSVM premises, at RUSVM sponsored activities, and to off-campus conduct that affects the RUSVM community and/or the pursuit of its objectives. The RUSVM standards of conduct for students shall also apply to conduct that occurs while the student is pursuing their studies in the clinical year. Each student is responsible for his/her conduct from the time of application for admission through the actual awarding of a degree, even though conduct may occur before classes begin or after classes end, as well as during the academic year and during periods between terms of actual enrollment. These standards shall apply to a student's conduct even if the student withdraws from

school while a disciplinary matter is pending. RUSVM has sole discretion to determine what conduct occurring off campus adversely impacts RUSVM and/or the pursuit of its objectives.

**Harassment**

Conduct by any means that is severe or pervasive (see 11.2.10), and is of such a nature that it would cause a reasonable person in the victim's position substantial emotional distress and undermine his or her ability to work, study, or participate in his or her regular life activities or participate in the activities of RUSVM or workplace is prohibited.

**Disruption**

Students' expressions may not interfere with the rights of others or disrupt RUSVM's activities. Prohibited behavior includes but is not limited to: Disruption or obstruction of teaching, research, administration, disciplinary proceedings, other RUSVM activities, including its public service functions on or off campus, or of other authorized non-University activities when the conduct occurs on RUSVM premises or affects the University community through any means including use of telephone, computer, or some other medium.

**11.2.11** Gambling:  Gambling is not permitted on Campus.

**11.2.12** Inappropriate Behavior: Students are expected to behave in a mature, responsible manner, respecting the rights and privileges of all other members of the RUSVM community.  An act on or off campus, which is morally shameful, or jeopardizes the integrity of RUSVM or the profession, or is detrimental to RUSVM or any member of the RUSVM community is prohibited.

**11.2.13** Hazing: Students are not permitted to commit the act of hazing by initiating or disciplining another person with horseplay, practical jokes, tricks, or painful or humiliating ordeals.  The members of every recognized student organization shall review this rule annually.

**11.2.14** Misuse of Property/Vandalism:  RUSVM and vendor property is to be respected and used in a responsible manner. The following behaviors are inappropriate on campus:

- Unauthorized removal, alteration, possession, or use of property.

- Unauthorized entry into or onto any property

- Damage, destruction or defacement of property.

- Unauthorized use, possession or duplication of keys.

- Motor Vehicle Use:  Students must obey traffic and parking rules on campus.

- RUSVM Property:  Students may not use the name or funds of RUSVM for parties, events, or travel off-campus unless authorized in advance by the Dean or the Dean's designee.

- Student Organizations: Students must comply with RUSVM policies concerning the registration of campus activities, student organizations, and the use of RUSVM or clinical facilities.

- Use of Technology and Intellectual Property: No student shall violate the law or RUSVM policies in the use of technology, computer or electronic resources, copyrighted works, or other intellectual property.

## 11.3   HONOR CODE

It is the student's responsibility to understand the Honor Code. Ignorance of its content does not constitute an excuse. A violation of the Honor Code is considered a violation of the Code of Conduct. Specific violations are as follows:

- Any acts of academic dishonesty pertaining to any quiz, examination or assignment.

- Giving or receiving aid during examinations or assignments. It shall be the responsibility of each student to determine whether it is permissible to obtain assistance with assigned work.

- Engaging in any facet of human medicine or surgery or performing veterinary medical or surgical tasks without direct supervision and/or approval of a faculty veterinarian.

- Falsifying clinic records, or neglecting or abusing any animal.

- Stealing, damaging, defacing, or, without authority, diverting for one's own use any       property of RUSVM, or someone else's personal property.

- Any public act that may undermine RUSVM's relationship with the government or people of St. Kitts- Nevis and place in jeopardy other students' privilege to study in St. Kitts.

- Intentionally supplying false information to a faculty member, a RUSVM committee member, or member of the administration.

- Violation of another student's right to privacy by divulging information regarding Disciplinary Board proceedings.

- Failure to report known acts of academic or professional dishonesty.

- Committing unprofessional conduct as defined in the American Veterinary Medical Association Code of Ethics.

## 11.4   DISCIPLINARY PROCESS

A student disciplinary action is initiated upon receipt of an oral or written complaint from any member of RUSVM by the Assistant Dean for Student Life, the Associate Dean for Academic Affairs, the Senior Associate Dean for Veterinary Education, or the Dean of the School. One or more of these administrators, in conjunction with the Conduct Board

Administrator (see Section 11.4.3), will weigh the gravity of the alleged breach of conduct and decide how best to handle the allegation.

## 11.4.1  INFORMAL RESOLUTION

Infractions may be dealt with through informal resolution methods such as mediation and restorative justice by agreement of all involved parties. Mediation will not be used to resolve sexual assault complaints.

## 11.4.2  THE RUSVM CONDUCT BOARD

The RUSVM Conduct Board may consist of the Associate Dean for Academic Affairs, the Assistant Dean for Student Life, the Associate Dean for Research, the Associate Dean for Admissions, the Assistant Dean for Academic Administration, and an *ad hoc* faculty and student representative. The Senior Associate Dean of Veterinary Education (or designee) will serve as the Conduct Board Administrator.

## 11.4.3  CONDUCT BOARD PROCEDURES

The Conduct Board Administrator will schedule a meeting of the RUSVM Conduct Board when a written complaint of a Code of Conduct violation, deemed grave enough to be considered by the Conduct Board, is received. At least three days prior to the scheduled meeting, the student(s) charged with committing the violation will receive a letter from the Conduct Board Administrator stating:

- the provisions of the Code of Conduct which he or she charged with violating,
- the nature of the evidence submitted to and considered by the Conduct Board,
- the name of witness(es) who will testify and a reminder regarding RUSVM's intolerance for retaliation of any kind against individuals based on their cooperation in the conduct board process,
- the date/location/time of the Conduct Board meeting.

The charged student(s) may invite a classmate or faculty member to serve as an advisor for the proceeding. The charged student will have the opportunity to respond to the charges and to offer evidence and witnesses. The proceedings will be conducted with simplicity, fairness, and confidentiality. The meetings will not be restricted by rules of substantive or procedural law. If the charged student(s) or witness(es) fails to appear at the hearing, the Conduct Board will consider the case and render a decision at the scheduled time.

The Conduct Board shall examine all relevant facts and circumstances presented, weigh the credibility of any statements from the charged student, the complainant, and any witnesses, and shall, using a standard of "more likely than not," determine whether the charged student has committed misconduct pursuant to the Student Code of Conduct. The Conduct Board Administrator will inform the charged student and the complainant of the Conduct Board's decision in writing in a timely manner. In addition, the Dean will be informed of the Conduct Board decision. Student(s) who have been found in violation of the Code of Conduct by the Conduct Board may appeal to the Dean (see Section 11.5). The Dean's decision is final.

**11.4.3.1 Interim Suspension**

A student may be suspended on a temporary basis prior to an informal resolution or hearing. This immediate suspension and loss of student rights and privileges may be imposed if: (1) there is an indication that a student's misconduct will be repeated or continued; (2) there is indication that safety for the RUSVM community (or any of its members) may be compromised without immediate action; and/or (3) suspension is necessary for RUSVM or its affiliates to carry on its functions effectively and efficiently. A student so removed from the campus or clinical premises shall not re-enter until authorized by RUSVM in writing.

Where subjected to interim suspension, a student will be entitled to a review by the Dean or a delegate of a concisely written appeal limited in scope to whether the interim suspension should remain in effect until the time of disciplinary action. An interim suspension should not conclude until after a final disciplinary determination has been made.

Interim suspension may impact the student's transcript. The designation for missed time on a student transcript will be determined in consultation with the Office of the Registrar on a case by case basis following any formal determination reached by informal resolution or hearing.

**11.4.4   SANCTIONS APPROPRIATE FOR VIOLATIONS**

Sanctions imposed by the Conduct Board following a hearing or by an administrator as part of an informal resolution may include one or more of the following:

**11.4.4.1** Official warning – a written censure regarding the misconduct, which indicates that further violations could result in more severe disciplinary action.

**11.4.4.2** Financial restitution to the appropriate party(ies).

**11.4.4.3** Work sanctions for up to one semester.

**11.4.4.4** Loss of privileges associated with the offense such as use of RUSVM facilities, visitation, attendance at RUSVM functions, etc.

**11.4.4.5** Conduct Probation - this sanction may require completion of requirements such as counseling.  The student may receive any one, or a combination of, the following listed sanctions along with a final warning that future offenses may result in either suspension or expulsion. Denial of:

- Participation in public performances, publications, events, or activities sponsored by student campus organizations, except assignments required for course work.
- Holding an office in any student organization.
- Using a motor vehicle on campus.
- Attending or sponsoring RUSVM social functions.

**11.4.4.6** Suspension – A set period of time up to one year during which the privilege of attending classes and/or being on campus is withdrawn. The

48

student may be returned to good standing at the completion of the period. Suspended students may not be eligible for refund of tuition/fees.

**11.4.4.7** Dismissal – Withdrawal of the privilege of attending RUSVM. A student who has been dismissed from the University for disciplinary reasons may not be re-admitted. A record of disciplinary action taken is placed in the student's file.

## 11.5 APPEALS PROCESS

Conduct Board decisions or informal resolutions may be appealed (by either the person(s) bringing the charges or the individual(s) who have been charged with a Code of Conduct violation) to the Dean.

**11.5.1** An appeal must be presented in writing to the Dean within two class days after receiving the initial decision. Appeals may be based on:

- Perceived unfairness in the disciplinary process;
- New evidence; or
- Perceived excessive sanction or sanctions.

**11.5.2** Upon receiving an appeal, the Dean may:

- Uphold the original result;
- Request that the original authority hold another hearing or resolution attempt, stating the reason for further action;
- Reverse the finding of misconduct;
- Change the sanction or sanctions; or
- Take any other appropriate action.

**11.5.3** The Dean will render a written decision to the appealing student within a timely manner. In appropriate cases, the non-appealing party will also be notified of the result.

## 11.6 PROBLEMS

Assistance with a variety of concerns and problems is available to students on the campus in St. Kitts. Students are free to discuss academic problems with their professors, course director, Senior Associate Dean for Veterinary Education, and the Associate Dean for Academic Affairs or the Assistant Dean for Student Life. All professors publish times when they are available in their respective offices.

A counseling service is available for students experiencing academic or personal difficulties.

## 11.7 SUBSTANCE AND ALCOHOL ABUSE

### 11.7.1 Overview

RUSVM, as an institution of higher education, is committed to the continued and sustained health of its employees, its students, and to the patients entrusted to

RUSVM employee and student care. As required by law, RUSVM must implement a policy to prevent the unlawful possession, use, or distribution of controlled substances on or within the RUSVM premises, its associated facilities, and during RUSVM-affiliated activities.

In addition to the personal negative effects on academic performance, judgment, cognizance, physical health, and mental and emotional stability, individuals engaged in abuse pose a significant risk to the health and safety of fellow students, faculty, and patients. Substance abuse and its influences compromise RUSVM's commitment to excellence and education, thereby posing a threat to the mission of RUSVM.

In addition, addiction to drugs or alcohol may prevent graduates from obtaining licensure and/or practices in relevant professions.

### 11.7.2   Applicable Law

RUSVM is required to adopt, implement, and monitor a program to prevent the unlawful possession, distribution, or use of controlled substances and alcohol by University employees and students on University grounds or as part of its associative entities.

### 11.7.3   Prohibited Activities

RUSVM strictly prohibits:

- The unlawful manufacturing, distribution, dispensing, use, or possession of alcohol, illegal drugs, and controlled substances or the misuse of legal medications/drugs on the RUSVM campus or the grounds of its affiliates (i.e. clinical teaching facilities).

- Being under the influence of or misusing any substance or alcohol, while participating in activities for, or in the name of, RUSVM, in a manner which may result in impairment or endanger the physical, mental and/or emotional wellbeing of any person.

   Any violation of the Policy on Substance and Alcohol Abuse is considered a violation of school conduct policies and is subject to the penalties of the school and of presiding local, state, and federal jurisdictions.

### 11.7.4   Penalties/Sanctions

#### 11.7.4.1   RUSVM Sanctions

The RUSVM Code of Conduct and its procedures govern all students. Violation of policies specific to alcohol and other drugs are considered violations of the Code of Conduct. Violations include the unlawful possession, use, manufacture, sale, or distribution of alcohol and other drugs.

50

The sale, possession, distribution, or manufacture of illicit drugs on or within a 30-mile radius of the campus may result in disciplinary proceedings. Regardless of geographic boundaries, if a student has been convicted of a drug (or alcohol) related offense in a court of law; the student is subject to RUSVM discipline.

Applicable sanctions include, but are not limited to, probation, probation and referral for treatment and rehabilitation, suspension, or expulsion. RUSVM may refer any case to the proper local, state, and/or federal authorities for appropriate legal action. Individuals disciplined under the RUSVM Policy on Substance and Alcohol Abuse have the right to an appeal in accordance with applicable RUSVM grievance procedures.

**11.7.4.2    External Sanctions**

The sanctions imposed under the Policy on Substance and Alcohol Abuse neither diminish nor replace the penalties available under generally applicable civil or criminal laws. Violations of RUSVM standards may also violate federal, state, and local laws of the United States, England, and the Federation of St. Kitts-Nevis.

Violators will be subject to all appropriate penalties within the jurisdiction of the offense. Within the Federation of St. Kitts-Nevis jurisdiction, drug trafficking, which includes producing, supplying, and use, is punishable by fines, deportation, and/or imprisonment. Copies of the relevant drug laws are available in the RUSVM library.

**11.7.4.3    Prevention & Assistance**

RUSVM will facilitate substance abuse prevention through general promotion of a substance-free educational environment, by informing students of current and subsequent changes to policies on alcohol and other drugs, and through advocating an atmosphere where individuals with a problem are encouraged to seek help.

There are resources on campus and in the community available for assistance. RUSVM counseling and health services are confidential and available to students without charge. **Students seeking assistance for a substance abuse problem will not be subject to sanctions by RUSVM as a result of seeking such assistance.**

For information or assistance with substance and/or alcohol abuse matters, call (869) 465-4161 ext. 1500

Dr. Janet Camp
Clinical Psychologist
jcamp@rossvet.edu.kn

**11.8    SMOKING**

It is the policy of RUSVM to provide a safe and healthy environment for students, faculty, and staff.  This includes an environment free of second-hand smoke.  Smoking is not permitted on campus except in designated areas.  Smokeless tobacco products are not to be used in the classroom buildings or in the Student Union. Violation of this policy may result in disciplinary action and sanctions up to and including dismissal.

**11.9    SEXUAL HARASSMENT**

Sexual harassment or harassment undermines the character and purpose of RUSVM and will not be tolerated.  Sexual harassment includes unwelcome sexual advances, verbal or physical conduct of a sexual nature, and inappropriate sexualization of the working environment with words, materials, or behavior.  It may involve women being harassed by men, men being harassed by women, or harassment between persons of the same sex. Harassment is a violation of the Code of Conduct and may result in disciplinary action including dismissal.

"Sexual harassment" means unwelcome conduct, based on sex, which is so severe or pervasive that it unreasonably interferes with a person's RUSVM employment, academic performance, or participation in RUSVM programs or activities and creates a working, learning, program or activity environment that a reasonable person would find intimidating, hostile or offensive.   Sexual harassment may include, for example, unwelcome sexual advances, requests for sexual favors, and acts of sexual violence.  In evaluating any complaint of sexual harassment, the perceived offensiveness of a particular expression, standing alone, is not sufficient by itself to constitute sexual harassment.   The conduct in question must be objectively intimidating, hostile, or offensive and interfere with a person's right to participate equally in programs and activities of RUSVM.  The exclusive purpose of this policy is to protect students from sex discrimination, consistent with applicable law.

**11.10    PHOTOGRAPHY AND VIDEO IMAGING POLICY**

**1.    Purpose**

1.1 The purpose of this policy is to ensure that any type of photography, such as still pictures, video and film recorded or broadcast by any means, including storage by electronic media which occurs in, or around the facilities of RUSVM is approved by the Campus Dean. Such photography must not interfere with the educational, scholarly or administrative functions of the institution, or impair any individual's right to privacy.

**2.    Scope**

2.1.This procedure applies to all visitors, faculty, staff and students. Permission to shoot is required in all circumstances. This includes, but is not limited to, residence halls, dining areas, classrooms, laboratories, administration buildings, and outdoor teaching areas including animal holding, treatment, and surgery or pasture facilities. Photography of animals or procedures involving animals is strictly prohibited, unless it is allowed by a particular course syllabus for educational purposes.  Any pictures are not for publication or distribution unless approved by the Dean.

52

2.2.   Students found to be in violation of this policy are subject to institutional discipline up to and including expulsion.

**3.  Procedure**

- Photography is generally permitted in outdoor, public areas of campus, except those involving any of the above prohibited subjects. Prior permission from the Dean is required when (1) the photography is for commercial purposes; (2) the photography will record a RUSVM trade name, trade mark, or logo; (3) the photography is intended for a political purpose; or, (4) the photography will require set up of any equipment which could impede normal activities on campus. Photography shall be considered to be for commercial purposes if it is intended to be sold or otherwise exchanged for value, or is for any use that could imply endorsement of a product or service. Photography will be considered to be for a political purpose if it is used or intended to support or oppose either a candidate for any public office, or any particular point of view on an issue of public concern or debate.

- Photography for films or videos may require submission of storyboards or scripts prior to approval. All photography permissions are for designated times and dates. RUSVM does not guarantee that any specific area or activity on campus will be available at the requested time or date. All photography permission by RUSVM must specify designated times and dates in writing and be signed by the Dean. RUSVM may withhold its permission or require conditions for its permission at its discretion.

- Permission of RUSVM does not include or imply any permission to photograph any individual, regardless of whether such person is a staff member, student, or visitor to the RUSVM facilities. Photographers are reminded that they need to obtain the permission of each individual photographed and that commercial use of an individual's image or likeness typically requires the written consent of that individual.

- In the event of an incident or emergency requiring police, fire, or other emergency response personnel, access to areas previously open to photographers may be barred or limited to allow emergency personnel to ensure safety and security. Depending on the nature of the photography, the amount of equipment used and the location of the photography, proof of general liability insurance may be required. Specific contractual arrangements must be negotiated in advance.

**11.11** To see all other policies please go to the following link:

https://portal.rossvet.edu.kn/policies/studentpolicies.cfm