## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PETER M. GALLIGAN, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | CIVIL CASE NO. 1:17-cv-06310 |
| | § | |
| ADTALEM GLOBAL EDUCATION INC. F/K/A | § | |
| DEVRY EDUCATION GROUP; ADTALEM | § | |
| GLOBAL HEALTH, INC. F/K/A DEVRY | § | |
| MEDICAL INTERNATIONAL, INC.; ROSS | § | |
| UNIVERSITY SCHOOL OF MEDICINE | § | |
| SCHOOL OF VETERINARY MEDICINE (ST. | § | |
| KITTS) LIMITED; AND DOES 1 THROUGH | § | |
| 50, | § | |
| | § | |
| DEFENDANTS | § | JURY TRIAL DEMANDED |

### AGREED MOTION CONCERNING BRIEFING DEADLINES
### FOR DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S THIRD AMENDED COMPLAINT

Plaintiff Peter M. Galligan ("Plaintiff") and Defendants Adtalem Global

Education Inc. f/k/a DeVry Education Group, Adtalem Global Health, Inc. f/k/a DeVry

Medical International, Inc., and Ross University School of Medicine School of

Veterinary Medicine (St. Kitts) Limited (collectively, "Defendants") file this Agreed

Motion Concerning Briefing Deadlines for Defendants' Motion to Dismiss Plaintiff's

Third Amended Complaint and respectfully request that the Court enter the briefing

schedule agreed to by the parties concerning Plaintiff's brief in response to Defendants'

Motion to Dismiss Plaintiff's Third Amended Complaint [Dkts. 62-63] and Defendants'

reply brief in support of same.

On March 20, 2019, the parties entered into a briefing schedule for Defendants'

then-forthcoming motion to dismiss Plaintiff's Third Amended Complaint, which had

7555922v1

been filed with leave granted by the Court on March 11, 2019. [*See* Dkts. 58-60]. The Court approved that briefing schedule on March 21, 2019 [*see* Dkt. 60], and Defendants' filed their motion to dismiss on April 8, 2019 [Dkts. 62-63], in accordance with the agreed briefing schedule.

However, due to extenuating family circumstances experienced by Plaintiff's counsel, the parties have agreed to extend their agreed upon briefing schedule to afford Plaintiff more time to respond to Defendants' motion to dismiss. Specifically, the parties have agreed that Plaintiff shall have until June 5, 2019, to file a response brief and that Defendants shall have until June 21, 2019, to file a reply brief.

Accordingly, the parties respectfully request that the Court grant this Agreed Motion and approve the foregoing briefing schedule for Plaintiff's response brief and Defendants' reply brief.

7555922v1

Dated this 29th day of April, 2019.

Respectfully submitted,

/s/ Michael W. Ford
Michael W. Ford, Esq.
Law Offices of Michael W. Ford
(local counsel)
4 Timberwood Lane
Riverwoods, IL 60015
Telephone: (847) 948-7884
Email: mfordski@gmail.com
IL Bar # 0846139
Member, Trial Bar U.S. District Court N.D. IL

- and -

/s/ Emil T. Bayko
Emil T. Bayko
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6608
Facsimile: (713) 226-6208
Email: tbayko@porterhedges.com
IL Bar # 0141356

**ATTORNEYS FOR PLAINTIFF**
**PETER M. GALLIGAN**

OF COUNSEL:
Kyle Reeb
Texas State Bar No. 24091604
Federal ID No. 2571829
Jim Aycock
Texas State Bar No. 24034309
Federal ID No. 20675
Alison P. Henderson
Texas State Bar No. 24087707
Federal ID No. 2228628
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6211
kreeb@porterhedges.com
jaycock@porterhedges.com
ahenderson@porterhedges.com

3

7555922v1

AGREED AS TO FORM AND SUBSTANCE:


By: */s/ Brian Stolzenbach*
Brian Stolzenbach
Megan E. Troy
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
bstolzenbach@seyfarth.com
mtroy@seyfarth.com

**ATTORNEYS FOR DEFENDANTS**
**ADTALEM GLOBAL EDUCATION INC.,**
**ADTALEM GLOBAL HEALTH, INC., and**
**ROSS UNIVERSITY SCHOOL OF MEDICINE**
**SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED**

7555922v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2019, a true and correct copy of the foregoing pleading was electronically filed in accordance with the Federal Rules of Civil Procedure and was served via e-mail upon the following counsel of record:

Brian Stolzenbach
Megan Troy
Thomas M. Horan
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
(312) 460-5551
bstolzenbach@seyfarth.com
mtroy@seyfarth.com
thoran@seyfarth.com

/s/ Emil T. Bayko
Emil T. Bayko

5

7555922v1