IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PETER M. GALLIGAN,** | § | |
| | § | |
|   **PLAINTIFF** | § | |
| | § | |
| v. | § | CIVIL CASE NO. 1:17-cv-06310 |
| | § | |
| **ADTALEM GLOBAL EDUCATION INC. f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; AND DOES 1 THROUGH 50,** | § § § § § § § § | |
| | § | |
|   **DEFENDANTS** | § | **JURY TRIAL DEMANDED** |

**PROPOSED ORDER GRANTING AGREED MOTION
CONCERNING BRIEFING DEADLINES FOR DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

On this day, the Court considered the Agreed Motion Concerning Briefing Deadlines for Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint filed by both parties in the above-captioned proceeding. The Court, having considered the Agreed Motion, finds that it is meritorious and should be GRANTED. It is therefore

ORDERED that the parties' agreed briefing schedule set forth in their Agreed Motion shall be entered, that Plaintiff's response to Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint shall be filed on or before June 5, 2019, and that Defendants' reply brief in support of their Motion to Dismiss Plaintiff's Third Amended Complaint shall be filed on or before June 21, 2019.

    Signed this _____ day of _____, 2019.

_____
Honorable Joan Humphrey Lefkow