IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER M. GALLIGAN, § <br> § <br> PLAINTIFF § <br> § <br> v. § <br> § <br> ADTALEM GLOBAL EDUCATION INC. F/K/A § <br> DEVRY EDUCATION GROUP; ADTALEM § <br> GLOBAL HEALTH, INC. F/K/A DEVRY § <br> MEDICAL INTERNATIONAL, INC.; ROSS § <br> UNIVERSITY SCHOOL OF MEDICINE § <br> SCHOOL OF VETERINARY MEDICINE (ST. § <br> KITTS) LIMITED; AND DOES 1 THROUGH § <br> 50, § <br> § <br> DEFENDANTS § | CIVIL CASE NO. 1:17-cv-06310 <br><br><br><br><br> JURY TRIAL DEMANDED |

PLAINTIFF'S MOTION FOR LEAVE
TO EXCEED THE PAGE LIMIT FOR THE RESPONSE TO DEFENDANTS'
MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

Plaintiff Peter M. Galligan ("Plaintiff") files this Motion for Leave to Exceed the Page Limit for the Response to Defendants' Motion to Dismiss the Third Amended Complaint, pursuant to Local Rule 7.1, because the nature of Defendants' motion to dismiss and the number of claims at issue require briefing in excess of 15 pages. The deadline for Plaintiff to file a response to the motion to dismiss is Wednesday, June 5, 2019.

Defendants' Motion to Dismiss the Second Amended Complaint [Dkts. 62-63] seeks the dismissal of all five of Plaintiff's current claims in this proceeding. Plaintiff's claims center on the failure by Defendants Adtalem Global Education Inc. f/k/a DeVry Education Group, Adtalem Global Health, Inc. f/k/a DeVry Medical International, Inc., and Ross University School of Medicine School of Veterinary Medicine (St. Kitts)

Limited (collectively, "Defendants")[1] to adhere to their policies and procedures regarding anti-retaliation/anti-discrimination and the prohibition against academic dishonesty, to appropriately accommodate his documented learning disabilities, to consistently apply objective, proper methods of grading, and to grant Plaintiff a right to appeal his improper dismissal. In order to sufficiently respond to Defendants' arguments seeking dismissal, Plaintiff must demonstrate the validity of the legal bases for his five current causes of action. Accordingly, Plaintiff respectfully requests leave to file a brief exceeding the 15-page limitation prescribed by this Court's local rules, but in all events totaling 25 pages or less. Plaintiff does not make this request to burden the Court, but so that justice may be done.

---

[1] Plaintiff's claims in this lawsuit are also asserted against Does 1 through 50, as defendants. However, for purposes of this motion, references to "Defendants" shall only include Adtalem Global Education Inc. f/k/a DeVry Education Group, Adtalem Global Health, Inc. f/k/a DeVry Medical International, Inc., and Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited, all of whom are represented by the counsel listed in the Certificate of Service.

8021815
8022779v1

Dated this 31st day of May, 2019.

        Respectfully submitted,

        */s/ Michael W. Ford*
        Michael W. Ford, Esq.
        Law Offices of Michael W. Ford
        *(local counsel)*
        4 Timberwood Lane
        Riverwoods, IL 60015
        Telephone: (847) 948-7884
        Email: mfordski@aol.com
        IL Bar # 0846139
        Member, Trial Bar U.S. District Court N.D. IL

        - and -

        */s/ Emil T. Bayko*
        Emil T. Bayko
        PORTER HEDGES LLP
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6608
        Facsimile: (713) 226-6208
        Email: tbayko@porterhedges.com
        IL Bar # 0141356

        **ATTORNEYS FOR PLAINTIFF**
        **PETER M. GALLIGAN**

OF COUNSEL:
Alison P. Henderson
Texas State Bar No. 24087707
Federal ID No. 2228628
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6211
ahenderson@porterhedges.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 31, 2019, my associate—Alison P. Henderson—emailed Defendants' counsel regarding the requested relief and attached a draft of Plaintiff's motion for leave. At the time of the filing of this motion, Defendants' counsel has not responded indicating whether they are opposed or unopposed to the relief sought herein. In the event Defendants' counsel responds to the email with their position regarding this motion and does not otherwise file a notice regarding their position, we will promptly advise the Court.

*/s/ Emil T. Bayko*
Emil T. Bayko

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2019, a true and correct copy of the foregoing pleading was electronically filed in accordance with the Federal Rules of Civil Procedure and was served via e-mail upon the following counsel of record:

Brian Stolzenbach
Megan Troy
Thomas Horan
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
(312) 460-5551
bstolzenbach@seyfarth.com
mtroy@seyfarth.com
thoran@seyfarth.com

*/s/ Emil T. Bayko*
Emil T. Bayko