IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PETER M. GALLIGAN,** | § § § | |
| PLAINTIFF | § § | |
| v. | § § | CIVIL CASE NO. 1:17-cv-06310 |
| **ADTALEM GLOBAL EDUCATION INC. f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; AND DOES 1 THROUGH 50,** | § § § § § § § § § § | |
| DEFENDANTS | § | JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR LEAVE TO EXCEED PAGE LIMIT

On this day, the Court considered the Motion for Leave to Exceed the Page Limit for the Response to Defendants' Motion to Dismiss the Third Amended Complaint, filed by Plaintiff Peter M. Galligan. The Court, having considered the Motion, any response thereto, and the pleadings on file, finds that the Motion is meritorious and should be GRANTED. It is therefore

ORDERED that Plaintiff's Motion for Leave to Exceed the Page Limit for the Response to Defendants' Motion to Dismiss the Third Amended Complaint is GRANTED in its entirety.

Signed this 3rd day of June, 2019.

_____
Joan H. Lefkow, U.S. District Judge

8023185