Ross University School of Veterinary Medicine :: Strategic Plan    Case: 1:17-cv-06310 Document #: 69-1 Filed: 06/05/19 Page 1 of 1 PageID #:1409    10/3/15, 4:37 PM

EXHIBIT A

# Strategic Vision

Ross University School of Veterinary Medicine's (RUSVM) focus in developing the plan was to produce a shared strategic vision with support from all levels, with responsibility and accountability devolved to the appropriate leaders. The strategic plan supports refreshing the organizational hierarchy to reflect best practice at our benchmark veterinary schools, having clear governance, structure and management in all parts of RUSVM, and yet, through making strategic new appointments, retaining the business focus, agility and appetite for success of a for-profit institution. There are two key elements: immediate needs – developing RUSVM to allow full American Veterinary Medical Association (AVMA) accreditation without substantial compliance issues – and secondly, driving RUSVM to a new level, above and beyond accreditation.

Methodology: RUSVM has developed this strategic plan with input from faculty, staff and students through focus groups, surveys and strategy sessions. All faculty and staff, including clinical program leaders and Dean's Council, had the opportunity to contribute to the creation of the plan. Students provided input through semester meetings with the dean and focus groups with leaders of student government. In addition, both pre-clinical and clinical students participated by completing a twelve-question survey, with an overall response rate of 64.5%.

Vision: To lead veterinary training worldwide by creating an exemplary veterinary program, uniquely designed to graduate today's practice-ready veterinarians and tomorrow's leaders and discoverers.

Goal: To make RUSVM the first choice for the best potential students, whatever their background, through the success and reputation of our graduates.

Immediate Needs
AVMA accreditation requirements: address substantial compliance issues

1. Postgraduate programs and evidence of research outputs
2. Outcomes assessment for the clinical year and beyond
3. Reduce attrition

Next Steps (defined in order of strategic organizational priority)

1. Grow the institution through reputation, by differentiating our graduates and program, and by branding, and marketing.

    A. Produce "practice-ready graduates" – Make RUSVM the first choice for students by differentiating RUSVM from other schools.

    B. Develop admissions processes – Develop and utilize both RUSVM and other academic best-practices as predictors for successful students.

    C. Increase total student numbers via reduced attrition and an increased number of programs – Reduce attrition by increasing the quantity of quality student applicants, resulting in an increased completion rate. This will increase the total student number throughout the entire academic program. Develop a suite of Masters and postgraduate programs.

    D. Internationalize – Initiate Masters programs, recruiting and selecting globally for the veterinary