IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN, | |
| Plaintiff, | Case No. 1:17-cv-06310 |
| v. | Hon. Joan H. Lefkow |
| ADTALEM GLOBAL EDUCATION INC., *et al.*, | |
| Defendants. | |

### DEFENDANTS' NOTICE OF MOTION

TO:  Michael W. Ford, Esq.                     Emil T. Bayko
     Law Offices of Michael W. Ford            Porter Hedges LLP
     4 Timberwood Lane                         1000 Main Street, 36th Floor
     Riverwoods, IL 60015                      Houston, Texas 77002
     mfordski@aol.com                          tbayko@porterhedges.com

PLEASE TAKE NOTICE that on **Wednesday, June 26, 2019, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Humphrey Lefkow in Courtroom 2201 of the Federal Dirksen Building, 219 North Dearborn Street, Chicago, Illinois and then and there present Defendants' Unopposed Motion For Leave To Exceed The Page Limit For Their Reply In Support Of Their Motion To Dismiss Plaintiff's Third Amended Complaint.

**DATED: June 17, 2019**  Respectfully submitted,

ADTALEM GLOBAL EDUCATION INC.;
ADTALEM GLOBAL HEALTH, INC.; ROSS
UNIVERSITY SCHOOL OF MEDICINE
SCHOOL OF VETERINARY MEDICINE (ST.
KITTS) LIMITED

By:   s/Megan Troy

Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
Thomas M. Horan
thoran@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a copy with the Court's CM/ECF system, which will send notification to the following, on this 17th day of June, 2019:

>Michael W. Ford, Esq.
>Law Offices of Michael W. Ford
>4 Timberwood Lane
>Riverwoods, IL 60015
>mfordski@aol.com
>
>Emil T. Bayko
>Ali Henderson
>Porter Hedges LLP
>1000 Main Street, 36th Floor
>Houston, Texas 77002
>tbayko@porterhedges.com

>>s/Megan Troy