IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETER M. GALLIGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:17-C-6310 |
| | § | |
| ADTALEM GLOBAL EDUCATION, INC. | § | Hon. Judge Joan H. Lefkow |
| F/K/A DEVRY EDUCATION GROUP; | § | |
| ADTALEM GLOBAL HEALTH, INC. | § | |
| F/K/A DEVRY MEDICAL | § | |
| INTERNATIONAL, INC.; ROSS | § | |
| UNIVERSITY SCHOOL OF MEDICINE | § | JURY TRIAL DEMANDED |
| SCHOOL OF VETERINARY MEDICINE | § | |
| (ST. KITTS) LIMITED; and DOES 1 | § | |
| THROUGH 50, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, the undersigned counsel for Plaintiff Peter M. Galligan hereby notifies the Court that Plaintiff's lead counsel Emil T. Bayko is no longer a partner at Porter Hedges LLP firm (1000 Main Street, 36th Floor; Houston, TX 77002; Tel. 713.226.6608; Fax. 713.226.6208) and has joined the firm of Prebeg, Faucett & Abbott, PLLC (8441 Gulf Freeway, Suite 307; Houston, TX 77017; Tel. 832.742.9260; Fax. 832.742.9261). Plaintiff has instructed Porter Hedges that Bayko shall continue as Plaintiff's lead counsel and has instructed Porter Hedges to transfer his file to Bayko.

Plaintiff therefore respectfully requests that Bayko be permitted to continue to represent Plaintiff and that Porter Hedges be permitted to withdraw their appearances in this case.

In support of this motion, Plaintiff and his counsel state as follows:

1. Since March 11, 2019, Bayko has the lead attorney of record for Plaintiff in this matter.

2. Bayko is no longer a partner at Porter Hedges, and Bayko and has joined the firm of Prebeg, Faucett & Abbot, PLLC.

3. Plaintiff has instructed Porter hedges that Bayko shall continue to represent Plaintiff as lead attorney of record.

4. Plaintiff will continue to be represented by Bayko, as well as by local counsel Michael W. Ford, Esq. of the Law Offices of Michael W. Ford (4 Timberwood Lane; Riverwoods, IL 60015; Tel. 847.948.7884).

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached proposed Order that former Porter Hedges LLP partner Emil T. Bayko shall continue as Plaintiff's lead attorney of record in this cause and that Porter Hedges LLP is withdrawn as counsel to Plaintiff in this cause.

DATED this 24th day of January 2020,

Respectfully submitted,

/s/ Michael W. Ford
Michael W. Ford, Esq.
IL Bar # 0846139
LAW OFFICES OF MICHAEL W. FORD (*local counsel*)
4 Timberwood Lane
Riverwoods, IL 60015
Tel. 847.948.7884
Email: mfordski@gmail.com

-AND-

/s/ Emil T. Bayko
Emil T. Bayko
IL Bar # 0141356
PREBEG, FAUCETT & ABBOTT, PLLC
8441 Gulf Freeway, Suite 307
Houston, TX 77017
Tel. 832.742.9260
Fax 832.742.9261
Email: tbayko@pfalawfirm.com

***ATTORNEYS FOR PLAINTIFF PETER M. GALLIGAN***