**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PETER M. GALLIGAN, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:17-C-6310 |
| ADTALEM GLOBAL EDUCATION, INC. F/K/A DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. F/K/A DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; and DOES 1 THROUGH 50, | § § § § § § § § § § § § | Hon. Judge Joan H. Lefkow<br><br>JURY TRIAL DEMANDED |
| Defendants. | § § | |

**ORDER**

ORDERED that former Porter Hedges LLP partner Emil T. Bayko shall continue as Plaintiff's lead attorney of record in this cause and that Porter Hedges LLP is withdrawn as counsel to Plaintiff in this cause.

DATED this ___ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE