IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PETER M. GALLIGAN,** | § | |
| | § | |
|   **PLAINTIFF** | § | |
| | § | |
| v. | § | CIVIL CASE NO. 1:17-cv-06310 |
| | § | |
| **ADTALEM GLOBAL EDUCATION INC. F/K/A DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. F/K/A DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; AND DOES 1 THROUGH 50,** | § § § § § § § § | |
| | § | |
|   **DEFENDANTS** | § | **JURY TRIAL DEMANDED** |

### PORTER HEDGES LLP'S NOTICE OF UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF PETER M. GALLIGAN

TO:    Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
Thomas Horan
thoran@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606

PLEASE TAKE NOTICE that on **Tuesday, January 28, 2020 at 11:00 a.m.** or as soon thereafter as counsel may be heard, Porter Hedges LLP's Unopposed Motion for Leave to Withdraw as Counsel for Plaintiff Peter M. Galligan will be presented before Judge Joan Humphrey Lefkow in Courtroom 2201 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago Illinois. Said Motion and proposed Order granting same are attached hereto as Exhibit A.

10425162

Porter Hedges LLP's motion is being noticed for the same date and time as the status hearing which was set by the Court pursuant to Docket Entry 76, Opinion and Order, and in accordance with the Court's procedures, which provide:

> "Motions in civil cases for Chicago should be noticed for presentment on Wednesdays only at 9:30 a.m. ***If however a civil case has previously been set for a status hearing at 11:00 on a Tuesday a subsequent motion may be filed to accompany the status hearing.***"

(emphasis added).

Dated this 27th day of January 2020.

Respectfully submitted,

*/s/ Alison P. Henderson*
Texas State Bar No. 24087707
Federal ID No. 2228628
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6728
Facsimile: (713) 226-6328
Email: ahenderson@porterhedges.com

**Of Counsel Attorney for
Plaintiff Peter M. Galligan**

10425162

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020, a true and correct copy of the foregoing pleading was electronically filed in accordance with the Federal Rules of Civil Procedure and was served via e-mail upon the following counsel of record:

Brian Stolzenbach
Megan Troy
Thomas Horan
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
(312) 460-5551
bstolzenbach@seyfarth.com
mtroy@seyfarth.com
thoran@seyfarth.com

                                                     */s/ Alison P. Henderson*
                                                     Alison P. Henderson

10425162