IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PETER M. GALLIGAN, | § | |
| | § | |
|   PLAINTIFF | § | |
| | § | |
| v. | § | CIVIL CASE NO. 1:17-cv-06310 |
| | § | |
| ADTALEM GLOBAL EDUCATION INC. F/K/A DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. F/K/A DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; AND DOES 1 THROUGH 50, | § § § § § § § § § | |
|   DEFENDANTS | § | JURY TRIAL DEMANDED |

## PORTER HEDGES LLP'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF PETER M. GALLIGAN

Pursuant to Local Rule 83.17, Porter Hedges LLP files this Unopposed Motion for Leave to Withdraw as Counsel for Plaintiff Peter M. Galligan ("Plaintiff").

Mr. Emil T. Bayko and Ms. Alison P. Henderson previously filed appearance forms and appeared on behalf of Plaintiff in this proceeding. As explained in Mr. Bayko's motion filed on January 24, 2020 [Dkt. 77], he is no longer a partner at Porter Hedges LLP and has joined the law firm of Prebeg, Fawcett & Abbott PLLC. Plaintiff has instructed Porter Hedges LLP that Mr. Bayko shall continue as lead counsel, and thus this case file has been transferred to Mr. Bayko at his new law firm. [Dkt. 77]. Accordingly, Porter Hedges LLP will no longer be representing Plaintiff in this proceeding.

Porter Hedges LLP therefore respectfully requests the Court's permission to

10425163

## EXHIBIT A

withdraw as counsel for Plaintiff in this proceeding. Counsel for Defendants has confirmed that they are unopposed to the relief sought in this Motion.

Dated this 27th day of January, 2020.

                Respectfully submitted,

                */s/ Alison P. Henderson*
                Texas State Bar No. 24087707
                Federal ID No. 2228628
                PORTER HEDGES LLP
                1000 Main Street, 36th Floor
                Houston, Texas 77002
                Telephone: (713) 226-6728
                Facsimile: (713) 226-6328
                Email: ahenderson@porterhedges.com

                **Of Counsel Attorney for**
                **Plaintiff Peter M. Galligan**

10425163

**CERTIFICATE OF CONFERENCE**

I hereby certify that on January 27, 2020, I emailed Defendants' counsel to ask whether they were opposed or unopposed to Porter Hedges LLP's Motion to Withdraw as Counsel for Plaintiff Peter M. Galligan. Counsel states that they are unopposed.

*/s/ Alison P. Henderson*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020, a true and correct copy of the foregoing pleading was electronically filed in accordance with the Federal Rules of Civil Procedure and was served via e-mail upon the following counsel of record:

Brian Stolzenbach
Megan Troy
Thomas Horan
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
(312) 460-5551
bstolzenbach@seyfarth.com
mtroy@seyfarth.com
thoran@seyfarth.com

*/s/ Alison P. Henderson*
Alison P. Henderson

10425163

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PETER M. GALLIGAN,** § | |
| § | |
| **PLAINTIFF** § | |
| § | |
| v. § | **CIVIL CASE NO. 1:17-cv-06310** |
| § | |
| **ADTALEM GLOBAL EDUCATION INC. f/k/a** § | |
| **DEVRY EDUCATION GROUP; ADTALEM** § | |
| **GLOBAL HEALTH, INC. f/k/a DEVRY** § | |
| **MEDICAL INTERNATIONAL, INC.; ROSS** § | |
| **UNIVERSITY SCHOOL OF MEDICINE** § | |
| **SCHOOL OF VETERINARY MEDICINE (ST.** § | |
| **KITTS) LIMITED; AND DOES 1 THROUGH** § | |
| **50,** § | |
| § | **JURY TRIAL DEMANDED** |
| **DEFENDANTS** | |

### PROPOSED ORDER GRANTING PORTER HEDGES LLP'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF PETER M. GALLIGAN

On this day, the Court considered Porter Hedges LLP's Unopposed Motion for Leave to Withdraw as Counsel for Plaintiff Peter M. Galligan. The Court having considered the Unopposed Motion, finds that it is hereby GRANTED in its entirety. It is therefore

ORDERED that Allison P. Henderson and the firm of Porter Hedges LLP is hereby withdrawn as counsel for Plaintiff Peter M. Galligan.

Dated this ____ day of _____, 2020.

_____
Honorable Joan Humphrey Lefkow

10425163