## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Galligan v. Adtalem Global Education Inc. f/k/a Devry Education Group, et al.

Case Number: 17-CV-6310

An appearance is hereby filed by the undersigned as attorney for:

Adtalem Global Education, Inc., Adtalem Global Health, Inc., Ross University School of

Attorney name (type or print): Andrew R. Cockroft

Firm: Seyfarth Shaw LLP

Street address: 233 S. Wacker Dr. Suite 8000

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6320454
(See item 3 in instructions)

Telephone Number: 312 460 5987

Email Address: acockroft@seyfarth.com

Are you acting as lead counsel in this case?    ☐ Yes  ☑ No

Are you acting as local counsel in this case?    ☐ Yes  ☑ No

Are you a member of the court's trial bar?    ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?    ☐ Yes  ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/28/2020

Attorney signature: S/ Andrew R. Cockroft

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015