# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Peter M Galligan

                                              Plaintiff,

v.                                                                   Case No.: 1:17−cv−06310
                                                                           Honorable Joan H. Lefkow

Adtalem Global Education, Inc., et al.

                                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, February 3, 2020:

      MINUTE entry before the Honorable Joan H. Lefkow: The Court is unavailable on 2/4/2020. The status hearing set for that date is stricken and reset to 2/5/2020 at 9:30 a.m. Status hearing set for 2/11/2020 is stricken. Mailed notice (ags)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.