IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN,<br><br>   Plaintiff,<br><br> v.<br><br>ADTALEM GLOBAL EDUCATION INC. f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; AND DOES 1 THROUGH 50,<br><br>   Defendants. | Case No. 1:17-cv-06310<br><br>Hon. Joan H. Lefkow |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S REMAINING CLAIM IN THE THIRD AMENDED COMPLAINT

For the reasons stated in its Brief Regarding Jurisdiction pursuant to the Court's February 5, 2020 ordering simultaneous briefs regarding jurisdiction (*see* ECF No. 83), Defendant Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited ("Ross" or "Defendant")[1] hereby moves to dismiss the remaining breach of contract claim in Plaintiff's Third Amended Complaint based on *forum non conveniens* grounds. Plaintiff's sole remaining claim should be dismissed with prejudice to re-filing in any other United States court, but without prejudice to Plaintiff refiling his remaining common law claim in St. Kitts.

---

[1] On January 15, 2020, the Court dismissed all other defendants from the lawsuit. (ECF No. 76.)

DATED: February 19, 2020                    Respectfully submitted,

                                                                                    ADTALEM GLOBAL EDUCATION INC. f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED

                                                                                    By: s/Megan Troy

Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
Andrew R. Cockroft
acockroft@seyfart.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a copy with the Court's CM/ECF system, which will send notification to the following, on this 19th day of February, 2020:

Emil Bayko
Prebeg Faucett & Abbott, PLLC, Suite 307
8441 Gulf Freeway
Houston, TX 77017
Email: tbayko@pfalawfirm.com

Michael W. Ford
Law Office of Michael W Ford
4 Timberwood Ln
Riverwoods, IL 60015-2400
Email: mfordski@gmail.com

        s/Megan Troy