IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN, § § Plaintiff, § § v. § § ADTALEM GLOBAL EDUCATION, INC. § F/K/A DEVRY EDUCATION GROUP; § ADTALEM GLOBAL HEALTH, INC. F/K/A § DEVRY MEDICAL INTERNATIONAL, § INC.; ROSS UNIVERSITY SCHOOL OF § VETERINARY MEDICINE (ST. KITSS) § LIMITED; and DOES 1 THROUGH 50, § § Defendants. § § | Case No. 1:17-cv-6310 Hon. Judge Joan H. Lefkow JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA AND NOT TO ST. KITTS**

The Court has now considered (1) Plaintiff Peter M. Galligan's Motion to Transfer Venue to the Northern District of California and Not to St. Kitts ("Plaintiff's Motion"); (2) the Defendants' filed motion to transfer venue (the parties' motions filed simultaneously pursuant to this Court's February 5, 2020, Order [Dkt. 82]); and (3) the other records and pleadings on file; and now considers itself fully advised.

NOW, THEREFORE, the Court orders that Plaintiff's Motion is HEREBY GRANTED. This matter shall be transferred to the Northern District of California within 14 business days and administratively closed in this Court.

ENTERED this \_\_\_ Day of _____, 2020.

_____
U.S. DISTRICT JUDGE