# EXHIBIT C

```
 1                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3

 4    PETER M. GALLIGAN                )
                                       )
 5             Plaintiff,              )
                                       )
 6       vs.                           )  No. 17 C 6310
                                       )
 7    ADTALEM GLOBAL EDUCATION,        )  Chicago, Illinois
      INC., et al.,                    )  Feburary 5, 2020
 8                                     )  9:39 o'clock a.m.
               Defendants.             )
 9

10                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JOAN HUMPHREY LEFKOW
11

12    APPEARANCES:

13    For the Plaintiff:      LAW OFFICE OF MICHAEL W. FORD
                              MR. MICHAEL W. FORD
14                            4 Timberwood Lane
                              Riverwoods, Illinois 60015
15                            847-948-7884
                              mfordski@gmail.com
16

17    For the Defendant:      SEYFARTH SHAW LLP
                              MR. ANDREW R. COCKROFT
18                            233 South Wacker Drive
                              Chicago, Illinois 60606
19                            312-460-5000
                              acockroft@seyfarth.com
20

21    Court Reporter:         FEDERAL OFFICIAL COURT REPORTER
                              MS. KRISTA BURGESON
22                            219 South Dearborn Street
                              Chicago, Illinois 60604
23                            312-435-5567
                              krista_burgeson@ilnd.uscourts.gov
24

09:39:32  25
```

| | | |
|---|---|---|
| 09:39:32 | 1 | THE COURTROOM DEPUTY: 17 C 6310, Galligan versus |
| 09:39:37 | 2 | Adtalem Global Education. |
| 09:39:42 | 3 | MR. FORD: Good morning, Your Honor. Michael Ford |
| 09:39:43 | 4 | for the plaintiff. |
| 09:39:44 | 5 | THE COURT: Good morning. |
| 09:39:45 | 6 | MR. COCKROFT: Andrew Cockroft for defendants. |
| 09:39:47 | 7 | THE COURT: Good morning. |
| 09:39:49 | 8 | All right. |
| 09:39:49 | 9 | MR. FORD: The status, Your Honor, if I may? |
| 09:39:51 | 10 | THE COURT: Yes. |
| 09:39:52 | 11 | MR. FORD: We submitted a demand, settlement demand, |
| 09:39:55 | 12 | to defendants. Defendants informed me it was way too high, |
| 09:40:01 | 13 | they didn't want to counter, and so we have not had any kind |
| 09:40:05 | 14 | of meaningful settlement discussions yet. |
| 09:40:08 | 15 | I think if the plaintiff himself could sit before a |
| 09:40:12 | 16 | Magistrate Judge and have an independent impartial evaluation |
| 09:40:19 | 17 | or opinion of the merits of this case, I think the settlement |
| 09:40:22 | 18 | discussions would move forward much more quickly, and I think |
| 09:40:27 | 19 | we might get some results. |
| 09:40:29 | 20 | THE COURT: Okay. |
| 09:40:29 | 21 | MR. COCKROFT: Your Honor, defendant isn't interested |
| 09:40:31 | 22 | in settlement at this time. The initial demand as plaintiff's |
| 09:40:35 | 23 | counsel said was was unreasonably high. This case has been |
| 09:40:39 | 24 | pending for a while, so we are unsure why plaintiff would |
| 09:40:43 | 25 | still be at an unreasonably high demand even after most of the |

| | | |
|---|---|---|
| 09:40:47 | 1 | claims in this case have been dismissed. |
| 09:40:49 | 2 | THE COURT: Well, listen to what counsel has to say. |
| 09:40:52 | 3 | His client has an inflated view of the value of the case, is |
| 09:40:55 | 4 | what I am inferring, and a Magistrate Judge could talk to him |
| 09:41:05 | 5 | and it could be persuasive as to helping him be more |
| 09:41:11 | 6 | realistic. |
| 09:41:11 | 7 | So do you want to give it a try? |
| 09:41:14 | 8 | MR. FORD: I would like to. |
| 09:41:15 | 9 | MR. COCKROFT: Your Honor, defendant is not |
| 09:41:16 | 10 | interested in a settlement conference. We would rather |
| 09:41:19 | 11 | proceed to brief the forum non conveniens issues that we |
| 09:41:22 | 12 | brought up last time on status, and we would look for a |
| 09:41:25 | 13 | briefing schedule to that effect. |
| 09:41:27 | 14 | THE COURT: All right. I am not going to send you |
| 09:41:31 | 15 | out if you are not a willing participant. |
| 09:41:34 | 16 | So shall we say 14 days to -- what is your position |
| 09:41:38 | 17 | on it? |
| 09:41:39 | 18 | MR. FORD: Plaintiff's position is if the case is |
| 09:41:43 | 19 | going to be transferred it should go to Texas, as we talked |
| 09:41:50 | 20 | out at the last status hearing. The plaintiff now resides in |
| 09:41:53 | 21 | the Dallas/Fort Worth area, I believe it is the Northern |
| 09:41:58 | 22 | District of Texas down there, and as I pointed out last time, |
| 09:42:03 | 23 | all of the parties -- the people who worked for the defendant, |
| 09:42:11 | 24 | Ross University, is no longer in St. Kitts, they have |
| 09:42:12 | 25 | disbursed. Some are in the U.K. Some in Canada. Some are |

| | | |
|---|---|---|
| 09:42:16 | 1 | elsewhere in the United States. |
| 09:42:19 | 2 | THE COURT: Okay. That is enough. |
| 09:42:20 | 3 | What is your position? |
| 09:42:21 | 4 | MR. COCKROFT: Our position is that the only |
| 09:42:23 | 5 | remaining defendant in this case, it is unclear if they even |
| 09:42:25 | 6 | have personal jurisdiction within Texas. The claims in this |
| 09:42:29 | 7 | case all occurred in St. Kitts. They all relate to a contract |
| 09:42:33 | 8 | and -- |
| 09:42:33 | 9 | THE COURT: So that is your view, that it should be |
| 09:42:36 | 10 | St. Kitts? |
| 09:42:37 | 11 | MR. COCKROFT: Yes, Your Honor. |
| 09:42:37 | 12 | THE COURT: All right. |
| 09:42:38 | 13 | So let's have simultaneous briefs on this. I will |
| 09:42:41 | 14 | give you 14 days. |
| 09:42:44 | 15 | THE COURTROOM DEPUTY: February 19th. |
| 09:42:48 | 16 | MR. FORD: For status again? |
| 09:42:50 | 17 | THE COURT: No, to file a brief as to why you think |
| 09:42:53 | 18 | the forum -- |
| 09:42:54 | 19 | Well, nobody is arguing that it should stay here, I |
| 09:42:57 | 20 | gather? |
| 09:42:57 | 21 | MR. COCKROFT: Yes, Your Honor. |
| 09:42:58 | 22 | MR. FORD: Well, we would like it to stay here, of |
| 09:43:01 | 23 | course, but it is hard to -- |
| 09:43:02 | 24 | THE COURT: Just let me know what your position is on |
| 09:43:05 | 25 | this. |

```
09:43:05   1              MR. FORD:  Our position is --
09:43:07   2              THE COURT:  I don't mean now.  I mean in a brief.
09:43:09   3              MR. FORD:  Okay.
09:43:10   4              So the defendant will file by the 19th; is that
09:43:12   5    right?
09:43:12   6              THE COURT:  You will file simultaneous briefs of your
09:43:17   7    position in 14 days and I will give you 7 days to reply to the
09:43:20   8    other side if you would like.
09:43:21   9              MR. COCKROFT:  Is it possible to get 14 to reply to
09:43:24  10    the other side, Your Honor?
09:43:25  11              THE COURT:  If you need it.
09:43:28  12              Why do you need it?
09:43:30  13              MR. COCKROFT:  Just back and forth with the client
09:43:33  14    and being able to properly deal with simultaneous briefings at
09:43:38  15    the same time.
09:43:39  16              THE COURT:  Okay.  All right.
09:43:39  17              So that puts us out 28 days.
09:43:42  18              THE COURTROOM DEPUTY:  March 4th.
09:43:44  19              MR. COCKROFT:  That should work.
09:43:46  20              THE COURT:  That is for the reply.
09:43:50  21              MR. FORD:  March 4th for the reply?
09:43:53  22              THE COURT:  Yes.
09:43:53  23              MR. FORD:  Okay.
09:43:54  24              THE COURT:  I will give you a written ruling on this
09:43:56  25    then.
```

```
09:43:56   1              MR. FORD:  Was that March 4th for reply briefs, is
09:43:58   2    that it?
09:44:01   3              THE COURT:  Yes.
09:44:01   4              MR. FORD:  14 days for the initials briefs?
09:44:04   5              THE COURT:  Yes, yes.
09:44:10   6              And I am not going to set another status until I
09:44:14   7    rule.
09:44:15   8              MR. COCKROFT:  Thank you, Your Honor.
09:44:16   9              MR. FORD:  Thank you, Your Honor.
09:44:17  10              THE COURT:  Okay.
          11              (Proceedings concluded.)
          12
          13
          14              C  E  R  T  I  F  I  C  A  T  E
          15
          16              I certify that the foregoing is a correct transcript
          17    from the record of proceedings in the above-entitled matter.
          18
          19    /s/Krista Burgeson, CSR, RMR, CRR       February 24, 2020
                Federal Official Court Reporter        Date
          20
          21
          22
          23
          24
          25
```