IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN,  §§§§ Plaintiff,  §§ v.  §§§ ADTALEM GLOBAL EDUCATION, INC. § F/K/A DEVRY EDUCATION GROUP; § ADTALEM GLOBAL HEALTH, INC. F/K/A § DEVRY MEDICAL INTERNATIONAL, § INC.; ROSS UNIVERSITY SCHOOL OF § VETERINARY MEDICINE (ST. KITSS) § LIMITED; and DOES 1 THROUGH 50, §§§ Defendants. §§ | Case No. 1:17-cv-6310  Hon. Judge Joan H. Lefkow  JURY TRIAL DEMANDED |

**[PROPOSED] ORDER DENYING ROSS' MOTION TO DISMISS
ON THE GROUNDS OF *FORUM NON CONVENIENS***

The Court has now considered: (1) Plaintiff Peter M. Galligan's Motion to Transfer Venue to the Northern District of California and Not to St. Kitts (Dkt. 85) ("Plaintiff's Motion"); (2) the Defendants' filed motion to dismiss on the grounds of *forum non conveniens* (and to transfer to St. Kitts) (Dkt. 84) (hereafter, "Defendants' Motion"); (3) Plaintiffs' Response to Defendants' Motion; as well as (4) the other records and pleadings on file and now considers itself fully advised.

NOW, THEREFORE, the Court orders that Defendants' Motion (Dkt. 84) is HEREBY DENIED.

ENTERED this ___ Day of _____, 2020.

_____
U.S. DISTRICT JUDGE