```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


   PETER M. GALLIGAN                  )
                                      )
              Plaintiff,              )
                                      )
         vs.                          )  No. 17 C 6310
                                      )
   ADTALEM GLOBAL EDUCATION,          )  Chicago, Illinois
   INC., et al.,                      )  Feburary 5, 2020
                                      )  9:39 o'clock a.m.
              Defendants.             )


                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JOAN HUMPHREY LEFKOW

   APPEARANCES:

   For the Plaintiff:          LAW OFFICE OF MICHAEL W. FORD
                               MR. MICHAEL W. FORD
                               4 Timberwood Lane
                               Riverwoods, Illinois 60015
                               847-948-7884
                               mfordski@gmail.com


   For the Defendant:          SEYFARTH SHAW LLP
                               MR. ANDREW R. COCKROFT
                               233 South Wacker Drive
                               Chicago, Illinois 60606
                               312-460-5000
                               acockroft@seyfarth.com


   Court Reporter:             FEDERAL OFFICIAL COURT REPORTER
                               MS. KRISTA BURGESON
                               219 South Dearborn Street
                               Chicago, Illinois 60604
                               312-435-5567
                               krista_burgeson@ilnd.uscourts.gov
```

09:39:32

| | | |
|---|---|---|
| 09:39:32 | 1 | THE COURTROOM DEPUTY: 17 C 6310, Galligan versus |
| 09:39:37 | 2 | Adtalem Global Education. |
| 09:39:42 | 3 | MR. FORD: Good morning, Your Honor. Michael Ford |
| 09:39:43 | 4 | for the plaintiff. |
| 09:39:44 | 5 | THE COURT: Good morning. |
| 09:39:45 | 6 | MR. COCKROFT: Andrew Cockroft for defendants. |
| 09:39:47 | 7 | THE COURT: Good morning. |
| 09:39:49 | 8 | All right. |
| 09:39:49 | 9 | MR. FORD: The status, Your Honor, if I may? |
| 09:39:51 | 10 | THE COURT: Yes. |
| 09:39:52 | 11 | MR. FORD: We submitted a demand, settlement demand, |
| 09:39:55 | 12 | to defendants. Defendants informed me it was way too high, |
| 09:40:01 | 13 | they didn't want to counter, and so we have not had any kind |
| 09:40:05 | 14 | of meaningful settlement discussions yet. |
| 09:40:08 | 15 | I think if the plaintiff himself could sit before a |
| 09:40:12 | 16 | Magistrate Judge and have an independent impartial evaluation |
| 09:40:19 | 17 | or opinion of the merits of this case, I think the settlement |
| 09:40:22 | 18 | discussions would move forward much more quickly, and I think |
| 09:40:27 | 19 | we might get some results. |
| 09:40:29 | 20 | THE COURT: Okay. |
| 09:40:29 | 21 | MR. COCKROFT: Your Honor, defendant isn't interested |
| 09:40:31 | 22 | in settlement at this time. The initial demand as plaintiff's |
| 09:40:35 | 23 | counsel said was was unreasonably high. This case has been |
| 09:40:39 | 24 | pending for a while, so we are unsure why plaintiff would |
| 09:40:43 | 25 | still be at an unreasonably high demand even after most of the |

1  claims in this case have been dismissed.
2      THE COURT: Well, listen to what counsel has to say.
3  His client has an inflated view of the value of the case, is
4  what I am inferring, and a Magistrate Judge could talk to him
5  and it could be persuasive as to helping him be more
6  realistic.
7      So do you want to give it a try?
8      MR. FORD: I would like to.
9      MR. COCKROFT: Your Honor, defendant is not
10 interested in a settlement conference. We would rather
11 proceed to brief the forum non conveniens issues that we
12 brought up last time on status, and we would look for a
13 briefing schedule to that effect.
14     THE COURT: All right. I am not going to send you
15 out if you are not a willing participant.
16     So shall we say 14 days to -- what is your position
17 on it?
18     MR. FORD: Plaintiff's position is if the case is
19 going to be transferred it should go to Texas, as we talked
20 out at the last status hearing. The plaintiff now resides in
21 the Dallas/Fort Worth area, I believe it is the Northern
22 District of Texas down there, and as I pointed out last time,
23 all of the parties -- the people who worked for the defendant,
24 Ross University, is no longer in St. Kitts, they have
25 disbursed. Some are in the U.K. Some in Canada. Some are

```
09:42:16   1   elsewhere in the United States.
09:42:19   2              THE COURT:  Okay.  That is enough.
09:42:20   3         What is your position?
09:42:21   4              MR. COCKROFT:  Our position is that the only
09:42:23   5   remaining defendant in this case, it is unclear if they even
09:42:25   6   have personal jurisdiction within Texas.  The claims in this
09:42:29   7   case all occurred in St. Kitts.  They all relate to a contract
09:42:33   8   and --
09:42:33   9              THE COURT:  So that is your view, that it should be
09:42:36  10   St. Kitts?
09:42:37  11              MR. COCKROFT:  Yes, Your Honor.
09:42:37  12              THE COURT:  All right.
09:42:38  13         So let's have simultaneous briefs on this.  I will
09:42:41  14   give you 14 days.
09:42:44  15              THE COURTROOM DEPUTY:  February 19th.
09:42:48  16              MR. FORD:  For status again?
09:42:50  17              THE COURT:  No, to file a brief as to why you think
09:42:53  18   the forum --
09:42:54  19         Well, nobody is arguing that it should stay here, I
09:42:57  20   gather?
09:42:57  21              MR. COCKROFT:  Yes, Your Honor.
09:42:58  22              MR. FORD:  Well, we would like it to stay here, of
09:43:01  23   course, but it is hard to --
09:43:02  24              THE COURT:  Just let me know what your position is on
09:43:05  25   this.
```

| | | |
|---|---|---|
| 09:43:05 | 1 | MR. FORD: Our position is -- |
| 09:43:07 | 2 | THE COURT: I don't mean now. I mean in a brief. |
| 09:43:09 | 3 | MR. FORD: Okay. |
| 09:43:10 | 4 | So the defendant will file by the 19th; is that |
| 09:43:12 | 5 | right? |
| 09:43:12 | 6 | THE COURT: You will file simultaneous briefs of your |
| 09:43:17 | 7 | position in 14 days and I will give you 7 days to reply to the |
| 09:43:20 | 8 | other side if you would like. |
| 09:43:21 | 9 | MR. COCKROFT: Is it possible to get 14 to reply to |
| 09:43:24 | 10 | the other side, Your Honor? |
| 09:43:25 | 11 | THE COURT: If you need it. |
| 09:43:28 | 12 | Why do you need it? |
| 09:43:30 | 13 | MR. COCKROFT: Just back and forth with the client |
| 09:43:33 | 14 | and being able to properly deal with simultaneous briefings at |
| 09:43:38 | 15 | the same time. |
| 09:43:39 | 16 | THE COURT: Okay. All right. |
| 09:43:39 | 17 | So that puts us out 28 days. |
| 09:43:42 | 18 | THE COURTROOM DEPUTY: March 4th. |
| 09:43:44 | 19 | MR. COCKROFT: That should work. |
| 09:43:46 | 20 | THE COURT: That is for the reply. |
| 09:43:50 | 21 | MR. FORD: March 4th for the reply? |
| 09:43:53 | 22 | THE COURT: Yes. |
| 09:43:53 | 23 | MR. FORD: Okay. |
| 09:43:54 | 24 | THE COURT: I will give you a written ruling on this |
| 09:43:56 | 25 | then. |

```
09:43:56   1           MR. FORD:  Was that March 4th for reply briefs, is
09:43:58   2   that it?
09:44:01   3           THE COURT:  Yes.
09:44:01   4           MR. FORD:  14 days for the initials briefs?
09:44:04   5           THE COURT:  Yes, yes.
09:44:10   6           And I am not going to set another status until I
09:44:14   7   rule.
09:44:15   8           MR. COCKROFT:  Thank you, Your Honor.
09:44:16   9           MR. FORD:  Thank you, Your Honor.
09:44:17  10           THE COURT:  Okay.
          11           (Proceedings concluded.)
          12
          13
          14              C  E  R  T  I  F  I  C  A  T  E
          15
          16           I certify that the foregoing is a correct transcript
          17   from the record of proceedings in the above-entitled matter.
          18
          19   /s/Krista Burgeson, CSR, RMR, CRR      February 24, 2020
               Federal Official Court Reporter        Date
          20
          21
          22
          23
          24
          25
```