IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN,<br><br>       Plaintiff,<br><br>v.<br><br>ADTALEM GLOBAL EDUCATION INC. f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; AND DOES 1 THROUGH 50,<br><br>       Defendants. | Case No. 1:17-cv-06310<br><br>Hon. Joan H. Lefkow |

## MOTION TO WITHDRAW AS COUNSEL

Defendant Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited ("Ross" or "Defendant"),[1] by and through its attorneys, Seyfarth Shaw LLP, and pursuant to Local Rule 83.17, respectfully request that this Court grant Megan Troy leave to withdraw her appearance as one of the attorneys of record for Defendant in this matter. In support of this motion, Defendant states as follows:

      1.     Defendant has been and is represented in this action by counsel from Seyfarth Shaw LLP ("Seyfarth"). Specifically, Seyfarth attorneys Brian Stolzenbach,

---

[1] On January 15, 2020, the Court dismissed all other defendants from the lawsuit. (ECF No. 76.)

Andrew Cockroft, Thomas Horan, and Megan Troy have appeared on Defendant's behalf in this action.

2. Ms. Troy has resigned from Seyfarth.

3. Defendants will continue to be represented in this matter by Messrs. Stolzenbach, Cockroft, and Horan of Seyfarth Shaw LLP.

WHEREFORE, Defendants respectfully request that the Court grant leave for Ms. Troy to withdraw her appearance for Defendant.

| | |
|---|---|
| **DATED: March 11, 2020** | Respectfully submitted, |
| | ADTALEM GLOBAL EDUCATION INC. f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED |
| | By: s/Megan Troy |

Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
Andrew R. Cockroft
acockroft@seyfart.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a copy with the Court's CM/ECF system, which will send notification to the following, on this 11th day of March, 2020:

Emil Bayko
Prebeg Faucett & Abbott, PLLC, Suite 307
8441 Gulf Freeway
Houston, TX 77017
Email: tbayko@pfalawfirm.com

Michael W. Ford
Law Office of Michael W Ford
4 Timberwood Ln
Riverwoods, IL 60015-2400
Email: mfordski@gmail.com

                                                s/Megan Troy

62417116v.1