IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN,<br><br>    Plaintiff,<br><br>v.<br><br>ADTALEM GLOBAL EDUCATION INC. f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; AND DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. 1:17-cv-06310<br><br>Hon. Joan H. Lefkow |

## NOTICE OF MOTION

TO:    Emil Bayko
Prebeg Faucett & Abbott, PLLC, Suite 307
8441 Gulf Freeway
Houston, TX 77017
Email: tbayko@pfalawfirm.com

Michael W. Ford
Law Office of Michael W Ford
4 Timberwood Ln
Riverwoods, IL 60015-2400
Email: mfordski@gmail.com

PLEASE TAKE NOTICE that on Wednesday, March 18, 2020 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan Humphrey Lefkow in Courtroom 2201 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the MOTION TO WITHDRAW AS COUNSEL, a true and correct copy of which was filed electronically through the Court's electronic case filing system and served upon you..

DATED: March 11, 2020      Respectfully submitted,

ADTALEM GLOBAL EDUCATION INC. f/k/a DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC. f/k/a DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED


By: s/Megan Troy


Brian Stolzenbach
bstolzenbach@seyfarth.com
Megan E. Troy
mtroy@seyfarth.com
Andrew R. Cockroft
acockroft@seyfart.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing by filing a copy with the Court's CM/ECF system, which will send notification to the following, on this 11th day of March, 2020:

Emil Bayko
Prebeg Faucett & Abbott, PLLC, Suite 307
8441 Gulf Freeway
Houston, TX 77017
Email: tbayko@pfalawfirm.com

Michael W. Ford
Law Office of Michael W Ford
4 Timberwood Ln
Riverwoods, IL 60015-2400
Email: mfordski@gmail.com

                                            s/Megan Troy

62417346v.1