# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Peter M Galligan

                          Plaintiff,

v.                                                  Case No.: 1:17−cv−06310
                                                         Honorable Joan H. Lefkow

Devry Education Group, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2020:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion to withdraw as attorney [89] is granted. Attorney Megan E. Troy is terminated as counsel for defendants. Motion hearing set for 3/18/2020 is stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.