**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Peter M Galligan

           Plaintiff,

v.                  Case No.: 1:17−cv−06310
                 Honorable Joan H. Lefkow

Devry Education Group, et al.

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 15, 2020:

   MINUTE entry before the Honorable Joan H. Lefkow: Telephonic status hearing held. As stated on the record, Defendant shall answer the complaint by 7/24/2020. Rule 26(a) disclosures are due by 8/12/2020. Non−expert discovery shall close by 1/30/2021; expert discovery by 3/30/2021. Status hearing is set for 9/23/2020 at 9:30 a.m. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.