## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Peter M. Galligan v Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited    Case Number: 1:17-cv-06310

An appearance is hereby filed by the undersigned as attorney for: Defendant

Attorney name (type or print): Rhandi C. Anderson

Firm: Seyfarth Shaw LLP

Street address: 233 S. Wacker Drive, Suite 8000

City/State/Zip: Chicago, IL 60606-6448

Bar ID Number: 6305373
(See item 3 in instructions)

Telephone Number: (312) 460-5000

Email Address: rhanderson@seyfarth.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 22, 2020

Attorney signature: S/ Rhandi C. Anderson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015