**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PETER M. GALLIGAN,<br>    Plaintiff,<br><br>    v.<br><br>ROSS UNIVERSITY SCHOOL OF<br>MEDICINE SCHOOL OF VETERINARY<br>MEDICINE (ST. KITTS) LIMITED; and<br>DOES 1 THROUGH 50,<br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 17 C 6310<br>)<br>) Hon. Joan H. Lefkow<br>)<br>)<br>)<br>)<br>) |

**ORDER ALLOWING MICHAEL W. FORD TO WITHDRAW AS LOCAL
COUNSEL FOR PLAINTIFF**

This cause coming on to be heard on the motion of local counsel Michael W. Ford to withdraw his appearance as local counsel of record in this case for Peter M. Galligan, and the Court having considered the motion,

**IT IS HEREBY ORDERED** that the motion of local counsel Michael W. Ford to withdraw his appearance as local counsel of record in this case for the plaintiff Peter M. Galligan is GRANTED; the appearance is hereby withdrawn.

ENTER:

_____
Hon. Joan H. Lefkow
Judge, U. S. District Court
Northern District of Illinois

Date: _____