**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Peter M Galligan

                        Plaintiff,

v.                                                            Case No.: 1:17–cv–06310
                                                                      Honorable Joan H. Lefkow

Devry Education Group, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 31, 2020:

      MINUTE entry before the Honorable Joan H. Lefkow: Any opposition to the motion to withdraw [106] must be filed by 8/10/2020. If no response is filed, the motion will be granted. Mailed notice (ags)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.