# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Peter M Galligan

                        Plaintiff,

v.                                        Case No.: 1:17−cv−06310
                                        Honorable Joan H. Lefkow

Devry Education Group, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 21, 2020:

       MINUTE entry before the Honorable Joan H. Lefkow: The status hearing set for 9/30/2020 is stricken and reset to 10/21/2020 at 9:45 a.m. The dial−in information is the same as the previous minute entry. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.