IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER M. GALLIGAN, | |
| Plaintiff, | Case No. 1:17-cv-6310 |
| v. | Judge Joan Lefkow |
| ROSS UNIVERSITY SCHOOL OF MEDICINE SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED | |
| Defendant. | |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Federal Rule of Civil Procedure 74 and Local Rule 83.17, Rhandi C. Anderson ("Movant") hereby moves this Court to grant leave to permit Movant to withdraw as counsel for Ross University School of Medicine School of Veterinary Medicine (St. Kitts) Limited ("Client"). In support of this Motion, Movant shows the Court as follows:

1. The Client is currently represented in this matter by Brian Stolzenbach and Rhandi Anderson of the law firm Seyfarth Shaw LLP ("Seyfarth").

2. Local Rule 83.17 provides in part that:

    An attorney who has filed an appearance form pursuant to LR 83.16 is the attorney of record for the party represented for all purposes incident to the proceeding in which the appearance was filed. The attorney of record may not withdraw, nor may any other attorney file an appearance on behalf of the same party or as a substitute for the attorney of record, without first obtaining leave of court, except that substitutions or additions may be made without motion where both counsel are the same firm.

3. Movant seeks leave to withdraw as counsel for the Client. Movant will be leaving her employment Seyfarth and will be unable to continue her representation of the Client.

4. The Client will not be harmed or prejudiced by Movant's withdrawal.

5. Plaintiff will not be prejudiced if Movant's Motion to Withdraw as Attorney is granted.

WHEREFORE, Movant respectfully requests that this Court enter an order allowing Movant to withdraw as counsel for the Client and for such other relief that this court deems necessary and proper.

DATED:  October 19, 2020 	Respectfully submitted,

By: /s/ *Rhandi C. Anderson*

Brian Stolzenbach 	Rhandi C. Anderson
Rhandi C. Anderson
SEYFARTH SHAW LLP
233 S Wacker Drive, Suite 8000
Chicago, IL  60606
312-460-8000
bstolzenbach@seyfarth.com
rhanderson@seyfarth.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below I filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will automatically transmit required notice to all parties of record.

DATED: October 19, 2020                                                             */s/ Rhandi C. Anderson*