# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Peter M Galligan

                      Plaintiff,

v.                                            Case No.: 1:17–cv–06310

                                                          Honorable Joan H. Lefkow

Devry Education Group, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2020:

       MINUTE entry before the Honorable Joan H. Lefkow: Motion to withdraw as attorney [111] is granted. Attorney Rhandi Childress Anderson is terminated as counsel for defendant. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.