IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETER M. GALLIGAN, § § Plaintiff, § § v. § § ADTALEM GLOBAL EDUCATION, INC. § F/K/A DEVRY EDUCATION GROUP; § ADTALEM GLOBAL HEALTH, INC. F/K/A § DEVRY MEDICAL INTERNATIONAL, § INC.; ROSS UNIVERSITY SCHOOL OF § VETERINARY MEDICINE (ST. KITTS) § LIMITED; and DOES 1 THROUGH 50, § § Defendants. § § | Case No. 1:17-cv-6310 Hon. Judge Joan H. Lefkow JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff PETER M. GALLIGAN ("Galligan") and Defendants ADTALEM GLOBAL EDUCATION, INC., F/K/A DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC., F/K/A DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE (ST. KITSS) LIMITED; and DOES 1 THROUGH 50 (collectively, "Defendants") hereby stipulate that this matter be dismissed with prejudice as to any and all claims, counterclaims, causes of action, and parties, with each party bearing in full that party's own attorneys' fees and costs.

SO STIPULATED this 30th Day of October 2020,

**BAYKO, PREBEG, FAUCETT & ABBOTT, PLLC**

By: */s/ Emil T. Bayko*
Emil T. Bayko
IL Bar # 0141356
8441 Gulf Freeway, Suite 307
Houston, TX 77017

    Tel. 832.742.9260
    Fax 832.742.9261
    Email: tbayko@pfalawfirm.com; tbayko@bpfalawfirm.com

    ***ATTORNEYS FOR PLAINTIFF PETER M. GALLIGAN***

SO STIPULATED this 30th Day of October 2020,

  **S**EFARTH **S**HAW **LLP**

   By: <u>*/s/ Brian Stolzenbach*</u> (**per email authority 10/30/20**)
   Brian Stolzenbach
   Rhandi C. Anderson
   233 S. Wacker Drive, Suite 8000
   Chicago, IL 60606-6448
   Tel. 312.460.5551
   Email: bstolzenbach@seyfarth.com; rhanderson@seyfarth.com

  ***ATTORNEYS FOR DEFENDANTS ADTALEM GLOBAL EDUCATION, INC., F/K/A DEVRY EDUCATION GROUP; ADTALEM GLOBAL HEALTH, INC., F/K/A DEVRY MEDICAL INTERNATIONAL, INC.; ROSS UNIVERSITY SCHOOL OF VETERINARY MEDICINE (ST. KITTS) LIMITED; ET AL.***

## **ORDER OF DISMISSAL**

Pursuant to the foregoing stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ALSO ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

DATED this \_\_\_ Day of _____, 20\_\_\_.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served on all counsel of record in this matter, including those listed below, through filing it with the Court's CM/ECF service on today's date:

Brian Stolzenbach
Megan Troy
Thomas Horan
Rhandi Anderson
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Tel. 312.460.5551
bstolzenbach@seyfarth.com
mtroy@seyfarth.com
thoran@seyfarth.com

DATED this 30th Day of October 2020.

                                      */s/ Emil T. Bayko*
                                       EMIL T. BAYKO